**TAB 10**

1   David M. Bass (State Bar No. 117199)
    Peter M. Cho (State Bar No. 213870)
2   DAVID M. BASS & ASSOCIATES
    2029 Century Park East, 14th Floor
3   Los Angeles, California 90067
    Telephone: (310) 789-1152
4   Facsimile: (310) 789-1149
    E-mail: dbass@basslawla.com
5
6   Attorneys for Defendant USPA
    ACCESSORIES, LLC dba CONCEPT ONE
7   ACCESSORIES

8

**ENDORSED**
**F I L E D**
San Francisco County Superior Court

NOV 2 9 2006

GORDON PARK-LI, Clerk
BY: _____ ELIAS BUIT
                    Deputy Clerk

9              SUPERIOR COURT OF THE STATE OF CALIFORNIA

10                   FOR THE COUNTY OF SAN FRANCISCO

11

12   BLUE MARLIN CORP.,                    Case No. CGC-06-453170

13              Plaintiff,                 Hon. Ronald E. Quidachay
                                           Law & Motion Department 302
14       vs.

15   USPA ACCESSORIES, LLC dba             DEFENDANT USPA ACCESSORIES,
     CONCEPT ONE ACCESSORIES,              LLC'S NOTICE OF INTENT TO APPEAR
16                                         BY TELEPHONE AT HEARING ON *EX*
                Defendant.                 *PARTE* APPLICATION FOR ORDER
17                                         CONTINUING HEARING

18                                         Date:      November 30, 2006
                                           Time:      11:00 a.m.
19                                         Place:     Department 302

20
                                           Complaint Filed:    June 15, 2006
21

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

────────────────────────────────────────────────
DEFENDANT USPA ACCESSORIES, LLC'S NOTICE OF INTENT TO APPEAR BY
TELEPHONE AT HEARING ON EX PARTE APPLICATION FOR ORDER CONTINUING
HEARING

1  David M. Bass (State Bar No. 117199)
   Peter M. Cho (State Bar No. 213870)
2  DAVID M. BASS & ASSOCIATES
   2029 Century Park East, 14th Floor
3  Los Angeles, California 90067
   Telephone: (310) 789-1152
4  Facsimile: (310) 789-1149
   E-mail: dbass@basslawla.com

5

6  Attorneys for Defendant USPA
   ACCESSORIES, LLC dba CONCEPT ONE
7  ACCESSORIES

8

9              SUPERIOR COURT OF THE STATE OF CALIFORNIA

10                   FOR THE COUNTY OF SAN FRANCISCO

11

12  BLUE MARLIN CORP.,                    Case No. CGC-06-453170

13                  Plaintiff,            Hon. Ronald E. Quidachay
                                          Law & Motion Department 302
14       vs.

15  USPA ACCESSORIES, LLC dba             **DEFENDANT USPA ACCESSORIES,
    CONCEPT ONE ACCESSORIES,              LLC'S NOTICE OF INTENT TO APPEAR
16                                         BY TELEPHONE AT HEARING ON *EX
                    Defendant.             PARTE* APPLICATION FOR ORDER
17                                         CONTINUING HEARING**

18                                         Date:      November 30, 2006
                                           Time:      11:00 a.m.
19                                         Place:     Department 302

20                                         Complaint Filed:    June 15, 2006
21

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD IN THIS ACTION:**

2      **PLEASE TAKE NOTICE** that Peter M. Cho, counsel for Defendant USPA

3  Accessories dba Concept One Accessories ("USPA"), intends to appear by telephone at the

4  hearing on USPA's *Ex Parte* Application for an Order Continuing Hearing in the above

5  referenced matter.

6

7  Dated: November 29, 2006             DAVID M. BASS & ASSOCIATES

8

9                        By: _____

10                                Peter M. Cho
                          Attorneys for Defendant USPA
                          ACCESSORIES, LLC dba CONCEPT ONE

11                            ACCESSORIES

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT USPA ACCESSORIES, LLC'S NOTICE OF INTENT TO APPEAR BY TELEPHONE AT
HEARING ON EX PARTE APPLICATION FOR ORDER CONTINUING HEARING

**PROOF OF SERVICE**
[C.C.P., §§1013(a) and 2015.5]

**STATE OF CALIFORNIA**            )   Case No. CGC-06-453170
                                   )
**COUNTY OF SAN FRANCISCO**        )

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2029 Century Park East, 14th Floor, Los Angeles, California 90067.

On November 29, 2006, I served the foregoing document described as **DEFENDANT USPA ACCESSORIES, LLC'S NOTICE OF INTENT TO APPEAR BY TELEPHONE AT HEARING ON *EX PARTE* APPLICATION FOR ORDER CONTINUING HEARING** on all interested parties in this action by placing the original/true copies thereof enclosed in (a) sealed envelope(s) addressed as stated below:

Randall Riccardo, Esq.
299 Kansas Street
San Francisco, CA 94103
Facsimile: (415) 252-9633

☐ **BY MAIL**    I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **BY (PERSONAL SERVICE)**    I caused the envelope to be delivered by hand to the address listed above.

☐ **FAX**  I caused a copy of the above-entitled document to be faxed to the office of Counsel for Plaintiffs at the fax number listed above.

☐ **BY (EXPRESS MAIL)**    I deposited such envelope in the receptacle for **Overnite Express** and requested that it be delivered to the above-named attorneys/parties by way of priority next day delivery (to be delivered by 10:00 a.m. the following morning).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 29, 2006, at Los Angeles, California.

_____
Leslie Fritz

PROOF OF SERVICE

**Leslie Fritz**

| | |
|---|---|
| **From:** | SF office [sfoffice@wwatty.com] |
| **Sent:** | Wednesday, November 29, 2006 10:10 AM |
| **To:** | Leslie Fritz |
| **Subject:** | RE: Emailing: Notice of Intent to Appear Telephonically.pdf |

Your Kansas Street was delivered at 9:50am to Ms. Wada...

I will keep you posted on your filing...

irene

-----Original Message-----
From: Leslie Fritz [mailto:lfritz@basslawla.com]
Sent: Wednesday, November 29, 2006 10:00 AM
To: 'SF office'
Subject: RE: Emailing: Notice of Intent to Appear Telephonically.pdf


We don't use the numbers, just the client name:
UPSA/Blue Marlin
Is the reference.


Leslie Fritz
David M. Bass & Associates
2029 Century Park East, 14th Floor
Los Angeles, CA 90067
Telephone: 310-789-1152
Facsimile:  310-789-1149

===========================================================================

This message contains information which may be confidential and privileged and is solely
for the use of the intended recipient.  Unless you are the addressee (or authorized to
receive for the addressee), you may not review, use, copy, distribute or disclose to
anyone any information contained in this message and/or any attachment to this message.
If you have received the message in error, please advise the sender by reply e-mail and
delete the message.

===========================================================================


-----Original Message-----
From: SF office [mailto:sfoffice@wwatty.com]
Sent: Wednesday, November 29, 2006 9:48 AM
To: Leslie Fritz
Subject: RE: Emailing: Notice of Intent to Appear Telephonically.pdf

Not a problem.. no proof...
One more thing, do you have a client matter number:

Filing Control: #660815
Service Control: #660819

irene

-----Original Message-----
From: Leslie Fritz [mailto:lfritz@basslawla.com]
Sent: Wednesday, November 29, 2006 9:38 AM
To: 'SF office'
Subject: RE: Emailing: Notice of Intent to Appear Telephonically.pdf

1

No need for a proof of service – just consider this a delivery.  Thanks

Leslie Fritz
David M. Bass & Associates
2029 Century Park East, 14th Floor
Los Angeles, CA 90067
Telephone: 310-789-1152
Facsimile:  310-789-1149

=================================================================

This message contains information which may be confidential and privileged and is solely
for the use of the intended recipient.  Unless you are the addressee (or authorized to
receive for the addressee), you may not review, use, copy, distribute or disclose to
anyone any information contained in this message and/or any attachment to this message.
If you have received the message in error, please advise the sender by reply e-mail and
delete the message.

=================================================================

-----Original Message-----
From: SF office [mailto:sfoffice@wwatty.com]
Sent: Wednesday, November 29, 2006 9:25 AM
To: Leslie Fritz
Subject: RE: Emailing: Notice of Intent to Appear Telephonically.pdf

Leslie?

Did you need a proof of service from us re: deliver to Kansas Street?
If so, there is a 48hour turn-around, unless you need it sooner?

Let me know?

irene

-----Original Message-----
From: Leslie Fritz [mailto:lfritz@basslawla.com]
Sent: Wednesday, November 29, 2006 9:18 AM
To: 'Irene Livai'
Subject: Emailing: Notice of Intent to Appear Telephonically.pdf

Please call me ASAP to discuss this.  It needs to be filed ASAP in SFSC with a courtesy
copy to Judge Quidachay.

Thank you

Leslie Fritz
David M. Bass & Associates
2029 Century Park East, 14th Floor
Los Angeles, CA 90067
Telephone: 310-789-1152
Facsimile:  310-789-1149

=================================================================

This message contains information which may be confidential and privileged and is solely
for the use of the intended recipient.  Unless you are the addressee (or authorized to
receive for the addressee), you may not review, use, copy, distribute or disclose to
anyone any information contained in this message and/or any attachment to this message.
If you have received the message in error, please advise the sender by reply e-mail and
delete the message.

2

## Leslie Fritz

**To:**            SF office
**Subject:**     RE: Emailing: Notice of Intent to Appear Telephonically.pdf

We don't use the numbers, just the client name:
UPSA/Blue Marlin
Is the reference.


Leslie Fritz
David M. Bass & Associates
2029 Century Park East, 14th Floor
Los Angeles, CA 90067
Telephone: 310-789-1152
Facsimile:  310-789-1149

============================================================

This message contains information which may be confidential and
privileged and is solely for the use of the intended recipient.  Unless you are the
addressee (or authorized to receive for the addressee), you may
not review, use, copy, distribute or disclose to anyone any information
contained in this message and/or any attachment to this message.   If
you have received the message in error, please advise the sender by
reply e-mail and delete the message.

============================================================


-----Original Message-----
From: SF office [mailto:sfoffice@wwatty.com]
Sent: Wednesday, November 29, 2006 9:48 AM
To: Leslie Fritz
Subject: RE: Emailing: Notice of Intent to Appear Telephonically.pdf

Not a problem.. no proof...
One more thing, do you have a client matter number:

Filing Control: #660815
Service Control: #660819

irene

-----Original Message-----
From: Leslie Fritz [mailto:lfritz@basslawla.com]
Sent: Wednesday, November 29, 2006 9:38 AM
To: 'SF office'
Subject: RE: Emailing: Notice of Intent to Appear Telephonically.pdf


No need for a proof of service - just consider this a delivery.  Thanks.


Leslie Fritz
David M. Bass & Associates
2029 Century Park East, 14th Floor
Los Angeles, CA 90067
Telephone: 310-789-1152
Facsimile:  310-789-1149

============================================================

1

**Leslie Fritz**

| | |
|---|---|
| **From:** | Peter Cho [pcho@basslawla.com] |
| **Sent:** | Wednesday, November 29, 2006 10:20 AM |
| **To:** | 'Randy Riccardo' |
| **Subject:** | NOTICE OF EX PARTE APPLICATION -- USPA adv Blue Marlin [Case No. CGC-06-453170] |
| **Importance:** High | |

Dear Randy:

Please see the attached letter, also faxed and mailed to you.

## Peter Cho

David M. Bass & Associates
2029 Century Park East, 14th Floor
Los Angeles, CA 90067
Telephone: 310-789-1152
Facsimile: 310-789-1149

===========================================================

This message contains information which may be confidential and
privileged and is solely for the use of the intended recipient. Unless you are the
addressee (or authorized to receive for the addressee), you may
not review, use, copy, distribute or disclose to anyone any information
contained in this message and/or any attachment to this message. If
you have received the message in error, please advise the sender by
reply e-mail and delete the message.

===========================================================

_____ NOD32 1889 (20061129) Information _____

This message was checked by NOD32 antivirus system.
http://www.eset.com

11/29/2006

**Leslie Fritz**

| | |
|---|---|
| From: | SF office [sfoffice@wwatty.com] |
| Sent: | Wednesday, November 29, 2006 9:48 AM |
| To: | Leslie Fritz |
| Subject: | RE: Emailing: Notice of Intent to Appear Telephonically.pdf |

Not a problem... no proof....
One more thing, do you have a client matter number:

Filing Control: #660815
Service Control: #660819

irene

-----Original Message-----
From: Leslie Fritz [mailto:lfritz@basslawla.com]
Sent: Wednesday, November 29, 2006 9:38 AM
To: 'SF office'
Subject: RE: Emailing: Notice of Intent to Appear Telephonically.pdf


No need for a proof of service - just consider this a delivery.  Thanks.


Leslie Fritz
David M. Bass & Associates
2029 Century Park East, 14th Floor
Los Angeles, CA 90067
Telephone: 310-789-1152
Facsimile:  310-789-1149


=================================================================

This message contains information which may be confidential and privileged and is solely
for the use of the intended recipient.  Unless you are the addressee (or authorized to
receive for the addressee), you may not review, use, copy, distribute or disclose to
anyone any information contained in this message and/or any attachment to this message.
If you have received the message in error, please advise the sender by reply e-mail and
delete the message.

=================================================================


-----Original Message-----
From: SF office [mailto:sfoffice@wwatty.com]
Sent: Wednesday, November 29, 2006 9:25 AM
To: Leslie Fritz
Subject: RE: Emailing: Notice of Intent to Appear Telephonically.pdf

Leslie?

Did you need a proof of service from us re: deliver to Kansas Street?
If so, there is a 48hour turn-around, unless you need it sooner?

Let me know?

irene

-----Original Message-----
From: Leslie Fritz [mailto:lfritz@basslawla.com]
Sent: Wednesday, November 29, 2006 9:18 AM
To: 'Irene Livai'

1

**TAB 11**

ENDORSED
F I L E D
San Francisco County Superior Court

NOV 3 0 2006

GORDON PARK-LI, Clerk
BY        WESLEY RAMIREZ
                    Deputy Clerk

1   David M. Bass (State Bar No. 117199)
    Peter M. Cho (State Bar No. 213870)
2   DAVID M. BASS & ASSOCIATES
    2029 Century Park East, 14th Floor
3   Los Angeles, California 90067
    Telephone: (310) 789-1152
4   Facsimile: (310) 789-1149
    E-mail: dbass@basslawla.com
5
6   Attorneys for Defendant USPA ACCESSORIES,
    LLC dba CONCEPT ONE ACCESSORIES
7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                   FOR THE COUNTY OF SAN FRANCISCO

10

11  BLUE MARLIN CORP.,                    Case No. CGC-06-453170

12                    Plaintiff,          Hon. Ronald E. Quidachay
                                          Law & Motion Department 302
13        vs.
                                          *EX PARTE* APPLICATION OF USPA
14  USPA ACCESSORIES, LLC dba             ACCESSORIES, LLC FOR AN ORDER:
    CONCEPT ONE ACCESSORIES,              (1) TAKING IMPROPERLY SERVED
15                                        MOTION OFF CALENDAR; AND
                      Defendant.          (2) RESETTING HEARING ON MOTION;
16                                        DECLARATION OF PETER M. CHO

17                                        [Code of Civil Procedure §§ 1013a and 1054;
                                          Rules of Court 235 and 379; Local Rule
18                                        8.2 A.2.c and 8.2.B.4]

19
                                          Date:  November 30, 2006
20                                        Time:  11:00 a.m.
                                          Place: Department 302
21

22                                        Complaint Filed:    June 15, 2006

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

---

*EX PARTE* APPLICATION OF USPA ACCESSORIES, LLC FOR AN ORDER: (1) TAKING IMPROPERLY
SERVED MOTION OFF CALENDAR; AND (2) RESETTING HEARING ON MOTION

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that on November 30, 2006 at 11:00 a m , or as soon

3  thereafter as this matter may be heard, in Department 302 of the San Francisco County Superior

4  Court, located at 400 McAlister Street, San Francisco, California, Defendant USPA

5  Accessories, LLC, dba Concept One Accessories ("USPA"), will, and hereby does, apply

6  *ex parte* to this Court for an order: (1) taking the motion for preliminary injunction of Plaintiff

7  Blue Marlin Corporation's ("Blue Marlin") off calendar as improperly served; and (2) resetting

8  the hearing on the motion for preliminary injunction on January 22, 2007, or to a date thereafter

9  that is convenient to the Court and to the parties

10      This Application is made pursuant to Code of Civil Procedure §§ 1013a(3) and 1054,

11  Rules of Court 235 and 379 and Local Rule 8 2 A.2 c and 8 2.B 4   This Application is further

12  made on the grounds that: (a) the motion for preliminary injunction was not properly served;

13  (b) USPA requires additional time to prepare its opposition and prepare for the hearing due to

14  the unavailability during the holiday season of USPA's counsel and officers, who will be

15  submitting declarations and evidence in opposition to the motion for preliminary injunction;

16  and (c) Blue Marlin will not be prejudiced by a continuance of the hearing, given that its

17  motion is not urgent (had it been urgent, Blue Marlin would have filed an *ex parte* application

18  for a temporary restraining order and order to show cause in conjunction with its Complaint

19  over five months ago in June 2006).

20      As detailed in the attached Declaration, USPA's counsel gave notice of this Application

21  to Blue Marlin's counsel by a letter faxed and mailed on November 29, 2006 at 8:51 a.m.  This

22  notice specifically stated the nature of the relief requested, the date, time and place for the

23  presentment of the application   USPA's counsel also e-mailed the letter and left a detailed

24  telephone voice message repeating the contents of the letter   Blue Marlin's counsel has refused

25  to agree to a continuance of the hearing to a date after the holidays

26  / / /

27  / / /

28  / / /

1

1     This Application is based on this Application, the attached Memorandum of Points and

2   Authorities, the attached Declaration of Peter M. Cho, and the pleadings, files and other matters

3   that may be presented at the hearing of this motion.

4

5   Dated: November 29, 2006                    DAVID M. BASS & ASSOCIATES

6

7                                       By: _____
                                              Peter M. Cho
8                                       Attorneys for Defendant USPA
                                        ACCESSORIES, d.b.a. CONCEPT ONE
9                                       ACCESSORIES

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*EX PARTE* APPLICATION OF USPA ACCESSORIES, LLC FOR AN ORDER: (1) TAKING IMPROPERLY
SERVED MOTION OFF CALENDAR; AND (2) RESETTING HEARING ON MOTION

1    <u>MEMORANDUM OF POINTS AND AUTHORITIES</u>

2

3    I.    <u>INTRODUCTION.</u>

4        This Application relates to a request by Defendant USPA Accessories, LLC ("USPA")

5    for an extension of time to respond to, and prepare for the hearing on, an *improperly served* and

6    *non-urgent* motion for preliminary injunction brought by Plaintiff Blue Marlin Corporation

7    ("Blue Marlin"). USPA made a reasonable request for a continuance of the hearing, but Blue

8    Marlin has refused to accommodate this request. As a result, USPA has no choice but to make

9    this Application for an order taking the motion for preliminary injunction off calendar and re-

10   setting the hearing thereon on January 22, 2007, or on a date thereafter that is convenient to the

11   Court and to the parties.

12       The Court should grant this Application for several reasons. <u>First</u>, the Motion was not

13   properly served because: (a) the date of purported service precedes the postmark date by more

14   than one day; and (b) the proof of service is perjurious in that it declares service was made by

15   Federal Express, when in fact it was made by first class mail. Improperly served motions are

16   taken off calendar under Local Rule 8.2, subsection A.2.c. <u>Second</u>, USPA does not have

17   sufficient time to respond to the motion and prepare for the hearing thereon, especially where

18   its counsel and its key witnesses will not be available during this holiday season.

19       Accordingly, the Court should take the hearing on Blue Marlin's motion off calendar

20   and reset the hearing on January 22, 2007, or on a date thereafter that is convenient to the Court

21   and to the parties.

22

23   II.    <u>FACTS MATERIAL TO THIS APPLICATION.</u>

24       On November 16, 2006, counsel for USPA received an envelope sent via first class

25   mail, which contained Blue Marlin's motion for preliminary injunction. (Declaration of

26   Peter M. Cho ["Cho Decl."], ¶ 2 and Exh. A.) This envelope has a postmark date of

27   November 13, 2006. (Cho Decl., ¶ 2 and Exh. A.) However, the proof of service declares that

28   the motion was sent on November 10, 2006 by Federal Express. (Cho Decl., ¶ 3 and Exh. B.):

1

1    USPA's counsel determined that the motion was improperly served, and thus should be

2    taken off calendar under this Court's Local Rules  Furthermore, USPA's counsel determined

3    that the motion for preliminary injunction raises numerous issues of fact, concerning the

4    likelihood of success on the merits and the availability of a monetary remedy, that would

5    require both counsel and client to invest substantial time to prepare a response and for the

6    hearing  (Cho Decl , ¶ 4.)  USPA's counsel also determined that because of other business

7    commitments during this holiday season, USPA would require additional time to prepare a

8    response and for the hearing  (Cho Decl , ¶¶ 4-5)  USPA's key witnesses on the issues raised

9    by the motion for preliminary injunction are not available until early January 2007.  (Cho Decl ,

10   ¶ 5 )

11    On November 22, 2006, USPA's counsel sent a letter to, and left a voice message for,

12   Blue Marlin's counsel requesting counsel's agreement to a continuance of the hearing on the

13   above-referenced bases  (Cho Decl , ¶ 7 and Exh  C )  On November 28, 2006, since Blue

14   Marlin's counsel had not yet responded, USPA's counsel sent a copy of the letter to Blue

15   Marlin's counsel by e-mail  (Cho Decl , ¶ 8 and Exh  D )

16    On November 29, 2006, prior to 10:00 a m , USPA's counsel notified Blue Marlin's

17   counsel of this Application by facsimile letter  (Cho Decl., ¶ 8 and Exh  E )  USPA followed up

18   on this letter by telephone call and by e-mail  (Cho Decl , ¶ 9 and Exh  F )

19    On November 29, 2006, at approximately 12:30 p.m , Blue Marlin's counsel e-mailed

20   USPA's counsel and offered to move the hearing date to another date during the week of

21   December 11, 2006  (Cho Decl , ¶ 10 and Exh  G)  A few minutes later, Blue Marlin's counsel

22   sent an e-mail to USPA's counsel stating that the date of December 19, 2006 was acceptable

23   pursuant to a suggestion made in the November 22, 2006 voice message  (Cho Decl , ¶ 11 and

24   Exh  H )  USPA's counsel responded that since USPA's officers were not available during the

25   holiday season, the December 19, 2006 date was no longer viable  (Cho Decl , ¶ 12 and

26   Exh  I )  USPA again requested Blue Marlin's agreement to continue the hearing to January 22,

27   2007, or to a date thereafter  (Cho Decl , ¶ 12 and Exh  I )  Blue Marlin has not responded, thus

28   necessitating the filing of this Application  (Cho Decl , ¶ 13.)

2

III.    **LEGAL ARGUMENT.**

    A.    **The Motion for Preliminary Injunction Should be Taken off Calendar Because Service Thereof is Invalid as a Matter of Law.**

Service of a filing is *presumed invalid* if there is more than a one day difference between the postmark or meter date and the date shown on the proof of service. Code of Civil Procedure § 1013a(3). The proof of service attached to the motion for preliminary injunction declares that it was served by Federal Express on November 10, 2006. However, the motion was actually in an envelope delivered via *regular mail* and *postmarked on November 13, 2006*.

In addition, and no less important, *the proof of service is false.* The motion for preliminary injunction was served by regular mail, and not by Federal Express as the proof of service declares under penalty of perjury.

Thus, the service of the motion for preliminary injunction is invalid. The San Francisco County Superior Court takes such motions off calendar under Local Rule 8.2, subsection A.2.c, requiring counsel to re-notice and re-serve the motion under Local Rule 8.2, subsection B.4. The Court should thus take the motion for preliminary injunction off calendar.

    B.    **Alternatively, the Court may Continue the Hearing on the Motion for Preliminary Injunction Due to the Press of Business.**

On a showing of good cause, this Court may grant *ex parte* requests for extensions of time. Code of Civil Procedure § 1054; Rule of Court 235.

> The 'good cause' requirement is satisfied simply by statements that the attorney's 'press of business' prevents him or her from being able to prepare a response within the time required; and that an extension was refused by opposing counsel.

Weil & Brown, CAL. PRAC. GUIDE: CIVIL PROCEDURE BEFORE TRIAL § 9:361 (The Rutter Group 2006) ("Usually, courts are quite liberal in granting at least one extension of time . . .")

The good cause requirement is met here. USPA has diligently analyzed the motion for preliminary injunction and determined that substantial time on both the part of its counsel and officers will be required to prepare a response. Due to the press of business of both USPA's counsel and its officers, USPA requires further sufficient time to respond and prepare for the

3

1  hearing. USPA's officers are not available during the holiday season, until early January 2007.

2  Opposing counsel has refused this request. Therefore, the Court should also reset the hearing to

3  January 22, 2007, or a date thereafter that is convenient to the Court and to the parties.

4       **C.**     <u>There Is No Prejudice To Blue Marlin</u>.

5       The motion for preliminary injunction is not urgent. Blue Marlin has waited over five

6  months since the filing of its Complaint to seek injunctive relief, and has done so by noticed

7  motion rather than an *ex parte* application. Taking the motion off calendar or a continuance

8  will not prejudice Blue Marlin. Accordingly, there is no legitimate ground on which Blue

9  Marlin may oppose this Application.

10

11  **IV.**    **CONCLUSION.**

12       For the foregoing reasons, the Court should grant this Application and issue an order

13  continuing the hearing on Blue Marlin's motion for preliminary injunction to January 22, 2007

14  or to a date thereafter that is convenient to the Court and to the parties.

15

16  Dated: November 29, 2006                DAVID M. BASS & ASSOCIATES

17

18                                      By: _____

19                                      Peter M. Cho

20                                      Attorneys for Defendant USPA
                                    ACCESSORIES, d.b.a. CONCEPT ONE
                                    ACCESSORIES

21

22

23

24

25

26

27

28

*EX PARTE* APPLICATION OF USPA ACCESSORIES, LLC FOR AN ORDER: (1) TAKING IMPROPERLY
SERVED MOTION OFF CALENDAR; AND (2) RESETTING HEARING ON MOTION

## DECLARATION OF PETER M. CHO

I, Peter M. Cho, hereby declare as follows:

1.     I am an attorney duly licensed to practice law in the State of California. I am the attorney of record for USPA Accessories, LLC, d b a. Concept One Accessories ("USPA"), a party to this action. Unless otherwise stated, I have personal knowledge of the facts set forth in this Declaration and, if called upon to testify as a witness, I could and would competently testify to these facts

### *Failure to Properly Serve the Motion*

2.     On November 16, 2006, my office received an envelope sent via first class mail postmarked November 13, 2006 The envelope contained Plaintiff Blue Marlin Corporation's ("Blue Marlin") motion for preliminary injunction, to be heard on December 11, 2006. A true and correct copy of the front of the envelope with postmark is attached hereto as Exhibit A.

3.     The proof of service attached to the motion for preliminary injunction declares that the motion was served by Federal Express on November 10, 2006. A true and correct copy of this proof of service is attached hereto as Exhibit B

### *Availability of Counsel and Client*

4.     Despite the invalid service of the motion for preliminary injunction, I attempted to determine whether USPA could prepare a response and prepare for the hearing on December 11, 2006. I determined that the motion for preliminary injunction raises numerous issues of fact, concerning the likelihood of success on the merits and the availability of a monetary remedy, that would require both my office and USPA's officers to invest substantial time to prepare a response and to prepare for the hearing

5.     However, USPA's key officers are not available until early January 2007. In addition, my office is busy until early January 2007, including a trial scheduled during the week of December 11, 2006, the date of the hearing on the motion for preliminary injunction. USPA thus requires additional time to prepare its opposition and to prepare for the hearing

///

5

1                *Notice of this Application to Plaintiff*

2       6     The name, address, telephone number, facsimile number and e-mail of Plaintiff

3   Blue Marlin Corporation's ("Blue Marlin") counsel, as known to me, is:

4               Randall Riccardo, Esq.
               Blue Marlin Corporation

5               299 Kansas Street
               San Francisco, CA 94103

6               Telephone: (415) 252-9630
               Facsimile: (415) 252-9633

7               E-mail: randyr@bluemarlincorp.com

8       7     On November 22, 2006, I faxed and mailed a letter to Mr. Riccardo requesting

9   that he agree to continue the hearing on Blue Marlin's motion for preliminary injunction on the

10   grounds of invalid service and the press of business. A true and correct copy of this letter is

11   attached hereto as Exhibit C. On November 28, 2006, I also e-mailed this letter to

12   Mr. Riccardo. A true and correct copy of my e-mail with attached letter is attached hereto as

13   Exhibit D.

14       8.     On November 29, 2006 at 8:51 a.m., I faxed and mailed a letter to Mr. Riccardo

15   notifying him of this Application, the nature of the relief requested by this Application, and the

16   date, time and place that this Application would be made. I also inquired in this letter whether

17   Mr. Riccardo would appear to oppose this Application. A true and correct copy of this letter is

18   attached hereto as Exhibit E.

19       9.     As a courtesy, I also e-mailed my November 29 letter to Mr. Riccardo, and left

20   him a detailed voice message repeating the contents of the letter. A true and correct copy of my

21   e-mail with attachment is attached hereto as Exhibit F.

22       10     On November 29, 2006 at approximately, at approximately 12:30 p.m.,

23   Mr. Riccardo e-mailed me and offered to move the hearing date to another date during the week

24   of December 11, 2006. A true and correct copy of this e-mail is attached hereto as Exhibit G.

25       11     A few minutes later, Mr. Riccardo sent me another e-mail stating that the date of

26   December 19, 2006 was acceptable pursuant to a suggestion that I made in my November 22

27   voice message. A true and correct copy of this e-mail is attached hereto as Exhibit H.

28

*EX PARTE* APPLICATION OF USPA ACCESSORIES, LLC FOR AN ORDER: (1) TAKING IMPROPERLY
SERVED MOTION OFF CALENDAR; AND (2) RESETTING HEARING ON MOTION

1

## PROOF OF SERVICE
[C C P , §§1013(a) and 2015 5]

2

3    STATE OF CALIFORNIA            )    Case No. CGC-06-453170
                                    )
4    COUNTY OF SAN FRANCISCO        )

5        I am employed in the county of Los Angeles, State of California  I am over the age of
6    18 and not a party to the within action; my business address is 2029 Century Park East,
     14ᵗʰ Floor, Los Angeles, California 90067

7        On November 29, 2006, I served the foregoing document described as **EX PARTE
8    APPLICATION OF USPA ACCESSORIES, LLC FOR AN ORDER: (1) TAKING
     IMPROPERLY SERVED MOTION OFF CALENDAR; AND (2) RESETTING
9    HEARING ON MOTION; DECLARATION OF PETER M. CHO** on all interested parties
     in this action by placing the original/true copies thereof enclosed in (a) sealed envelope(s)
10   addressed as stated below:

11   Randall Riccardo, Esq
     299 Kansas Street
12   San Francisco, CA 94103
     Facsimile: (415) 252-9633

13   ☐    **BY MAIL**    I am "readily familiar" with the firm's practice of collection and
          processing of correspondence for mailing  Under that practice it would be deposited
14        with U S  Postal Service on that same day with postage thereon fully prepaid at Los
          Angeles, California in the ordinary course of business  I am aware that on motion of the
15        party served, service is presumed invalid if postal cancellation date or postage meter
          date is more than one day after date of deposit for mailing in affidavit

16   ☒    **BY (PERSONAL SERVICE)**    I caused the envelope to be delivered by hand to
17        the address listed above.

18   ☐    **FAX**  I caused a copy of the above-entitled document to be faxed to the office of
          Counsel for Plaintiffs at the fax number listed above.

19

20   ☐    **BY (EXPRESS MAIL)**    I deposited such envelope in the receptacle for **Overnite
          Express** and requested that it be delivered to the above-named attorneys/parties by way
          of priority next day delivery (to be delivered by 10:00 a.m  the following morning).

21

22       I declare under penalty of perjury under the laws of the State of California that the
     foregoing is true and correct

23       Executed on November 29, 2006, at Los Angeles, California.

24

25                                    _____
                                              Leslie Fritz
26

27

28

                              PROOF OF SERVICE

EXHIBIT A



David H. Bass & Associates
2029 Century Park East
14th Floor
Los Angeles, CA 90067

Exhibit B

PROOF OF SERVICE
1013 A(3) CCP REVISED 5/1/88

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO )  Case No. CGC-06-453170

I am employed in the County of San Francisco, State of California  I am over the age of 18 and not a party to the within action  My business address is 299 Kansas Street, San Francisco, California 94103

On NOVEMBER 10, 2006, I served the foregoing document described as PLAINTIFF BLUE MARLIN CORP.'S NOTICE OF MOTION FOR PRELIMINARY INJUNCTION; MOTION FOR PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATIONS OF ERIK STUEBE AND R  RANDALL RICCARDO; PROPOSED ORDER on the interested party in this action as follows:

DAVID M. BASS
DAVID M. BASS & ASSOCIATES
2029 CENTRUY PARK EAST
14TH FLOOR
LOS ANGELES, CA 90067
FACSIMILE: 415 789 1149

☐  BY PERSONAL SERVICE: I caused the above-mentioned document(s) to be personally served to the offices of the addressee.

☐  BY FACSIMILE: I communicated the above-mentioned document(s) via facsimile to the addressee as indicated above.  The transmission was reported complete and without error by a transmission report issued by the facsimile transmission machine as defined in California Rule of Court 2003 upon which the said transmission was made immediately following the transmission  A true and correct copy of the transmittal report bearing the date, time and sending facsimile machine telephone number shall be attached to the original proof of service.

☐  BY ELECTRONIC MAIL (E-MAIL): I caused the above-mentioned document(s) to be served via electronic mail from my electronic notification address to the electronic notification address of the addressee as indicated above  The document was served electronically and the transmission was reported complete without error.

1

1    ☒    BY FEDERAL EXPRESS: I caused the above-mentioned document(s) to be

2    sent via Federal Express overnight delivery. By placing a true and correct copy of such

3    document(s) enclosed in a sealed envelope or package designated by the express service carrier and

4    deposited in a facility regularly maintained by the express service carrier or delivered to a courier or

5    driver authorized to receive documents on its behalf, with delivery fees paid or provided for,

6    addressed to the address last shown by that person on any document filed in the action as indicated

7    above.

8    ☐    BY MAIL: By placing a true and correct copy of such document(s) enclosed

9    in a sealed envelope addressed to the offices indicated above. I am "readily familiar" with the firm's

10   practice of collection and processing correspondence for mailing. Under that practice it would be

11   deposited with U.S. postal service on that same day with postage thereon fully prepaid at San

12   Francisco, California in the ordinary course of business. I am aware that on motion of the party

13   served, service is presumed invalid if postal cancellation date or postage meter date is more than one

14   day after date of deposit for mailing in affidavit.

15       Executed on November 10, 2006, at San Francisco, California.

16       I declare under penalty of perjury under the laws of the Sate of California that the

17   above is true and correct.

18

19   _____

                    FE SAUCELO

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE
Blue Marlin Corp. vs USPA Accessories, LLC