Exhibit C

LAW OFFICES

# DAVID M. BASS & ASSOCIATES

2029 CENTURY PARK EAST • 14TH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 789-1152 OFFICE • (310) 789-1149 FACSIMILE

# FACSIMILE COVER SHEET

DATE: November 22, 2006

NO. PAGES: 3
*(INCLUDING COVER PAGE)*

SEND TO: Randall Riccardo, Esq

FACSIMILE: (415) 252-9633

COMPANY: Blue Marlin Corp.

FROM: David M. Bass, Esq

RE: *Blue Marlin Corp. v. USPA Accessories, etc., et al.*
San Francisco Superior Court Case No. CGC-06-453170

MESSAGE: Please see attached

This facsimile transmission contains information intended for the exclusive use of the addressee. This transmission may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the addressee (or an employee or agent responsible for delivering this transmission to the addressee), then please do not copy, disclose or distribute this information, as your doing so may subject you to legal restriction or sanction. If you have received this transmission in error, then please notify us by telephone to arrange for the return of this transmission and all copies. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL US AT (310) 789-1152

LAW OFFICES

## DAVID M. BASS & ASSOCIATES

2029 CENTURY PARK EAST

14TH FLOOR

LOS ANGELES, CALIFORNIA 90067

TELEPHONE (310) 789-1152

FACSIMILE (310) 789-1149

November 22, 2006

**VIA FACSIMILE (415/252-9633) AND U.S. MAIL**

Randall Riccardo, Esq.
Blue Marlin Corp.
299 Kansas Street
San Francisco, CA 94103

Re:     *Blue Marlin Corp. v. USPA Accessories, LLC dba Concept One Accessories*
San Francisco Superior Court Case No. CGC-06-453170

Dear Mr. Riccardo:

By this letter we request your agreement to continue the hearing on the Motion for Preliminary Injunction ("Motion"), given that the service of the Motion is invalid. We also request a continuance based on our December holiday schedule (which includes a trial the week of the hearing) and our client's availability.

As you are aware, the hearing date specified in a notice of motion must allow for service of the moving papers in compliance with Code of Civil Procedure § 1005, at least 16 court days before the hearing plus additional time for service by mail. The proof of service attached to the Motion declares that it was served by overnight mail on November 10, 2006. However, our office received the Motion in an envelope delivered via regular mail and postmarked on November 14, 2006. (Our office received the Motion on November 17, 2006.) Service is presumed invalid if there is more than a one day difference between the postmark or meter date and the date shown on the proof of service. Code of Civil Procedure § 1013a(3). In addition, and no less important, the proof of service is false. The Motion was served by regular mail, not by overnight mail as the proof of service declares, under penalty of perjury. Thus, service of the Motion is invalid.

DAVID M. BASS & ASSOCIATES
Randall Riccardo, Esq • November 22, 2006 • Page 2

Under such circumstances, the matter should be taken off calendar under Local Rule 8.2, subsection A.2.c, and re-noticed under Local Rule 8.2, subsection B.4. Alternatively, we can agree to continue the hearing and inform the Court of the continuance by telephone pursuant to Local Rule 8.2, subsection B.1.

Please let me know if you will agree to continue the hearing on the Motion to a mutually convenient date. If I do not hear from you by close of business on Monday, November 27, 2006, we will apply to the Court *ex parte* for an order taking the Motion off calendar, or alternatively, continuing the hearing in order to accommodate our and our client's schedules.

Very truly yours,

Peter M. Cho

PMC:lf

P 1

*  *  *  Memory TX Result Report ( Nov 22  2006 11:53AM) *  *  *

1)  David Bass & Associates
2)

Date/Time: Nov 22  2006 11:52AM

| File No | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---------|------|-------------|-------|--------|---------------|
| 3377 | Memory TX | 914152529633 | P 3 | OK | |
| 89300-001 | | | | | |

Reason for error
1) Hang up or line fail          E 2) Busy
3) No answer                     E 4) No facsimile connection
5) Exceeded max E-mail size

LAW OFFICES
DAVID M. BASS & ASSOCIATES

FACSIMILE COVER SHEET

DATE: November 22, 2006                    NO. PAGES:  3

SEND TO:  Randall Riccardo, Esq.          FACSIMILE:  (415) 252-9613
COMPANY:  Blue Marlin Corp.

FROM:  David M. Bass, Esq.
RE:  Blue Marlin Corp. v. URBN Accessories, etc., et al.
      San Francisco Superior Court Case No. CGC-06-453170
MESSAGE:  Please see attached.

This facsimile transmission contains information intended for the exclusive use of the addressee. This transmission may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the addressee (or an employee or agent responsible for delivering this transmission to the addressee), then please do not copy, disclose or distribute this information, to any person or any subject you to high restitution or sanction. If you have received this transmission in error, then please notify me by telephone to arrange for the return of this transmission and all copies. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL US AT (310) 789-1122.

Exhibit D

## Peter Cho

| | |
|---|---|
| From: | Peter Cho [pcho@basslawla com] |
| Sent: | Tuesday, November 28, 2006 4:14 PM |
| To: | 'Randy Riccardo' |
| Subject: | USPA adv Blue Marlin [Case No  CGC-06-453170] |

Importance: High

Dear Randy:

Attached please find a letter that I faxed to you on November 22, 2006  I tried telephoning you yesterday and today to follow up on this letter, and was informed today by a Blue Marlin representative that you were out of town.  This representative suggested that I e-mail you my letter, and I do so in order to make certain that you receive this letter since its request is time-sensitive  I look forward to your prompt response  Thank you

Peter Cho

David M  Bass & Associates
2029 Century Park East, 14th Floor
Los Angeles, CA 90067
Telephone: 310-789-1152
Facsimile:  310-789-1149

===============================================================

This message contains information which may be confidential and
privileged and is solely for the use of the intended recipient  Unless you are the
addressee (or authorized to receive for the addressee), you may
not review, use, copy, distribute or disclose to anyone any information
contained in this message and/or any attachment to this message  If
you have received the message in error, please advise the sender by
reply e-mail and delete the message

===============================================================

11/29/2006

LAW OFFICES

## DAVID M. BASS & ASSOCIATES
2029 CENTURY PARK EAST
14th FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE (310) 789-1152
FACSIMILE (310) 789-1149

November 22, 2006

VIA FACSIMILE (415/252-9633) AND U.S. MAIL

Randall Riccardo, Esq
Blue Marlin Corp
299 Kansas Street
San Francisco, CA 94103

> Re:   *Blue Marlin Corp v. USPA Accessories, LLC dba Concept One Accessories*
> San Francisco Superior Court Case No. CGC-06-453170

Dear Mr. Riccardo:

By this letter we request your agreement to continue the hearing on the Motion for Preliminary Injunction ("Motion"), given that the service of the Motion is invalid. We also request a continuance based on our December holiday schedule (which includes a trial the week of the hearing) and our client's availability.

As you are aware, the hearing date specified in a notice of motion must allow for service of the moving papers in compliance with Code of Civil Procedure § 1005, at least 16 court days before the hearing plus additional time for service by mail. The proof of service attached to the Motion declares that it was served by overnight mail on November 10, 2006. However, our office received the Motion in an envelope delivered via regular mail and postmarked on November 14, 2006. (Our office received the Motion on November 17, 2006.) Service is presumed invalid if there is more than a one day difference between the postmark or meter date and the date shown on the proof of service. Code of Civil Procedure § 1013a(3). In addition, and no less important, the proof of service is false. The Motion was served by regular mail, not by overnight mail as the proof of service declares, under penalty of perjury. Thus, service of the Motion is invalid.

DAVID M. BASS & ASSOCIATES
Randall Riccardo, Esq. • November 22, 2006 • Page 2

Under such circumstances, the matter should be taken off calendar under Local Rule 8.2, subsection A.2.c, and re-noticed under Local Rule 8.2, subsection B.4. Alternatively, we can agree to continue the hearing and inform the Court of the continuance by telephone pursuant to Local Rule 8.2, subsection B.1.

Please let me know if you will agree to continue the hearing on the Motion to a mutually convenient date. If I do not hear from you by close of business on Monday, November 27, 2006, we will apply to the Court *ex parte* for an order taking the Motion off calendar, or alternatively, continuing the hearing in order to accommodate our and our client's schedules.

Very truly yours,

Peter M. Cho

PMC:lf

Exhibit E

LAW OFFICES

# DAVID M. BASS & ASSOCIATES

2029 CENTURY PARK EAST • 14TH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 789-1152 OFFICE • (310) 789-1149 FACSIMILE

---

# FACSIMILE  COVER  SHEET

DATE: November 29, 2006                     NO. PAGES:    2
*(INCLUDING COVER PAGE)*

---

SEND TO:  Randall Riccardo, Esq.              FACSIMILE:   (415) 252-9633

COMPANY:  Blue Marlin Corp.

---

FROM:  David M. Bass, Esq.

RE:  *Blue Marlin Corp. v. USPA Accessories, etc., et al*
San Francisco Superior Court Case No. CGC-06-453170

MESSAGE:  Please see attached

---

This facsimile transmission contains information intended for the exclusive use of the addressee. This transmission may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the addressee, (or an employee or agent responsible for delivering this transmission to the addressee), then please do not copy, disclose or distribute this information, as your doing so may subject you to legal restriction or sanction. If you have received this transmission in error, then please notify us by telephone to arrange for the return of this transmission and all copies. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL US AT (310) 789-1152.

LAW OFFICES

# DAVID M. BASS & ASSOCIATES

2029 CENTURY PARK EAST

14TH FLOOR

LOS ANGELES, CALIFORNIA 90067

TELEPHONE (310) 789-1152

FACSIMILE (310) 789-1149

November 29, 2006

**VIA FACSIMILE, U.S. MAIL AND E-MAIL**

Randall Riccardo, Esq.
Blue Marlin Corp.
299 Kansas Street
San Francisco, CA 94103
Facsimile No.: (415) 252-9633
E-mail: randyr@bluemarlincorp.com

      Re:    *Blue Marlin Corp. v. USPA Accessories, LLC dba Concept One Accessories*
             San Francisco Superior Court Case No. CGC-06-453170

Dear Mr. Riccardo:

      Please take notice that on Thursday, November 30, 2006, at 11:00 a.m., in Courtroom 302 of the Superior Court for San Francisco County, located at 400 McAllister Street, San Francisco, California, USPA Accessories, LLC will apply *ex parte* for an order continuing the hearing on the motion for preliminary injunction to January 29, 2006.

      Please let me know whether you intend to appear at the hearing and oppose.

                    Very truly yours,

                    Peter M. Cho

PMC:lf

P 1

＊ ＊ ＊ Memory TX Result Report ( Nov 29  2006  9:02AM ) ＊ ＊ ＊

1) David Bass & Associates
2)

Date/Time: Nov 29  2006  8:51AM

| File No | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---------|------|-------------|-------|--------|---------------|
| 3409 | Memory TX 89300-001 | 914152529633 | P  2 | OK | |

Reason for error
E 1) Hang up or line fail          E 2) Busy
E 3) No answer                     E 4) No facsimile connection
E 5) Exceeded max E-mail size

---

LAW OFFICES
DAVID M. BASS & ASSOCIATES
2029 CENTURY PARK EAST • 14TH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 789-1160 OFFICE • (310) 789-1165 FACSIMILE

FACSIMILE COVER SHEET

DATE:  November 29, 2006              NO. PAGES:  2
                                     (INCLUDING COVER PAGE)

SEND TO:  Randall Riccardo, Esq      FACSIMILE:  (415) 252-9633
COMPANY:  Blue Marlin Corp.

FROM:  David M. Bass, Esq.
RE:  Blue Marlin Corp. v. USPA Accessories, etc., et al.
     San Francisco Superior Court Case No. CGC-06-453170

MESSAGE:  Please see attached.

This facsimile transmission contains information intended for the exclusive use of the addressee. This transmission may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the addressee (or an employee or agent responsible for delivering this transmission to the addressee), this notice do not copy, disclose or distribute this facsimile transmission, or your copy, or any notice sent to you's legal protection or restriction. If you have received this transmission in error, then please notify us by telephone to arrange for the return of this transmission and all copies. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL US AT (310) 789-1160.

Exhibit F

## Peter Cho

| | |
|---|---|
| **From:** | Peter Cho [pcho@basslawla com] |
| **Sent:** | Wednesday, November 29, 2006 10:20 AM |
| **To:** | 'Randy Riccardo' |
| **Subject:** | NOTICE OF EX PARTE APPLICATION – USPA adv Blue Marlin [Case No CGC-06-453170] |

**Importance:** High

Dear Randy:

Please see the attached letter, also faxed and mailed to you

## Peter Cho

David M Bass & Associates
2029 Century Park East, 14th Floor
Los Angeles, CA 90067
Telephone: 310-789-1152
Facsimile: 310-789-1149

=====================================================================

This message contains information which may be confidential and
privileged and is solely for the use of the intended recipient   Unless you are the
addressee (or authorized to receive for the addressee), you may
not review, use, copy, distribute or disclose to anyone any information
contained in this message and/or any attachment to this message   If
you have received the message in error, please advise the sender by
reply e-mail and delete the message

=====================================================================

LAW OFFICES
# DAVID M. BASS & ASSOCIATES
2029 CENTURY PARK EAST
14TH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE (310) 789-1152
FACSIMILE (310) 789-1149

November 29, 2006

## VIA FACSIMILE, U.S. MAIL AND E-MAIL

Randall Riccardo, Esq.
Blue Marlin Corp.
299 Kansas Street
San Francisco, CA 94103
Facsimile No : (415) 252-9633
E-mail: randyr@bluemarlincorp.com

Re:    *Blue Marlin Corp. v. USPA Accessories, LLC dba Concept One Accessories*
San Francisco Superior Court Case No. CGC-06-453170

Dear Mr. Riccardo:

Please take notice that on Thursday, November 30, 2006, at 11:00 a.m., in Courtroom 302 of the Superior Court for San Francisco County, located at 400 McAllister Street, San Francisco, California, USPA Accessories, LLC will apply *ex parte* for an order continuing the hearing on the motion for preliminary injunction to January 29, 2006.

Please let me know whether you intend to appear at the hearing and oppose.

Very truly yours,

Peter M. Cho

PMC:lf

Exhibit G

Peter Cho

| | |
|---|---|
| From: | Randy Riccardo [randyr@bluemarlincorp.com] |
| Sent: | Wednesday, November 29, 2006 12:24 PM |
| To: | Peter Cho |
| Subject: | Re: NOTICE OF EX PARTE APPLICATION -- USPA adv Blue Marlin [Case No CGC-06-453170] |
| Importance: | High |

Peter, Apologies for not getting back to you earlier this week   I was scheduled to come back yesterday, but got snowed-in in Oregon and didn't arrive until last night.

We would be amendable to reschedule the hearing date for the Preliminary Injunction; however, it would need to be during the week the hearing is currently calendared for, Dec 11-15th.  Let me know if any of those dates work for you

Randy

------ Original Message ------
Received: 10:13 AM PST, 11/29/2006
From: "Peter Cho" <pcho@basslawla.com>
To: "'Randy Riccardo'" <randyr@bluemarlincorp.com>
Subject: NOTICE OF EX PARTE APPLICATION -- USPA adv Blue Marlin [Case No.
CGC-06-453170]

Dear Randy:

Please see the attached letter, also faxed and mailed to you.

Peter Cho

David M. Bass & Associates
2029 Century Park East, 14th Floor
Los Angeles, CA 90067
Telephone: 310-789-1152
Facsimile:  310-789-1149

=======================================================================

This message contains information which may be confidential and privileged and is solely for the use of the intended recipient.  Unless you are the addressee (or authorized to receive for the addressee), you may not review, use, copy, distribute or disclose to anyone any information contained in this message and/or any attachment to this message. If you have received the message in error, please advise the sender by reply e-mail and delete the message

=======================================================================

>  ----------------------------------------------
>     Attachment: 11-29-06 Ltr to Riccardo.pdf
>     MIME Type: application/pdf
>  ----------------------------------------------

Randall Riccardo
VP of Licensing
Blue Marlin Corporation
299 Kansas Street

San Francisco, CA 94103
Tel 415-252-9630 x311
Cell 415-215-2951
Fax 415-252-9633


_____ NOD32 1889 (20061129) Information _____

This message was checked by NOD32 antivirus system
http://www.eset.com



Exhibit H

Peter Cho

| | |
|---|---|
| From: | Randy Riccardo [randyr@bluemarlincorp.com] |
| Sent: | Wednesday, November 29, 2006 12:32 PM |
| To: | Peter Cho |
| Subject: | Re: NOTICE OF EX PARTE APPLICATION -- USPA adv Blue Marlin [Case No CGC-06-453170] |

Importance:        High

Peter, just made it through my voicemails. The 19th of December will be fine for the PI hearing.

Randy

------ Original Message ------
Received: 10:13 AM PST, 11/29/2006
From: "Peter Cho" <pcho@basslawla.com>
To: "'Randy Riccardo'" <randyr@bluemarlincorp.com>
Subject: NOTICE OF EX PARTE APPLICATION -- USPA adv Blue Marlin [Case No CGC-06-453170]

Dear Randy:

Please see the attached letter, also faxed and mailed to you.

Peter Cho

David M. Bass & Associates
2029 Century Park East, 14th Floor
Los Angeles, CA 90067
Telephone: 310-789-1152
Facsimile:  310-789-1149

==================================================================================

This message contains information which may be confidential and privileged and is solely for the use of the intended recipient  Unless you are the addressee (or authorized to receive for the addressee), you may not review, use, copy, distribute or disclose to anyone any information contained in this message and/or any attachment to this message If you have received the message in error, please advise the sender by reply e-mail and delete the message

==================================================================================

> ------------------------------------------------
>     Attachment: 11-29-06 Ltr to Riccardo.pdf
>     MIME Type: application/pdf
> ------------------------------------------------

Randall Riccardo
VP of Licensing
Blue Marlin Corporation
299 Kansas Street
San Francisco, CA 94103
Tel 415-252-9630 x311
Cell 415-215-2951
Fax 415-252-9633

1

_____ NOD32 1889 (20061129) Information _____

This message was checked by NOD32 antivirus system.
http://www.eset com

Exhibit I

## Peter Cho

| | |
|---|---|
| From: | Peter Cho [pcho@basslawla.com] |
| Sent: | Wednesday, November 29, 2006 12:52 PM |
| To: | 'Randy Riccardo' |
| Subject: | RE: NOTICE OF EX PARTE APPLICATION -- USPA adv Blue Marlin [Case No CGC-06-453170] |

Importance:       High

Dear Randy:

We appreciate your offer to move the hearing but as I informed you in my November 22 letter, we have a trial commencing the week of December 11, 2006. In addition, our client is not available until early January because of the holidays. Please let me know whether any date the week of January 22 is acceptable. (Unfortunately, my reference to a possible hearing date of December 19, 2006 was made before I had the benefit of full information Clearly, that date will not work.)

Also, and more importantly, this will also give the parties the opportunity to discuss resolution of this matter instead of continuing the acrimony. Perhaps the holiday spirit will engender a meeting of the minds on settlement

Pending your response, we must keep the ex parte application on calendar. Thank you for your cooperation

Peter Cho
David M. Bass & Associates
2029 Century Park East, 14th Floor
Los Angeles, CA 90067
Telephone: 310-789-1152
Facsimile:  310-789-1149

This message contains information which may be confidential and privileged and is solely for the use of the intended recipient. Unless you are the addressee (or authorized to receive for the addressee), you may not review, use, copy, distribute or disclose to anyone any information contained in this message and/or any attachment to this message. If you have received the message in error, please advise the sender by reply e-mail and delete the message.

Peter Cho

David M. Bass & Associates
2029 Century Park East, 14th Floor
Los Angeles, CA 90067
Telephone: 310-789-1152
Facsimile:  310-789-1149

This message contains information which may be confidential and privileged and is solely for the use of the intended recipient. Unless you are the addressee (or authorized to receive for the addressee), you may not review, use, copy, distribute or disclose to anyone any information contained in this message and/or any attachment to this message. If you have received the message in error, please advise the sender by reply e-mail and delete the message.

-----Original Message-----
From: Randy Riccardo [mailto:randyr@bluemarlincorp.com]
Sent: Wednesday, November 29, 2006 12:32 PM
To: Peter Cho
Subject: Re: NOTICE OF EX PARTE APPLICATION -- USPA adv Blue Marlin [Case No.
CGC-06-453170]
Importance: High

Peter, just made it through my voicemails  The 19th of December will be fine for the PI
hearing

Randy

------ Original Message -----
Received: 10:13 AM PST, 11/29/2006
From: "Peter Cho" <pcho@basslawla com>
To: "'Randy Riccardo'" <randyr@bluemarlincorp.com>
Subject: NOTICE OF EX PARTE APPLICATION -- USPA adv Blue Marlin [Case No.
CGC-06-453170]

Dear Randy:

Please see the attached letter, also faxed and mailed to you.

Peter Cho

David M. Bass & Associates
2029 Century Park East, 14th Floor
Los Angeles, CA 90067
Telephone: 310-789-1152
Facsimile:  310-789-1149

====================================================================

This message contains information which may be confidential and privileged and is solely
for the use of the intended recipient. Unless you are the addressee (or authorized to
receive for the addressee), you may not review, use, copy, distribute or disclose to
anyone any information contained in this message and/or any attachment to this message.
If you have received the message in error, please advise the sender by reply e-mail and
delete the message.

====================================================================


>  ------------------------------------------------
>     Attachment: 11-29-06 Ltr to Riccardo pdf
>     MIME Type: application/pdf
>  ------------------------------------------------


Randall Riccardo
VP of Licensing
Blue Marlin Corporation
299 Kansas Street
San Francisco, CA 94103
Tel 415-252-9630 x311
Cell 415-215-2951
Fax 415-252-9633

_____ NOD32 1889 (20061129) Information _____

This message was checked by NOD32 antivirus system.
http://www.eset.com