<u>**SCHEDULE A**</u>

1. <u>Trademarks, Logos, etc.:</u>

   <u>Serial # 76/370876:</u>

   

   "BLUE MARLIN"

   <u>Serial #: 78/152681:</u>

   

   "BLUE MARLIN
   FIVE STAR VINTAGE"

   <u>Serial #: 76/325790:</u>
   "BLUE MARLIN
   FIVE STAR VINTAGE"

   <u>Serial #: 76/325789:</u>

   

   "FIVE STAR
   VINTAGE"

   <u>Serial #: 76/370337:</u>
   "★★★★
   ★★"

2. <u>Licensed Products</u>

   (a)    Men's, women's, and young men's Hats including but not limited to Knitted hats.

BM CO FINAL
Last printed 2/17/2004 12:42 PM

-29-

BM INIT *SG* CO INIT *BF*

1

**PROOF OF SERVICE**
[*C.C.P.*, §§1013(a) and 2015.5]

2

3  **STATE OF CALIFORNIA**        )  Case No. CGC-06-453170
                                  )
4  **COUNTY OF SAN FRANCISCO**    )

5          I am employed in the county of Los Angeles, State of California. I am over the age of
   18 and not a party to the within action; my business address is 2029 Century Park East,
6  14th Floor, Los Angeles, California 90067.

7          On December 13, 2006, I served the foregoing document described as **CROSS-
   COMPLAINT OF USPA ACCESSORIES, LLC FOR: (1) BREACH OF CONTRACT;
8  (2) BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR
   DEALING; (3) NEGLIGENT MISREPRESENTATION; (4) FRAUD; (5) RELIEF
9  BASED ON RESCISSION; AND FAILURE TO REGISTER FRANCHISE OFFER** on all
   interested parties in this action by placing the original/true copies thereof enclosed in (a) sealed
10 envelope(s) addressed as stated below:

11     Randall Riccardo, Esq.
       299 Kansas Street
12     San Francisco, CA 94103
       Facsimile: (415) 252-9633
13
   ☐     **BY MAIL**   I am "readily familiar" with the firm's practice of collection and
14         processing of correspondence for mailing. Under that practice it would be deposited
           with U.S. Postal Service on that same day with postage thereon fully prepaid at Los
15         Angeles, California in the ordinary course of business. I am aware that on motion of the
           party served, service is presumed invalid if postal cancellation date or postage meter
16         date is more than one day after date of deposit for mailing in affidavit.

17 ☐     **BY (PERSONAL SERVICE)**      I caused the envelope to be delivered by hand to
           the address listed above.
18
   ☐     **FAX**  I caused a copy of the above-entitled document to be faxed to the office of
19         Counsel for Plaintiffs at the fax number listed above.

20 ☒     **BY (EXPRESS MAIL)**      I deposited such envelope in the receptacle for **FedEx** and
           requested that it be delivered to the above-named attorneys/parties by way of priority
21         next day delivery (to be delivered by 10:00 a.m. the following morning).

22         I declare under penalty of perjury under the laws of the State of California that the
   foregoing is true and correct.
23
           Executed on December 13, 2006, at Los Angeles, California.
24

25

26                                                _____
                                                  Leslie Fritz
27

28

---
PROOF OF SERVICE

**TAB 17**

1  David M. Bass (State Bar No. 117199)
   Peter M. Cho (State Bar No. 213870)
2  DAVID M. BASS & ASSOCIATES
   2029 Century Park East, 14th Floor
3  Los Angeles, California 90067
   Telephone: (310) 789-1152
4  Facsimile: (310) 789-1149
   E-mail: dbass@basslawla.com
5
6  Attorneys for Defendant USPA ACCESSORIES,
   LLC dba CONCEPT ONE ACCESSORIES
7

**ENDORSED**
**FILED**
San Francisco County Superior Court

DEC 19 2006

GORDON PARK-LI, Clerk
BY: _____ MARIA SANCHEZ
                               Deputy Clerk

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                   FOR THE COUNTY OF SAN FRANCISCO

10

| | |
|---|---|
| 11  BLUE MARLIN CORP., | Case No. CGC-06-453170 |
| 12              Plaintiff, | Hon. Ronald E. Quidachay |
|  | Law & Motion Department 302 |
| 13       vs | *EX PARTE* APPLICATION OF USPA |
| 14  USPA ACCESSORIES, LLC dba | ACCESSORIES, LLC FOR ENTRY OF |
|     CONCEPT ONE ACCESSORIES, | STIPULATION ON BRIEFING SCHEDULE |
|  | AS AN ORDER; DECLARATION OF |
| 15              Defendant. | PETER M. CHO |
| 16  | [Code of Civil Procedure § 1054; Rules of |
| 17  | Court 235 and 379] |
| 18  | Date:  December 20, 2006 |
| 19  | Time:  11:00 a.m. |
|  | Place:  Department 302 |
| 20  | |
| 21  | Complaint Filed:      June 15, 2006 |

22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

EX PARTE APPLICATION OF USPA ACCESSORIES, LLC FOR ENTRY OF STIPULATION ON BRIEFING
SCHEDULE AS AN ORDER; DECLARATION OF PETER M. CHO

1  David M. Bass (State Bar No. 117199)
   Peter M. Cho (State Bar No. 213870)
2  DAVID M. BASS & ASSOCIATES
   2029 Century Park East, 14th Floor
3  Los Angeles, California 90067
   Telephone: (310) 789-1152
4  Facsimile: (310) 789-1149
   E-mail: dbass@basslawla.com

5

6  Attorneys for Defendant USPA ACCESSORIES,
   LLC dba CONCEPT ONE ACCESSORIES
7

8              **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9                    **FOR THE COUNTY OF SAN FRANCISCO**

10

11  BLUE MARLIN CORP.,                        Case No. CGC-06-453170

12              Plaintiff,                     Hon. Ronald E. Quidachay
                                               Law & Motion Department 302
13       vs.
                                               ***EX PARTE* APPLICATION OF USPA**
14  USPA ACCESSORIES, LLC dba                  **ACCESSORIES, LLC FOR ENTRY OF**
    CONCEPT ONE ACCESSORIES,                   **STIPULATION ON BRIEFING SCHEDULE**
15                                             **AS AN ORDER; DECLARATION OF**
                Defendant.                     **PETER M. CHO**
16
                                               **[Code of Civil Procedure § 1054; Rules of**
17                                             **Court 235 and 379]**

18
                                               Date:   December 20, 2006
19                                             Time:   11:00 a.m.
                                               Place:  Department 302
20

21                                             Complaint Filed:    June 15, 2006

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1   **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2       **PLEASE TAKE NOTICE** that on December 20, 2006 at 11:00 a.m., or as soon

3   thereafter as this matter may be heard, in Department 302 of the San Francisco County Superior

4   Court, located at 400 McAlister Street, San Francisco, California, Defendant USPA

5   Accessories, LLC, dba Concept One Accessories ("USPA"), will, and hereby does, apply

6   *ex parte* to this Court for entry of the parties' Stipulation to Extend Time to File Briefs re

7   Motion for Preliminary Injunction ("Stipulation") as an order. This Stipulation was lodged with

8   the Court on December 14, 2006.

9       This Application is made pursuant to Code of Civil Procedure § 1054(b) and Rules of

10  Court 235 and 379. This Application is further made on the grounds that: (a) USPA requires

11  additional time to prepare its opposition due to the schedules of its counsel and its officers; and

12  (b) Blue Marlin has stipulated to this extension and is not prejudiced thereby since it will

13  receive a reciprocal extension of time to file its reply memorandum.

14      As detailed in the attached Declaration, USPA's counsel gave notice of this Application

15  to Blue Marlin's counsel by an e-mail sent on December 19, 2006 at 9:20 a.m. This notice

16  specifically stated the nature of the relief requested, the date, time and place for the presentment

17  of the application. Blue Marlin's counsel does not oppose this Application.

18      This Application is based on this Application, the attached Memorandum of Points and

19  Authorities, the attached Declaration of Peter M. Cho, and the pleadings, files and other matters

20  that may be presented at the hearing of this motion.

21

22  Dated:  December 19, 2006                    DAVID M. BASS & ASSOCIATES

23

24                                    By: _____

25                                         Peter M. Cho
                                           Attorneys for Defendant USPA
26                                         ACCESSORIES, d.b.a. CONCEPT ONE
                                           ACCESSORIES
27

28

EX PARTE APPLICATION OF USPA ACCESSORIES, LLC FOR ENTRY OF STIPULATION ON BRIEFING
SCHEDULE AS AN ORDER; DECLARATION OF PETER M. CHO

## MEMORANDUM OF POINTS AND AUTHORITIES

**I.    INTRODUCTION.**

This Application seeks entry of a Stipulation by the parties for an extension of time as an order. The Stipulation, lodged with the Court on December 14, 2006, relates to an extension of time of two (2) days to file briefs on Plaintiff Blue Marlin Corporation's ("Blue Marlin") Motion for Preliminary Injunction ("Motion"), which is set to be heard on January 3, 2007 Due to the press of business, Defendant USPA Accessories, LLC ("USPA") requires additional time, two days, to prepare its opposition to the Motion.

The Court should grant this Application for two reasons. <u>First</u>, USPA does not have sufficient time to respond to the motion within the prescribed time period, due to the full schedules of its counsel and employees. <u>Second</u>, Blue Marlin has stipulated to the requested extension of time and would not be prejudiced by an extension given that it will also have an additional two days to file its reply memorandum. Accordingly, the Court should grant this Application and enter the Stipulation as an order.

**II.    FACTS MATERIAL TO THIS APPLICATION.**

On December 14, 2006, the parties lodged with the Court their Stipulation to Extend Time to File Briefs on Motion for Preliminary Injunction ("Stipulation"). (Declaration of Peter M. Cho ["Cho Decl."], ¶ 2 and Exhibit A.) Under the Stipulation, USPA and Blue Marlin would have two additional days to file their respective briefs on the Motion. (Cho Decl., Exhibit A.) The Stipulation arose from USPA's need for additional time to file its opposition due to the schedules of its counsel and its employees. (Cho Decl., ¶ 3.)

On December 19, 2006, the clerk of the court telephoned counsel for USPA and advised that an *ex parte* application is required to ensure entry of the Stipulation as an order. (Cho Decl., ¶ 4.) Accordingly, also on December 19, 2006, at approximately 9:30 a.m., USPA gave notice to Blue Marlin of this Application by e-mail. (Cho Decl., ¶¶ 5-6 and Exhibit B.) Blue Marlin indicated that it would not oppose this Application. (Cho Decl., ¶ 7 and Exhibit C.)

1

1  **III.    LEGAL ARGUMENT.**

2      **A.    The Press of Business Constitutes Good Cause to Grant an**

3          **Extension of Time.**

4      On a showing of good cause, the courts may grant *ex parte* requests for extensions of

5  time. Code of Civil Procedure § 1054; Rule of Court 235.

6          The 'good cause' requirement is satisfied simply by statements
           that the attorney's 'press of business' prevents him or her from
7          being able to prepare a response within the time required . . . .

8  Weil & Brown, CAL. PRAC. GUIDE: CIVIL PROCEDURE BEFORE TRIAL § 9.361 (The Rutter

9  Group 2006) ("Usually, courts are quite liberal in granting at least one extension of time . . . .")

10     The good cause requirement is met here. Due to the press of business of both USPA's

11 counsel and its officers, USPA requires further time to respond to the Motion.

12     **B.    There Is No Prejudice To Blue Marlin.**

13     Blue Marlin is not prejudiced by this extension because it will also receive an additional

14 two days to file its reply memorandum in support of its Motion. In addition, the stipulated

15 extension does not affect the hearing date.

16

17 **IV.    CONCLUSION.**

18     For the foregoing reasons, the Court should grant this Application and enter the parties'

19 Stipulation an order.

20

21 Dated: December 19, 2006                     DAVID M. BASS & ASSOCIATES

22

23                                             By: _____
                                                   Peter M. Cho
24                                             Attorneys for Defendant USPA
                                               ACCESSORIES, d.b.a. CONCEPT ONE
25                                             ACCESSORIES

26

27

28

2

## DECLARATION OF PETER M. CHO

I, Peter M. Cho, hereby declare as follows:

1.    I am an attorney duly licensed to practice law in the State of California. I am the attorney of record for USPA Accessories, LLC, d.b.a. Concept One Accessories ("USPA"), a party to this action. Unless otherwise stated, I have personal knowledge of the facts set forth in this Declaration and, if called upon to testify as a witness, I could and would competently testify to these facts.

2.    A true and correct copy of the Stipulation and Order to Extend Time to File Briefs re Motion for Preliminary Injunction ("Stipulation"), lodged with the Court on December 14, 2006, is attached hereto as Exhibit A.

3.    Due to the schedules of USPA's counsel and its employees, USPA requires an additional two days to prepare its opposition to the Motion for Preliminary Injunction.

4.    On December 19, 2006, the clerk of the court telephoned me and advised that USPA should apply *ex parte* to the court for entry of the Stipulation as an order.

5.    The name, address, telephone number, facsimile number and e-mail of Plaintiff Blue Marlin Corporation's ("Blue Marlin") counsel, as known to me, is:

> Randall Riccardo, Esq.
> Blue Marlin Corporation
> 299 Kansas Street
> San Francisco, CA 94103
> Telephone: (415) 252-9630
> Facsimile: (415) 252-9633
> E-mail: randyr@bluemarlincorp.com

6.    On December 19, 2006, at approximately 9:30 a.m., I sent an e-mail to Mr. Riccardo notifying him of this Application, the nature of the relief requested by this Application, and the date, time and place that this Application would be made. A true and correct copy of this e-mail is attached hereto as Exhibit B.

/ / /

/ / /

/ / /

EX PARTE APPLICATION OF USPA ACCESSORIES, LLC FOR ENTRY OF STIPULATION ON BRIEFING SCHEDULE AS AN ORDER; DECLARATION OF PETER M. CHO

1       7.    On December 19, 2006, at approximately 9:42 a.m., Mr. Riccardo sent me an e-

2  mail informing me that Blue Marlin would not oppose this Application. A true and correct

3  copy of this e-mail is attached hereto as Exhibit C.

4       I declare under penalty of perjury under the laws of the State of California that the

5  foregoing is true and correct. Executed on this 19th day of December, 2006 at Los Angeles,

6  California.

7

8                                    Peter M. Cho

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EX PARTE APPLICATION OF USPA ACCESSORIES, LLC FOR ENTRY OF STIPULATION ON BRIEFING
SCHEDULE AS AN ORDER; DECLARATION OF PETER M. CHO

EXHIBIT A

DEC 14 2006

1   David M. Bass (State Bar No. 117199)
    Peter M. Cho (State Bar No. 213870)
2   DAVID M. BASS & ASSOCIATES
    2029 Century Park East, 14th Floor
3   Los Angeles, California 90067
    Telephone: (310) 789-1152
4   Facsimile: (310) 789-1149
    E-mail: dbass@basslawla.com
5

6   Attorneys for Defendant USPA
    ACCESSORIES, LLC dba CONCEPT ONE
7   ACCESSORIES

8

9           SUPERIOR COURT OF THE STATE OF CALIFORNIA

10              FOR THE COUNTY OF SAN FRANCISCO

11

12  BLUE MARLIN CORP.,                    Case No. CGC-06-453170

13              Plaintiff,                Hon. Ronald E. Quidachay
                                          Law & Motion Department 302
14      vs.

15  USPA ACCESSORIES, LLC dba             STIPULATION AND ORDER TO EXTEND
    CONCEPT ONE ACCESSORIES,              TIME TO FILE BRIEFS RE MOTION FOR
16                                        PRELIMINARY INJUNCTION
                Defendant.
                                          [Code of Civil Procedure § 1054(b)]
17

18                                        Complaint Filed:    June 15, 2006

19

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

    _____
          STIPULATION AND ORDER TO EXTEND TIME TO FILE BRIEFS RE MOTION FOR
                          PRELIMINARY INJUNCTION

1    **TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF**

2    **RECORD:**

3            This Stipulation is made pursuant to Code of Civil Procedure § 1054(b) between

4    Defendant USPA Accessories, LLC ("USPA"), on the one hand, and Plaintiff Blue Marlin

5    Corporation ("Blue Marlin"), on the other hand, through their undersigned counsel of record,

6    with reference to the following:

7            A.     Blue Marlin has filed a motion for preliminary injunction, to be heard on

8    January 3, 2006.

9            B.     USPA's opposition to the motion for preliminary injunction is due on December

10   19, 2006. Blue Marlin's reply in support of this motion is due on December 26, 2006.

11           C.     USPA requires additional time to prepare its opposition due to the unavailability

12   during the holiday season of USPA's counsel and officers, the latter of whom will be submitting

13   declarations and evidence in opposition to the motion for preliminary injunction.

14           Accordingly, the parties thereto hereby STIPULATE and AGREE as follows:

15           1.     USPA's time to file an opposition shall be extended two days such that it is due

16   on December 21, 2006.

17           2.     Blue Marlin's time to file a reply shall be extended two days such that it is due

18   on December 28, 2006.

19

20   Dated: December *13*, 2006              DAVID M. BASS & ASSOCIATES

21

22                                           By: _____
                                                      Peter M. Cho
23                                           Attorneys for Defendant USPA
                                             ACCESSORIES, LLC dba CONCEPT ONE
                                             ACCESSORIES
24

25   ///

26   ///

27   ///

28   ///

STIPULATION AND ORDER TO EXTEND TIME TO FILE BRIEFS RE MOTION FOR PRELIMINARY
INJUNCTION

1    Dated: December 12, 2006              BLUE MARLIN CORPORATION

2

3                                         By: _____
                                              Randall Riccardo
4                                             Attorneys for Plaintiff BLUE MARLIN
                                              CORPORATION
5

6    IT IS SO ORDERED.

7

8    Dated: December ___, 2006
                                          _____
9                                             Hon. Ronald E. Quidachay
                                              Judge of the Superior Court
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Exhibit B

## Peter Cho

**From:** Peter Cho [pcho@basslawla.com]
**Sent:** Tuesday, December 19, 2006 9:20 AM
**To:** 'Randy Riccardo'
**Subject:** Notice of ex parte to enter Stip on briefing schedule as an order [USPA adv Blue Marlin, Case No. CGC-06-453170]

Randy: The court called me and advised that USPA should make ex parte application for entry of the stipulation as an order. Accordingly, please take notice that on December 20, 2006, at 11:00 a.m., in Courtroom 302 of the Superior Court for San Francisco County, located at 400 MacAllister Street, San Francisco, California, USPA will apply *ex parte* for entry of the stipulation as an order. I assume that you will not appear and oppose.

David will get back to you on a date after the 1st to talk about settlement. Thanks.

**Peter M. Cho, Esq.**
David M. Bass & Associates
2029 Century Park East, 14th Floor
Los Angeles, CA 90067
Telephone: 310-789-1152
Facsimile: 310-789-1149

======================================================================

This message contains information which may be confidential and
privileged and is solely for the use of the intended recipient. Unless you are the
addressee (or authorized to receive for the addressee), you may
not review, use, copy, distribute or disclose to anyone any information
contained in this message and/or any attachment to this message. If
you have received the message in error, please advise the sender by
reply e-mail and delete the message.

======================================================================

**Exhibit C**

Peter Cho

| | |
|---|---|
| **From:** | Randy Riccardo [randyr@bluemarlincorp com] |
| **Sent:** | Tuesday, December 19, 2006 9:41 AM |
| **To:** | Peter Cho |
| **Subject:** | Re: Notice of ex parte to enter Stip on briefing schedule as an order [USPA adv Blue Marlin, Case No CGC-06-453170] |

Peter, that sounds fine. Can you fax me a copy when you have it finished. You are correct, assuming it mirrors the Stip I won't oppose.

Thanks,

Randy

------ Original Message ------
**Received:** 09:13 AM PST, 12/19/2006
**From:** "Peter Cho" <pcho@basslawla.com>
**To:** "'Randy Riccardo'" <randyr@bluemarlincorp.com>
**Subject:** Notice of ex parte to enter Stip on briefing schedule as an order [USPA adv Blue Marlin, Case No. CGC-06-453170]

Randy: The court called me and advised that USPA should make ex parte application for entry of the stipulation as an order Accordingly, please take notice that on December 20, 2006, at 11:00 a.m., in Courtroom 302 of the Superior Court for San Francisco County, located at 400 MacAllister Street, San Francisco, California, USPA will apply *ex parte* for entry of the stipulation as an order  I assume that you will not appear and oppose.

David will get back to you on a date after the 1st to talk about settlement. Thanks

**Peter M. Cho, Esq.**
David M  Bass & Associates
2029 Century Park East, 14th Floor
Los Angeles, CA 90067
Telephone: 310 789-1152
Facsimile: 310-789-1149

==================================================================

This message contains information which may be confidential and privileged and is solely for the use of the intended recipient  Unless you are the addressee (or authorized to receive for the addressee), you may not review, use, copy, distribute or disclose to anyone any information contained in this message and/or any attachment to this message  If you have received the message in error, please advise the sender by reply e-mail and delete the message
==================================================================

12/19/2006

12-19-06    13:42    FROM-                                              T-540  P 003/004  F-196

Superior Court of California,
County of San Francisco
Civil

MSANCHEZ

Dec-19-2006    W2006C19M008
11:40:24

CASE NUMBER: CGC-06-453170

BLUE MARLIN CORPORATION VS. USPA ACCESSO
RIES LLC DBA CONCEPT ONE ACCESSORIES

MOTION

FILED BY USPA ACCESSORIES LLC

                    $40.00 PAID BY CHECK

FEE:
                        THANK YOU

12-19-06    13:42    FROM-    T-540   P 001/004   F-196

# WORLDWIDE NETWORK, INC.
## 520 TOWNSEND ST., STE D
## SAN FRANCISCO, CA 94103
## (415) 503-0900  (415) 503-0909 FAX

## FACSIMILE TRANSMITTAL SHEET

| | | |
|---|---|---|
| TO: Leslie Fritz | FROM: Rene | |
| COMPANY: DAVID BASS | DATE: 12/19/0 | |
| FAX NUMBER: (310) 789 1149 | TOTAL NO. OF PAGES INCLUDING COVER: (4) | |
| PHONE NUMBER: | CONTROL# 663355 | |
| RE: | | |

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

Fedex onig

Track # 857533564652

12-19-06    13:42    FROM-
Yahoo! Mail - process_sf@yahoo.com

T-540   P.002/004   F-196



Yahoo! My Yahoo! Mail    Make Y! your home page    Search:    Web Search

**YAHOO! MAIL**    Welcome, **process_sf**
[Sign Out, My Account]

Mail Home - Mail Tutorials - Help

#106??55

yet thick with features.

T- Mobile· stick ‹

| Mail | Addresses | Calendar | Notepad | Mail For Mobile - Mail Upgrades · Options |

| Check Mail | Compose | | Search Mail | Search the We |

Previous | Next | Back to Messages

| Delete | Reply | Forward | Spam | Move... |

This message is not flagged. [ Flag Message – Mark as Unread ]

**From:**    "Leslie Fritz" <lfritz@basslawla.com>    Add to Address Book

**To:**    process_sf@yahoo.com

**Subject:**    FW: Emailing: USPA-Blue Marlin Ex Parte.pdf

**Date:**    Tue, 19 Dec 2006 11:04:26 -0800

$46.00 - 30099 Anthony

Leslie Fritz
David M. Bass & Associates
2029 Century Park East, 14th Floor Los Angeles, CA
Telephone: 310-789-1152
Facsimile: 310-789-1149

========================================================

This message contains information which may be conf
privileged and is solely for the use of the intende
you
are the
addressee (or authorized to receive for the address
not review, use, copy, distribute or disclose to an
contained in this message and/or any attachment to
you have received the message in error, please advi
reply e-mail and delete the message.

TRY Blockbuster for FREE!

Folders [Add - Edit]
Inbox
Draft
Sent
Bulk    [Empty]
Trash    [Empty]

Search Shortcuts
My Photos
My Attachments

What's your credit score $0

Find old High School friends

Refi Rate-4.7% Bad Credit OK

Degrees in as fast as 1 year.

## Leslie Fritz

From:       Leslie Fritz [lfritz@basslawla.com]
Sent:       Tuesday, December 19, 2006 11:04 AM
To:         'process_sf@yahoo.com'
Subject:    FW: Emailing: USPA-Blue Marlin Ex Parte pdf


JSPA-Blue Marlin Ex
Parte pdf

Control no.

CU 3355

Leslie Fritz
David M. Bass & Associates
2029 Century Park East, 14th Floor
Los Angeles, CA 90067
Telephone: 310-789-1152
Facsimile:  310-789-1149

=======================================================================

This message contains information which may be confidential and privileged and is solely
for the use of the intended recipient.  Unless you are the addressee (or authorized to
receive for the addressee), you may not review, use, copy, distribute or disclose to
anyone any information contained in this message and/or any attachment to this message.
If you have received the message in error, please advise the sender by reply e-mail and
delete the message.

=======================================================================

-----Original Message-----
From: Leslie Fritz [mailto:lfritz@basslawla.com]
Sent: Tuesday, December 19, 2006 11:02 AM
To: 'Irene Livai (sfoffice@wwatty.com)'
Subject: Emailing: USPA-Blue Marlin Ex Parte pdf

Please call me when you receive the attached.  It should be filed with the Court ASAP with
a courtesy copy to Judge Quidachay in Dept. 302.

Thank you.

Leslie Fritz
David M. Bass & Associates
2029 Century Park East, 14th Floor
Los Angeles, CA 90067
Telephone: 310-789-1152
Facsimile:  310-789-1149

=======================================================================

This message contains information which may be confidential and privileged and is solely
for the use of the intended recipient.  Unless you are the addressee (or authorized to
receive for the addressee), you may not review, use, copy, distribute or disclose to
anyone any information contained in this message and/or any attachment to this message.
If you have received the message in error, please advise the sender by reply e-mail and
delete the message.

=======================================================================

**TAB 18**

12-26-06   16:13   FROM-                                                          T-705   P 002/004   F-474

1  David M. Bass (State Bar No. 117199)
   Peter M. Cho (State Bar No. 213870)
2  DAVID M. BASS & ASSOCIATES
   2029 Century Park East, 14ᵗʰ Floor
3  Los Angeles, California 90067
   Telephone: (310) 789-1152
4  Facsimile: (310) 789-1149
   E-mail: dbass@basslawla.com
5
6  Attorneys for Defendant USPA
   ACCESSORIES, LLC dba CONCEPT ONE
7  ACCESSORIES
8
9              SUPERIOR COURT OF THE STATE OF CALIFORNIA
10                   FOR THE COUNTY OF SAN FRANCISCO
11
12  BLUE MARLIN CORP.,                    Case No. CGC-06-453170
13                  Plaintiff,            Hon. Ronald E. Quidachay
                                          Law & Motion Department 302
14         vs.
15  USPA ACCESSORIES, LLC dba             STIPULATION AND ORDER TO EXTEND
    CONCEPT ONE ACCESSORIES,              TIME TO FILE BRIEFS RE MOTION FOR
16                                        PRELIMINARY INJUNCTION
                   Defendant.
17                                        [Code of Civil Procedure § 1054(b)]
18
                                          Complaint Filed:    June 15, 2006
19
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

                 STIPULATION AND ORDER TO EXTEND TIME TO FILE BRIEFS RE MOTION FOR
                                     PRELIMINARY INJUNCTION

**F I L E D**
San Francisco County Superior Court

DEC 20 2006

GORDON PARK-LI, Clerk
BY: _____
                    Deputy Clerk

$20ᵒᵒ

1   TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF

2   RECORD:

3        This Stipulation is made pursuant to Code of Civil Procedure § 1054(b) between

4   Defendant USPA Accessories, LLC ("USPA"), on the one hand, and Plaintiff Blue Marlin

5   Corporation ("Blue Marlin"), on the other hand, through their undersigned counsel of record,

6   with reference to the following:

7        A.    Blue Marlin has filed a motion for preliminary injunction, to be heard on

8   January 3, 2006.

9        B.    USPA's opposition to the motion for preliminary injunction is due on December

10  19, 2006. Blue Marlin's reply in support of this motion is due on December 26, 2006.

11       C.    USPA requires additional time to prepare its opposition due to the unavailability

12  during the holiday season of USPA's counsel and officers, the latter of whom will be submitting

13  declarations and evidence in opposition to the motion for preliminary injunction.

14       Accordingly, the parties thereto hereby STIPULATE and AGREE as follows:

15       1.    USPA's time to file an opposition shall be extended two days such that it is due

16  on December 21, 2006.

17       2.    Blue Marlin's time to file a reply shall be extended two days such that it is due

18  on December 28, 2006.

19

20  Dated: December 13 2006              DAVID M. BASS & ASSOCIATES

21

22                                       By: _____
                                              Peter M. Cho
23                                            Attorneys for Defendant USPA
                                              ACCESSORIES, LLC dba CONCEPT ONE
24                                            ACCESSORIES

25  ///

26  ///

27  ///

28  ///

                                    2
STIPULATION AND ORDER TO EXTEND TIME TO FILE BRIEFS RE MOTION FOR PRELIMINARY
                              INJUNCTION

12-26-06   16:19   FROM-                                    BLUE MARLIN SAL     T-705  P 004/004  F-474
                                                                                    PAGE  02/02

1   Dated: December 12 2006          BLUE MARLIN CORPORATION

2

3                                    By: _____

4                                        Randall Riccardo
                                         Attorneys for Plaintiff BLUE MARLIN
                                         CORPORATION
5

6   IT IS SO ORDERED.

7

8   Dated: December 20, 2006

9                                    _____
                                     Hon. Ronald E. Quidachay
                                     Judge of the Superior Court
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                     3
STIPULATION AND ORDER TO EXTEND TIME TO FILE BRIEFS RE MOTION FOR PRELIMINARY
                              INJUNCTION

**TAB 19**

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SAN FRANCISCO
400 MCALLISTER STREET, SAN FRANCISCO, CA 94102

BLUE MARLIN CORPORATION

                                    Pretrial Department 212
                                    Case Management Order

                    PLAINTIFF (S)

              VS.                   NO. CGC-06-453170

USPA ACCESSORIES LLC DBA CONCEPT
ONE ACCESSORIES                     Notice of Time and Place of Trial
                                    and Mandatory Settlement
                    DEFENDANT (S)        Conference

To: ALL COUNSEL AND PARTIES IN PROPRIA PERSONA

The JAN-05-2007 CASE MANAGEMENT CONFERENCE is canceled

YOU ARE HEREBY NOTIFIED that this case is set for Jury TRIAL on JUL-02-2007 at 9:30 AM in Dept. 206.

A MANDATORY SETTLEMENT CONFERENCE is set for JUN-18-2007 at 3:30 PM in Department 303, 400 McAllister Street San Francisco, CA 94102. Sanctions will be imposed for failure to comply with Local Rule 5.0 A. and Cal. Rules of Court, Rule 225.

If any party objects to this order, written notice of the objection must be filed with the Court; a courtesy copy must be delivered to Dept. 212 and served on all parties; and all counsel must appear for an objection hearing on JAN-05-2007 in Department 212 at 9:00AM

After JAN-05-2007, ALL REQUESTS FOR CONTINUANCE MUST BE SUBMITTED TO THE PRESIDING JUDGE in Department 206, 400 MCALLISTER STREET, SAN FRANCISCO, CA 94102.

DATED: DEC-21-2006             ARLENE T. BORICK

                               JUDGE/COMMISSIONER

CERTIFICATE OF SERVICE BY MAIL

I, the undersigned, certify that\ an employee of the Superior Court of California, Co    of San Francisco and not a party to
the above-entitled cause and that on DEC-21-2006 I served the foregoing Notice of Time and Place of Trial and Mandatory
Settlement Conference on each counsel of record or party appearing in propria persona by causing a copy thereof to be enclosed
in a postage paid sealed envelope and deposited in the United States Postal Service mail box located at 400 McAllister Street,
San Francisco CA 94102-4514 pursuant to standard court practice.

Dated : DEC-21-2006                          By: JEFFREY LEE

DAVID M. BASS  (117199)
DAVID M. BASS & ASSOCIATES
2029 CENTURY PARK EAST
14TH FLOOR
LOS ANGELES, CA 90067

RANDALL RICCARDO  (224672)
299 KANSAS STREET
SF, CA 94103
USA

DAVID M. BASS  (117199)
DAVID M. BASS & ASSOCIATES
2029 CENTURY PARK EAST
14TH FLOOR
LOS ANGELES, CA 90067

CERTIFICATE OF SERVICE BY MAIL
Form 000001

## JUDGE PRO TEM PROCEDURE

GENERAL PURPOSE: In furtherance of the efforts of the Superior Court to provide alternative methods of case resolution, the Court offers a program for the utilization of Judges Pro Tem by stipulation of the parties. Trial counsel and the parties may stipulate to the assignment of cases to a Judge Pro Tem for jury and non-jury cases.

THE PANEL: The Court will maintain a list of attorneys willing to serve as Judges Pro Tem. A current list is attached.

PROCEDURE: All counsel are to confer with their clients and with each other in an effort to agree to stipulate to a Judge Pro Tem for jury and non-jury trials.

If a Judge Pro Tem is agreed upon, plaintiff's counsel shall contact Alisa Hollander at (415) 551-5715 to find out what dates are available on the Court's Judge Pro Tem Calendar. Once you are aware of the available dates, counsel and the Judge Pro Tem shall then agree upon a trial date. Alisa Hollander shall then be contacted immediately for confirmation of the availability of the chosen trial date, and the attached stipulation form shall be executed by counsel and the Judge Pro Tem. ONLY THE COURT FORM STIPULATION TO USE JUDGE PRO TEM AND ORDER WILL BE ACCEPTED. TYPED STIPULATIONS WILL BE RETURNED.

The stipulation, executed by all counsel and the judge pro tem, shall be submitted to Alisa Hollander, 400 McAllister Street, Room 206, San Francisco, CA 94102-4514, no later than ten (10) court days prior to the assigned trial date for signature of the Presiding Judge and filing with the Clerk of the Court.

Any order affecting the stipulation, and any subsequent stipulation (e.g. submitted when continuing an already agreed upon trial date), likewise, must be submitted to Alisa Hollander prior to submission for signature of the Presiding Judge.

COURT FACILITIES: The Superior Court will provide court facilities, a courtroom clerk, and a court reporter for the trial of cases conducted pursuant to this procedure.

COURT FEES: All standard court fees apply to this program (i.e., court reporter fees, jury fees, stipulation and order fees, continuation fees, etc.)

Alisa Hollander (415) 551-5715

# SAN FRANCISCO SUPERIOR COURT
## JUDGE PRO TEM LIST

| | | |
|---|---|---|
| Adler, Joel D. | (415) | 885-5333 |
| Afshari, Koorosh | (415) | 882-3248 |
| Alexander, Mary E. | (415) | 433-4440 |
| Anolik, Alexander | (415) | 673-3333 |
| Armour, Maya | (415) | 986-1474 |
| Bassi, Marte J. | (415) | 397-9006 |
| Becker, Stephen C. | (415) | 434-8000 |
| Beckman, Richard | (415) | 495-8500 |
| Bernstein, William | (415) | 956-1000 |
| Birkhimer, Dennis C. | (415) | 922-1881 |
| Brant, Michelle | (415) | 221-5910 |
| Campisi, Dominic J. | (415) | 421-0288 |
| Chapman, William | (415) | 352-3000 |
| Cheng, Claudine | (415) | 986-0361 |
| Commins, David H.S. | (415) | 391-6490 |
| Curtice, Lawrence L. | (415) | 543-5805 |
| Daniloff, Deborah A. | (415) | 622-6656 |
| Dawson, David P. | (415) | 772-9602 |
| Dickstein, Michael E. | (415) | 474-1449 |
| Dinday, Brian R. | (415) | 864-8885 |
| Divelbiss, Mark J. | (510) | 339-1755 |
| Dorit, J. Niley | (415) | 956-2757 |
| Drummond, Donald F. | (415) | 433-2261 |
| Ericson, Bruce A. | (415) | 983-1560 |
| Feng, Samuel K. | (415) | 885-5800 |
| Fielding, David H. | (415) | 752-0431 |
| Fineman, Martin L. | (415) | 276-6500 |
| Fleisig, David H. | (510) | 548-2030 |
| Fleming, James H. | (510) | 466-6723 |
| Goldstein, R. Stephen | (415) | 673-5600 |
| Gorski, Stephen J. | (415) | 248-1010 |
| Gray, Gary L. | (415) | 775-4818 |
| Grotch, Richard | (650) | 592-5400 |
| Gulick, John Nye, Jr. | (415) | 782-1330 |
| Gutierrez, Paul D. | (415) | 398-9000 |
| Hadiaris, Peter N. | (415) | 593-0077 |
| Harris, Alan B. | (415) | 954-4424 |
| Harris, Lee S. | (415) | 673-5600 |
| Hassan, Rey | (415) | 391-8595 |
| Hicks, David K. | (510) | 595-2000 |
| Hiphman, Anne | (415) | 703-4868 |
| Horning, Richard Allan | (650) | 839-5066 |
| Hoy, Colleen M. | (415) | 221-2656 |
| Hudgins, Nancy E. | (415) | 979-0100 |
| Imber, Robert C. | (415) | 487-7435 |
| Ingram, Robert B. | (415) | 499-0800 |
| Jedeikin, Joseph | (415) | 781-7050 |
| Joost, William E., Jr. | (415) | 721-2110 |
| Jungreis, Jason | (415) | 433-3993 |
| Kane, Robert F. | (415) | 982-1510 |
| King, David C. | (707) | 762-6385 |
| Kingsley, Sanford | (415) | 882-5000 |
| Kipperman, Steven M. | (415) | 397-8600 |
| Kornblum, Guy O. | (415) | 440-7800 |
| Krell, Bruce | (415) | 861-4414 |
| Kuhl, P. Beach | (415) | 781-7900 |
| LaLanne, Thomas J. | (415) | 434-1122 |
| Latham, Thomas W. | (415) | 421-0288 |
| Leal, George C. | (415) | 788-8988 |
| Lerner, Glenn A. | (415) | 781-4000 |
| Lewis, Robert A. | (415) | 393-2000 |
| Lieberman, R. Michael | (415) | 929-3197 |
| LoSavio, Thomas J. | (415) | 981-6630 |
| Lubarsky, Bruce M. | (650) | 348-0102 |
| Lynch, John P. | (415) | 623-2410 |
| Lynch, Robert T. | (415) | 397-2800 |
| Madison, Debrenia | (415) | 241-1325 |
| Marron, Michael R. | (415) | 905-0200 |
| May, David E. | (415) | 399-3900 |
| McLain, Mary K. | (415) | 380-8386 |
| Millar, James M. | (415) | 392-2800 |
| Millstein, David J. | (415) | 348-0348 |
| Moody, Craig | (415) | 398-2797 |
| Moore, John D. | (510) | 893-6300 |
| Moore, Theresa D. | (415) | 469-5500 |
| Myles, Elliott A. | (510) | 986-0877 |
| Narayan, S. D. | (650) | 259-3300 |
| Newman, Nancy J. | (415) | 995-5052 |
| Niemann, Robert S. | (415) | 397-2823 |
| O'Grady, Sharon L. | (415) | 983-1198 |
| Parrish, Shawn D. | (415) | 901-8779 |
| Pasquali, Rolando | (650) | 579-0100 |
| Petersen, Mark D. | (415) | 954-4406 |
| Pfeffer, Irving | (415) | 296-7272 |
| Porter, David M. | (415) | 982-8600 |
| Raifsnider, Michael J. | (415) | 398-9001 |
| Rapaport, Daniel | (510) | 834-6600 |
| Renne, Paul A. | (415) | 693-2000 |
| Richards, Norman B. | (415) | 393-2000 |
| Rosack, Charlene P. | (415) | 986-8600 |
| Rosen, Sanford Jay | (415) | 433-6830 |
| Rosenthal, Kenneth W. | (415) | 957-0898 |
| Ross, Jeffrey S. | (415) | 983-1730 |
| Rubin, Roger R. | (415) | 441-1112 |
| Seidenfeld, Marc | (650) | 877-8253 |
| Seidscher, Seymour | (415) | 863-9133 |
| Shain, Henry | (415) | 781-6500 |
| Sheppard, Robert J. | (415) | 296-0900 |
| Sleight, Roger W. | (415) | 781-7900 |
| Smith, John C., Jr. | (415) | 861-1886 |
| Smith, William B. | (415) | 421-7995 |
| Souza, Ronald J. | (415) | 398-3500 |
| Spencer, Gregory S. | (415) | 622-6041 |
| Stein, John C. | (408) | 298-5678 |
| Stein, Steven B. | (415) | 464-7171 |
| Stumpf, Robert J., Jr. | (415) | 774-3288 |
| Tigerman, Stephen M. | (415) | 788-1588 |
| Valerian, Richard C. | (510) | 521-0612 |
| Wailes, W. George | (650) | 342-9600 |
| Warren, Richard D. | (510) | 528-4423 |
| Weber, Steven J. | (415) | 788-3900 |
| Wecht, Ronald H. | (415) | 981-7210 |
| Weinstein, Joshua | (415) | 865-7688 |
| White, Mark A. | (415) | 352-3000 |
| Willdorf, Barry S. | (415) | 543-0233 |
| Willey, Michel F. | (415) | 781-1022 |
| Witte, Philip | (925) | 937-9990 |
| Wohl, Jeffrey D. | (415) | 856-7255 |
| Young, A. M | (415) | 421-6772 |

Rev. 04/07/06

SUPERIOR COURT OF THE STATE OF CALIFORNIA
CITY AND COUNTY OF SAN FRANCISCO

)  Case No.
)
)  STIPULATION TO USE JUDGE
)  PRO TEM AND ORDER
)  (Cal. Const. art. VI, §21)
)
)  Assigned Trial Date:_____
)  Estimated Trial Days:_____
)  Jury:  Yes____        No____
)

_____ shall serve as Judge Pro Tem for the trial of this case. The above

trial date is continued/advanced to _____ (optional). The Judge Pro Tem has signed below and will be the

judge for all trial purposes, including in limine motions. Any motions or hearings which are scheduled for the Court to

hear shall conform to applicable statutes and court rules

We hereby represent to the Court that all essential parties have appeared herein and that this case is at issue as

to all such parties; that no amended or supplemental complaint or cross-complaint or other affirmative pleading remains

unanswered; no other parties will be served with a summons prior to the time of trial.

THE FOREGOING IS STIPULATED AND AGREED TO BY:

1. _____, counsel for _____

2. _____, counsel for _____

3. _____, counsel for _____

4. _____, counsel for _____

I AGREE TO SERVE AS THE JUDGE PRO TEM.

_____        _____          _____
Date                            State Bar No.                        Judge Pro Tem

Oath of Office filed on _____          address_____

                                                                      _____

IT IS SO ORDERED.

_____                                         _____
Date                                                              Presiding Judge of the Superior Court

SUBMIT TO:  Alisa Hollander, 400 McAllister St., Rm. 206, S.F., CA  94102

**SUPERIOR COURT OF SAN FRANCISCO**
400 McAllister Street
San Francisco, CA 94102-4512

TO: All Counsel Appearing

FR: Gordon Park-Li, Clerk of the Court

RE: Post Trial Activities

The judge who heard your case is not an active member of this bench, being either retired, assigned from another court, or stipulated to as judge pro tem. To ensure proper disposition of future papers in this matter, kindly mail or messenger all documents which you would normally submit directly to the trial judge for signature to:

> Court Manager, Civil Courtroom Clerks
> 400 McAllister Street, Room 103
> San Francisco, CA 94102-4514

We will process the documents and forward to the judge, as necessary.

Papers which are normally filed in the Clerk's office should be submitted in the usual manner. If appropriate, courtesy copies may be provided directly to the judge or through our office.

Post trial papers such as motion for new trial, motion to tax costs, etc. must be filed with the Clerk's office in a timely manner with courtesy copies sent to the chief civil clerk and should indicate below the title of the motion the name of the judge, the extra-session number, and the notation that the date/time of the hearing will be determined by the Court. This is usually accomplished with the abbreviation "TBD" for "to be determined." After consultation with the sitting judge, the Court will notify the moving party of the date and time of the hearing and request the movant notify all other parties. Since these motions are generally set on Fridays, counsel is encouraged to provide the Court, via cover letter, dates that are acceptable to all counsel.

Questions may be addressed to Mallun Breedlove at (415) 551-3683.

PRO TEM JUDGE PROGRAM

## Procedure for Calendaring Post-Trial Motions

All post-trial motions will be heard on Tuesdays and Fridays.

All post-trial motions must be calendared by Mallun Breedlove (telephone number: (415) 551-3683, 400 McAllister Street, Room 103, S.F., CA 94102-4514)

To calendar a post-trial motion, counsel for the moving party must contact Mallun Breedlove to obtain an available date.

Any changes in the time and place of hearing must be made through Mallun Breedlove.

If the hearing is cancelled, please advise Mallun Breedlove immediately in order that the courtroom may be used for another case.