1  David M. Bass (State Bar No. 117199)
   Peter M. Cho (State Bar No. 213870)
2  DAVID M. BASS & ASSOCIATES
   2029 Century Park East, 14th Floor
3  Los Angeles, California 90067
   Telephone: (310) 789-1152
4  Facsimile: (310) 789-1149
   E-mail: dbass@basslawla.com
5

6  Attorneys for Defendant and Counterclaim
   Plaintiff USPA ACCESSORIES, LLC
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

| 12 | BLUE MARLIN CORP., | Case No. C-07-3368-EMC |
|---|---|---|
| 13 | Plaintiff, | **CERTIFICATE OF SERVICE OF DOCUMENTS UNDER CIVIL LOCAL RULE 4-2** |
| 14 | vs. | |
| 15 | USPA ACCESSORIES, LLC dba CONCEPT ONE ACCESSORIES, | |
| 16 | Defendant | |
| 17 | | |
| 18 | USPA ACCESSORIES, LLC dba CONCEPT ONE ACCESSORIES, | |
| 19 | Counterclaim Plaintiff, | |
| 20 | vs. | |
| 21 | BLUE MARLIN CORP., a California corporation; and ROES 1 to 25, inclusive, | |
| 22 | | |
| 23 | Counterclaim Defendants. | |

24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

CERTIFICATE OF SERVICE OF DOCUMENTS UNDER CIVIL LOCAL RULE 4-2

**CERTIFICATE OF SERVICE**
[C C P, §§1013(a) and 2015 5]

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2029 Century Park East, 14th Floor, Los Angeles, California 90067.

On July 2, 2007, I served the documents described as

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF ASSIGNMENT OF CASE TO MAGISTRATE JUDGE FOR TRIAL; DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA; STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE EDWARD M. CHEN; JUDGE CHEN'S STANDING CASE MANAGEMENT CONFERENCE ORDER; AND STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA RE CONTENTS OF JOINT CASE MANAGEMENT STATEMENT.**

on all interested parties in this action by placing the original/true copies thereof enclosed in (a) sealed envelope(s) addressed as stated below:

Randall Riccardo, Esq.
299 Kansas Street
San Francisco, CA 94103

Stephen A. Sommers, Esq
Sommers Law Group
870 Market Street
Suite 1142
San Francisco, CA 94102

☒  **BY MAIL**   I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the offices of a member of the bar of this court at whose direction the service was made. Executed on July 2, 2007 at Los Angeles, California.

_____
Margaret Oakley

1
CERTIFICATE OF SERVICE OF DOCUMENTS UNDER CIVIL LOCAL RULE 4-2