1  David M. Bass (State Bar No. 117199)
   Peter M. Cho (State Bar No. 213870)
2  DAVID M. BASS & ASSOCIATES
   2029 Century Park East, 14th Floor
3  Los Angeles, California 90067
   Telephone: (310) 789-1152
4  Facsimile:  (310) 789-1149
   E-mail: dbass@basslawla.com
5

6  Attorneys for Defendant and Counterclaim Plaintiff
   USPA ACCESSORIES, LLC dba CONCEPT
7  ONE ACCESSORIES

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  BLUE MARLIN CORP., | Case No. C 07 3368 EMC |
| 13           Plaintiff, | |
| 14      vs. | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE;** |
| 15  USPA ACCESSORIES, LLC dba CONCEPT ONE ACCESSORIES, | **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| 16           Defendant. | |
| 17  USPA ACCESSORIES, LLC dba CONCEPT ONE ACCESSORIES, | |
| 18 | |
| 19           Counterclaim Plaintiff, | |
| 20      vs. | |
| 21  BLUE MARLIN CORP., a California corporation; and ROES 1 to 25, inclusive, | |
| 22 | |
| 23           Counterclaim Defendants. | |

25  / / /

26  / / /

27  / / /

28  / / /

---

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND        Case No. C 07 3368 EMC
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: July 5, 2007

DAVID M. BASS & ASSOCIATES

By: _____
Peter M. Cho
Attorneys for Defendant and Counterclaim Plaintiff USPA ACCESSORIES, LLC dba CONCEPT ONE ACCESSORIES

---

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

Case No. C 07 3368 EMC

1

1

**PROOF OF SERVICE**
[C.C.P., §§1013(a) and 2015.5]

2

3  UNITED STATES DISTRICT COURT        )    Case No. C 07 3368 EMC
                                       )
4  NORTHERN DISTRICT OF CALIFORNIA     )

5       I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2029 Century Park East, 14th Floor, Los Angeles, California 90067.

6

7       On July 5, 2007, I served the foregoing document described as **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE; REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** on all interested parties in this action by placing the original/true copies thereof enclosed in (a) sealed envelope(s) addressed as stated below:

8

9

10      Randall Riccardo, Esq.            Stephen A. Sommers, Esq.
        299 Kansas Street                 Sommers Law Group
11      San Francisco, CA 94103           870 Market Street
                                          Suite 1142
12                                        San Francisco, CA 94102

13  ☒   **BY MAIL** — I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

14

15

16

17  ☐   **BY (PERSONAL SERVICE)** — I caused the envelope to be delivered by hand to N/A.

18  ☐   **BY (OVERNIGHT COURIER)** — I deposited such envelope in the receptacle for **Federal Express** and requested that it be delivered to the above-named attorneys/parties by way of priority next day delivery (to be delivered by 10:00 a.m. the following morning).

19

20

21      I declare that I am employed in the offices of a member of the bar of this court at whose direction the service was made.

22      Executed on July 5, 2007, at Los Angeles, California.

23

24                                            _____
                                              Leslie Fritz
25

26

27

28

PROOF OF SERVICE