**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                                          General Court Number
Clerk                                                                                                      415.522.2000

**July 9, 2007**

**CASE NUMBER:  CV 07-03368 EMC**
**CASE TITLE:  BLUE MARLIN CORP-v-USPA ACCESORIES**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable CHARLES R. BREYER**  for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **CRB**  immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 7/9/07

FOR THE EXECUTIVE COMMITTEE:

_____*Richard W. Wieking*_____
                                                                                                         Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                         Special Projects
Log Book Noted                                                 Entered in Computer 7/9/07AS


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                        Transferor CSA