UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BLUE MARLIN CORP

                                                        Case No  C 07-3368 CRB
                    Plaintiff(s),

                                                        ADR CERTIFICATION BY PARTIES
                                                        AND COUNSEL
                v
USPA ACCESSORIES, LLC dba
CONCEPT ONE ACCESSORIES
                    Defendant(s)
_____/


        Pursuant to Civil L R  16-8(b) and ADR L R  3-5 (b), each of the undersigned certifies
that he or she has:

        (1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District
of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed
copies are available from the clerk's office for parties in cases not subject to the court's
Electronic Case Filing program (ECF) under General Order 45),*

        (2) Discussed the available dispute resolution options provided by the Court and private
entities; and

        (3) Considered whether this case might benefit from any of the available dispute
resolution options

Dated: 9/17/07                                          _____
                                                        [Party]

Dated: 9/19/2007                                        _____
                                                        [Counsel]