Randall Riccardo, Esq. (#224672)
1459 18th Street
San Francisco, CA 94107
Telephone: 415-215-2951
Fax: 415-520-5747

Attorney for Plaintiff
BLUE MARLIN CORP.

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SAN FRANCISCO

| | |
|---|---|
| BLUE MARLIN CORP., | Case No. CGC-453170 |
| **Plaintiff** | **NOTICE OF LIEN** |
| vs. | |
| USPA ACCESSORIES LLP, dba CONCEPT ONE ACCESSORIES | |
| **Defendant** | |
| | |
| BLUE MARLIN CORP., a California Corp.; and ROES 1 to 25, inclusive | |
| **Cross-Defendant** | |
| vs. | |
| USPA ACCESSORIES, LLC dba CONCEPT ONCE ACCESSORIES, a New York limited liability company | |
| **Cross-Complainant** | Complaint filed: June 15, 2006 |

TO EACH PARTY AND TO THE COUNSEL OF RECORD FOR EACH

PARTY AND TO ALL OTHER PERSONS OR ENTITIES INTERESTED IN THIS

ACTION:

YOU ARE HEREBY NOTIFIED that, in accordance with the terms of a written

lien agreement, R. Randall Riccardo, has a claim lien ahead of all others on BLUE

MARLIN CORPORATION's causes of action asserted in this action, and on any

judgment rendered in favor of BLUE MARLIN CORPORATION in this action, to secure

payment for legal services rendered as well as costs and expenses advanced on their

behalf.

Dated: October 3, 2007          By: _____

R. Randall Riccardo

Attorney for Defendant
BLUE MARLIN CORP.
1459 18th Street
No. 186
San Francisco, CA 94107
415-215-2951 (Tel.)
415-520-5747 (Fax.)
randall_riccardo@yahoo.com