PROOF OF SERVICE
1013 A(3) CCP REVISED 5/1/88

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO ) Case No. CGC-06-453170

       I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 1459 18th Street, San Francisco, California 94103

       On October 3, 2007, I served the foregoing document described as NOTICE OF LIEN on the interested party in this action as follows:

DAVID M. BASS  
DAVID M. BASS & ASSOCIATES  
2029 CENTRUY PARK EAST  
14TH FLOOR  
LOS ANGELES, CA 90067  
FACSIMILE: 415 789 1149

SAM HAFIF  
USPA ACCESSORIES, LLP  
362 PARK AVENUE  
2ND FLOOR  
NEW YORK, NEWYORK 10001  
FACSIMILIE: 212 868 2595

ERIK STUEBE  
CEO  
299 KANSAS STREET  
SAN FRANCISCO, CA 94103

    ☐ BY PERSONAL SERVICE: I caused the above-mentioned document(s) to be personally served to the offices of the addressee.

    ☐ BY FACSIMILE: I communicated the above-mentioned document(s) via facsimile to the addressee as indicated above. The transmission was reported complete and without error by a transmission report issued by the facsimile transmission machine as defined in California Rule of Court 2003 upon which the said transmission was made immediately following the transmission. A true and correct copy of the transmittal report bearing the date, time and sending facsimile machine telephone number shall be attached to the original proof of service.

    ☐ BY ELECTRONIC MAIL (E-MAIL): I caused the above-mentioned document(s) to be served via electronic mail from my electronic notification address to the electronic notification address of the addressee as indicated above. The document was served electronically and the transmission was reported complete without error.

☐ **BY UPS EXPRESS MAIL:** I caused the above-mentioned document(s) to be sent via Federal Express overnight delivery. By placing a true and correct copy of such document(s) enclosed in a sealed envelope or package designated by the express service carrier and deposited in a facility regularly maintained by the express service carrier or delivered to a courier or driver authorized to receive documents on its behalf, with delivery fees paid or provided for, addressed to the address last shown by that person on any document filed in the action as indicated above.

☒ **BY MAIL:** By placing a true and correct copy of such document(s) enclosed in a sealed envelope addressed to the offices indicated above. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on October 3, 2007, at San Francisco, California.

I declare under penalty of perjury under the laws of the Sate of California that the above is true and correct.

_____
R. Randall Riccardo

---

2

PROOF OF SERVICE
NOTICE OF LIEN
BLUE MARLIN CORP. v. USPA ACCESSORIES, LLP