1  David M. Bass (State Bar No. 117199)
   Peter M. Cho (State Bar No. 213870)
2  DAVID M. BASS & ASSOCIATES
   2029 Century Park East, 14th Floor
3  Los Angeles, California 90067
   Telephone: (310) 789-1152
4  Facsimile:  (310) 789-1149
   E-mail: dbass@basslawla.com
5

6  Attorneys for Defendant and Counterclaim Plaintiff
   USPA ACCESSORIES, LLC dba CONCEPT
7  ONE ACCESSORIES

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 | BLUE MARLIN CORP.,                | Case No. C 07 3368 CRB
13 |          Plaintiff,                | [Assigned to the Hon. Charles R. Breyer]
14 |   vs.                              |
15 | USPA ACCESSORIES, LLC dba          | **USPA ACCESSORIES, LLC'S**
   | CONCEPT ONE ACCESSORIES,           | **CERTIFICATION OF INTERESTED**
16 |          Defendant.                | **PARTIES**
17 |                                    |
18 | USPA ACCESSORIES, LLC dba          |
   | CONCEPT ONE ACCESSORIES,           |
19 |          Counterclaim              |
   |          Plaintiff,                |
20 |                                    |
21 |   vs.                              |
22 | BLUE MARLIN CORP., a California    |
   | corporation; and ROES 1 to 25,     |
   | inclusive,                         |
23 |          Counterclaim              |
   |          Defendants.               |
24 |                                    | Action removed:    June 27, 2007

25 ///

26 ///

27 ///

28 ///

USPA ACCESSORIES, LLC'S CERTIFICATION OF INTERESTED PARTIES    CASE NO. C 07 3368 CRB

1  The undersigned, counsel of record for Defendant and Counterclaim Plaintiff USPA
2  Accessories, LLC, certifies that the following listed parties have a direct, pecuniary interest in
3  the outcome of this case. These representations are made to enable the Court to evaluate
4  possible disqualification or recusal:
5      Sam Hafif
6      Bernie Hafif

7  
8  Dated: October 4, 2007                    DAVID M. BASS & ASSOCIATES
9  
10                                            By: _____/s/ Peter Cho_____
                                                  Peter M. Cho
11                                            Attorneys for Defendant and Counterclaim
                                              Plaintiff USPA ACCESSORIES, LLC dba
12                                            CONCEPT ONE ACCESSORIES

**PROOF OF SERVICE**
[C C P, §§1013(a) and 2015 5]

**UNITED STATES DISTRICT COURT** ) Case No. C 07 3368 CRB
)
**NORTHERN DISTRICT OF CALIFORNIA** )

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2029 Century Park East, 14th Floor, Los Angeles, California 90067.

On October 5, 2007, I served the foregoing document described as **USPA ACCESSORIES, LLC'S CERTIFICATION OF INTERESTED PARTIES** on all interested parties in this action by placing the original/true copies thereof enclosed in (a) sealed envelope(s) addressed as stated below:

Randall Riccardo, Esq.          Stephen A. Sommers, Esq.
299 Kansas Street               Sommers Law Group
San Francisco, CA 94103         870 Market Street
                                Suite 1142
                                San Francisco, CA 94102

☒ **BY MAIL** I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY (PERSONAL SERVICE)** I caused the envelope to be delivered by hand to N/A.

☐ **BY (OVERNIGHT COURIER)** I deposited such envelope in the receptacle for **Federal Express** and requested that it be delivered to the above-named attorneys/parties by way of priority next day delivery (to be delivered by 10:00 a.m. the following morning).

I declare that I am employed in the offices of a member of the bar of this court at whose direction the service was made.

Executed on October 5, 2007, at Los Angeles, California.

_____
Leslie Fritz

PROOF OF SERVICE