**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **October 12, 2007**

**C-07-03368CRB**

**BLUE MARLIN CORP v. USPA ACCESSORIES**

Attorneys:    Stephen Sommers            David Bass

Deputy Clerk: **BARBARA ESPINOZA**        Reporter: **N/A**

**PROCEEDINGS:**                                **RULING:**

1. Initial Case Management Conference - Held

2. 

3. 

**ORDERED AFTER HEARING:**

The Court grant leave to amend complaint. Counsel to work out discovery, depositions not to exceed two (2) hours each. Supplemental statement to be filed.

( ) ORDER TO BE PREPARED BY:   Plntf _____  Deft _____  Court _____

( ) Referred to Magistrate Judge For: _____

(X) CASE CONTINUED TO February 29, 2008 @ 8:30 a.m. for Further Case Management Conference

Discovery Cut-Off _____                Expert Discovery Cut-Off _____

Plntf to Name Experts by _____         Deft to Name Experts by _____

P/T Conference Date _____  Trial Date _____  Set for _____ days
                    Type of Trial:  ( )Jury    ( )Court

Notes: _____