1

2   R. Randall Riccardo (Bar. No. 224672)
    1459 18th Street, #186
3   San Francisco, CA  94107
    Telephone: 415-215-2951
4   Facsimile:  415-520-5747
    randall_riccardo@yahoo.com
5
    Stephen F. Sommers (Bar. No. 225752)
6   Jacob W. Sider (Bar. No. 236084)
    870 Market Street, Suite 1170
7   San Francisco, CA 94102
    (415) 839-8569 (Tel)
8   (415) 956-0878 (Fax)
9   slg@sommers-law.net

10  Attorneys for Plaintiff
    BLUE MARLIN CORP.
11
12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14

15

16  BLUE MARLIN CORP.,                          Case No.: C-07-3368-CRB

17             Plaintiff,                       **NOTICE OF MOTION TO WITHDRAW
                                                AS COUNSEL**
          vs.
18                                              Date:  November 26, 2007
    USPA ACCESSORIES LLC, dba CONCEPT           Time:  10 a.m.
19  ONE ACCESSORIES, and DOES 1 through 10      Place: Courtroom 8, 19th Floor
                                                       The Hon. Charles R. Breyer
20
21             Defendant

22  USPA ACCESSORIES LLC, dba CONCEPT
    ONE ACCESSORIES,
23
24             Cross-claimant

25  BLUE MARLIN CORP.

26             Cross-defendant

27

28

1

NOTICE AND MOTION FOR WITHDRAWAL AS COUNSEL
BLUE MARLIN CORP. vs. USPA ACCESSORIES

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

To: Clerk of Court

TAKE NOTICE that the accompanying motion by R. Randall Riccardo for leave to withdraw appearance and representation as counsel will be heard before the Honorable Charles R. Breyer, in courtroom of such Judge, at Courthouse, 450 Golden Gate Avenue, San Francisco, CA, Courtroom 8, 19th Floor, San Francisco, CA on November 26, 2007  at 10:00AM.

Dated:  October 19, 2007

_____

R. Randall Riccardo

1 | R. Randall Riccardo (Bar. No. 224672)
1459 18th Street, #186
2 | San Francisco, CA 94107
Telephone: 415-215-2951
3 | Facsimile: 415-520-5747
randall_riccardo@yahoo.com
4 |
5 | Stephen F. Sommers (Bar. No. 225752)
Jacob W. Sider (Bar. No. 236084)
870 Market Street, Suite 1170
6 | San Francisco, CA 94102
7 | (415) 839-8569 (Tel)
(415) 956-0878 (Fax)
8 | slg@sommers-law.net
9 | Attorneys for Plaintiff
BLUE MARLIN CORP.
10 |
11 |               UNITED STATES DISTRICT COURT
12 |             NORTHERN DISTRICT OF CALIFORNIA
13 |
14 |

| 15 | BLUE MARLIN CORP., | Case No.: C-07-3368-CRB |
| 16 | Plaintiff, | **MOTION TO WITHDRAW AS COUNSEL** |
| 17 | vs. | |
| 18 | USPA ACCESSORIES LLC, dba CONCEPT ONE ACCESSORIES, and DOES 1 through 10 | Date: November 26, 2007
Time: 10 a.m.
Place: Courtroom 8, 19th floor
The Hon. Charles R. Breyer |
| 19 | | |
| 20 | Defendant | |
| 21 | USPA ACCESSORIES LLC, dba CONCEPT ONEACCESSORIES, | |
| 22 | | |
| 23 | Cross-claimant | |
| 24 | BLUE MARLIN CORP. | |
| 25 | Cross-defendant | |
| 26 | | |
| 27 | | |
| 28 | | |

3

NOTICE AND MOTION FOR WITHDRAWAL AS COUNSEL
BLUE MARLIN CORP. vs. USPA ACCESSORIES

To the Honorable Judge of this Court:

R. Randall Riccardo, Attorney of record for Blue Marlin Corp., in the above-entitled and numbered cause, moves that this court grant Petitioner's leave to withdraw his representation and all participation as counsel in this case, based upon the following grounds:

1. The client has failed to pay fees, costs and expenses of Petitioner for over six months;

2. Client repeatedly promised to pay outstanding fees, costs and expenses but never did in fact pay such arrearage;

3. The Petitioner has attempted for over six months to get outstanding fees, costs and expenses paid, but such attempts have been fruitless;

3. A written fee agreement is in existence between the parties, which the client is in breach of;

4. The Petitioner has given the client reasonable warning that the Petitioner will withdraw unless the obligations for payment were fulfilled.

5. Termination of representation by Petitioner will not adversely affect client who has had sufficient time to obtain substitute counsel prior to trial.

6. There is currently other counsel of record representing the client in this matter

7. On October 19, 2007, concurrence in the relief sought in this proceeding was requested of opposing counsel but was either denied or not acquiesced in, thus necessitating this motion.

8. Client received notice from Petitioner that it cannot be represented pro se.

Dated:  October 19, 2007

_____
R. Randall Riccardo
Attorney for Plaintiff
Blue Marlin Corp.

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO)  Case No. C-07-3368-CRB

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party

to the within action. My business address is 1459 18th Street, San Francisco, California 94107.

On October 19, 2007, I served the foregoing document described as NOTICE AND MOTION FOR

WITHDRAWAL AS COUNSEL on the interested party in this action as follows:

| | |
|---|---|
| BLUE MARLIN CORP.<br>Richard Ashley<br>555 De Haro Street<br>San Francisco, CA 94107<br>Phone: 415-252-9630 | SOMMERS LAW GROUP<br>Stephen Sommers<br>870 Market Street, Suite 1170<br>San Francisco, CA 94102<br>(415) 839-8569 (Tel) |
| DAVID M. BASS<br>DAVID M. BASS & ASSOCIATES<br>2029 CENTRUY PARK EAST<br>14TH FLOOR<br>LOS ANGELES, CA 90067<br>FACSIMILE:  415 789 1149<br>Los Angeles, CA 90025<br>Phone: 310-235-1400 | |

☐   BY PERSONAL SERVICE:  I caused the above-mentioned document(s) to be personally served to

the offices of the addressee.

☐   BY FACSIMILE:  I communicated the above-mentioned document(s) via facsimile to the addressee

as indicated above. The transmission was reported complete and without error by a transmission report

issued by the facsimile transmission machine as defined in California Rule of Court 2003 upon which the

said transmission was made immediately following the transmission. A true and correct copy of the

transmittal report bearing the date, time and sending facsimile machine telephone number shall be attached

to the original proof of service.

☐   BY ELECTRONIC MAIL (E-MAIL):  I caused the above-mentioned document(s) to be served via

electronic mail from my electronic notification address to the electronic notification address of the

NOTICE AND MOTION FOR WITHDRAWAL AS COUNSEL
BLUE MARLIN CORP. vs. USPA ACCESSORIES

1  addressee as indicated above. The document was served electronically and the transmission was reported

2  complete without error.

3  ☐    BY FEDERAL EXPRESS: I caused the above-mentioned document(s) to be sent via Federal

4  Express overnight delivery. By placing a true and correct copy of such document(s) enclosed in a sealed

5  envelope or package designated by the express service carrier and deposited in a facility regularly

6  maintained by the express service carrier or delivered to a courier or driver authorized to receive documents

7  on its behalf, with delivery fees paid or provided for, addressed to the address last shown by that person on

8  any document filed in the action as indicated above.

9  ☒    BY MAIL: By placing a true and correct copy of such document(s) enclosed in a sealed envelope

10  addressed to the offices indicated above. I am "readily familiar" with the firm's practice of collection and

11  processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service

12  on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of

13  business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation

14  date or postage meter date is more than one day after date of deposit for mailing in affidavit.

15  Executed on October 19, 2007 at San Francisco, CA

16  I declare under penalty of perjury under the laws of the Sate of California that the above is true and correct.

17
18
19                                        R. Randall Riccardo
20
21
22
23
24
25
26
27
28

NOTICE AND MOTION FOR WITHDRAWAL AS COUNSEL
BLUE MARLIN CORP. vs. USPA ACCESSORIES
Case No. C-07-3368-CRB



1  R. R. Randall Riccardo (Bar. No. 224672) (randyr@bluemarlincorp.com)
   1459 18th Street
2  San Francisco, CA  94107
   Telephone: 415-215-2951
3  Facsimile:  415-520-5747
   randall_riccardo@yahoo.com
4
   Stephen F. Sommers (Bar. No. 225752)
5  Jacob W. Sider (Bar. No. 236084)
   870 Market Street, Suite 1170
6  San Francisco, CA 94102
   (415) 839-8569 (Tel)
7  (415) 956-0878 (Fax)
   slg@sommers-law.net
8
   Attorneys for Plaintiff
9  BLUE MARLIN CORP.

10                UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13

14  BLUE MARLIN CORP.,                    Case No.: C-07-3368-CRB

15              Plaintiff,               **ORDER GRANTING LEAVE TO**
                                         **WITHDRAW AS COUNSEL**
        vs.
16                                       Date:   November 26, 2007
17  USPA ACCESSORIES LLC, dba CONCEPT    Time:   10 a.m.
    ONE ACCESSORIES, and DOES 1 through 10   Place:  Courtroom 8, 19th floor
18                                               The Hon. Charles R. Breyer

19              Defendant

20  USPA ACCESSORIES LLC, dba CONCEPT
    ONEACCESSORIES,
21
            Cross-claimant
22
    BLUE MARLIN CORP.
23
            Cross-defendant
24

25

                                    1

1

2      At a session of the above-mentioned court held on the date set forth below, R. Randall

3   Riccardo, Attorney of record for Blue Marlin Corp., having filed a motion for leave to withdraw

4   as counsel and the court being advised in the premises.

5      IT IS SO ORDERED that Petitioner's motion be and is granted and further that R.

6   Randall Riccardo be and is granted leave to withdraw as counsel for Plaintiff Blue Marlin Corp.

7   in the above action.

8   Dated: November __, 2007                        _____

9                                                  Hon. Stepehen R. Breyer

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

2