|   |   |
|---|---|
| 1 | R. R. Randall Riccardo (Bar. No. 224672) (randyr@bluemarlincorp.com) |
|   | 1459 18th Street |
| 2 | San Francisco, CA 94107 |
|   | Telephone: 415-215-2951 |
| 3 | Facsimile: 415-520-5747 |
|   | randall_riccardo@yahoo.com |
| 4 |   |
|   | Stephen F. Sommers (Bar. No. 225752) |
| 5 | Jacob W. Sider (Bar. No. 236084) |
|   | 870 Market Street, Suite 1170 |
| 6 | San Francisco, CA 94102 |
|   | (415) 839-8569 (Tel) |
| 7 | (415) 956-0878 (Fax) |
|   | slg@sommers-law.net |
| 8 |   |
|   | Attorneys for Plaintiff |
| 9 | BLUE MARLIN CORP. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE MARLIN CORP., | Case No.: C-07-3368-CRB |
| Plaintiff, | **ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL** |
| vs. | |
| USPA ACCESSORIES LLC, dba CONCEPT ONE ACCESSORIES, and DOES 1 through 10 | Date: November 26, 2007 |
| | Time: 10 a.m. |
| | Place: Courtroom 8, 19th floor |
| Defendant | The Hon. Charles R. Breyer |
| USPA ACCESSORIES LLC, dba CONCEPT ONEACCESSORIES, | |
| Cross-claimant | |
| BLUE MARLIN CORP. | |
| Cross-defendant | |

1

Order Granting Leave to Withdraw as Counsel
Case No. C-07-3368-CRB

1
2　　At a session of the above-mentioned court held on the date set forth below, R. Randall
3　Riccardo, Attorney of record for Blue Marlin Corp., having filed a motion for leave to withdraw
4　as counsel and the court being advised in the premises.
5　　IT IS SO ORDERED that Petitioner's motion be and is granted and further that R.
6　Randall Riccardo be and is granted leave to withdraw as counsel for Plaintiff Blue Marlin Corp.
7　in the above action.
8　Dated: ~~November~~ October 23, 2007
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

Order Granting Leave to Withdraw as Counsel
Case No. C-07-3368-CRB