R. Randall Riccardo (Bar. No. 224672)
1459 18th Street, #186
San Francisco, CA  94107
Telephone: 415-215-2951
Facsimile:  415-520-5747
randall_riccardo@yahoo.com

Stephen F. Sommers (Bar. No. 225752)
Jacob W. Sider (Bar. No. 236084)
870 Market Street, Suite 1170
San Francisco, CA 94102
(415) 839-8569 (Tel)
(415) 956-0878 (Fax)
sfs@sommers-law.net

Attorneys for Plaintiff
BLUE MARLIN CORP.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE MARLIN CORP., | Case No.: C-07-3368-CRB |
| Plaintiff, | **NOTICE OF MOTION TO WITHDRAW AS COUNSEL** |
| vs. | Date:  December 7, 2007 |
| USPA ACCESSORIES LLC, dba CONCEPT ONE ACCESSORIES, and DOES 1 through 10 | Time:  10 a.m. Place: Courtroom 8, 19th Floor The Hon. Charles R. Breyer |
| Defendant | |
| USPA ACCESSORIES LLC, dba CONCEPT ONE ACCESSORIES, | |
| Cross-claimant | |
| BLUE MARLIN CORP. | |
| Cross-defendant | |

To: Clerk of Court

TAKE NOTICE that the accompanying motion by R. Randall Riccardo for leave to withdraw appearance and representation as counsel is recalendared to be heard before the Honorable Charles R. Breyer, in courtroom of such Judge, at Courthouse, 450 Golden Gate Avenue, San Francisco, CA, Courtroom 8, 19th Floor, San Francisco, CA on December 7, 2007 at 10:00AM.

Dated: October 26, 2007

R. Randall Riccardo

1   R. Randall Riccardo (Bar. No. 224672)
     1459 18th Street, #186
2   San Francisco, CA 94107
     Telephone: 415-215-2951
3   Facsimile: 415-520-5747
     randall_riccardo@yahoo.com
4

5   Stephen F. Sommers (Bar. No. 225752)
     Jacob W. Sider (Bar. No. 236084)
     870 Market Street, Suite 1170
6   San Francisco, CA 94102
7   (415) 839-8569 (Tel)
     (415) 956-0878 (Fax)
8   slg@sommers-law.net

9   Attorneys for Plaintiff
     BLUE MARLIN CORP.
10

11                 UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13

14

| | |
|---|---|
| 15   BLUE MARLIN CORP., | Case No.: C-07-3368-CRB |
| 16            Plaintiff, | **MOTION TO WITHDRAW AS COUNSEL OF** |
| 17      vs. | |
| 18   USPA ACCESSORIES LLC, dba CONCEPT ONE ACCESSORIES, and DOES 1 through 10 | Date: December 7, 2007 <br> Time: 10 a.m. <br> Place: Courtroom 8, 19th floor |
| 19 |         The Hon. Charles R. Breyer |
| 20           Defendant | |
| 21   USPA ACCESSORIES LLC, dba CONCEPT ONE ACCESSORIES, | |
| 22 | |
| 23         Cross-claimant | |
| 24   BLUE MARLIN CORP. | |
| 25         Cross-defendant | |
| 26 | |
| 27 | |

28

NOTICE AND MOTION FOR WITHDRAWAL AS COUNSEL

To the Honorable Judge of this Court:

R. Randall Riccardo, Attorney of record for Blue Marlin Corp., in the above-entitled and numbered cause, moves that this court grant Petitioner's leave to withdraw his representation and all participation as counsel in this case, based upon the following grounds:

1. The client has failed to pay fees, costs and expenses of Petitioner for over six months;

2. Client repeatedly promised to pay outstanding fees, costs and expenses but never did in fact pay such arrearage;

3. The Petitioner has attempted for over six months to get outstanding fees, costs and expenses paid, but such attempts have been fruitless;

3. A written fee agreement is in existence between the parties, which the client is in breach of;

4. The Petitioner has given the ample notification that the Petitioner will withdraw unless the obligations for payment were fulfilled.

5. Termination of representation by Petitioner will not adversely affect client who has had sufficient time to obtain substitute counsel prior to trial.

6. There is currently other counsel of record representing the client in this matter

7. On October 19, 2007, concurrence in the relief sought in this proceeding was requested of opposing counsel but was either denied or not acquiesced in, thus necessitating this motion.

8. Client received notice from Petitioner that it cannot be represented pro se.


Dated:  October 26, 2007                          _____
                                                   R. Randall Riccardo
                                                   Attorney for Plaintiff
                                                   Blue Marlin Corp.

NOTICE AND MOTION FOR WITHDRAWAL AS COUNSEL

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO)  Case No. C-07-3368-CRB

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 1459 18th Street, San Francisco, California 94107. On October 26, 2007, I served the foregoing document described as NOTICE AND MOTION FOR WITHDRAWAL AS COUNSEL on the interested party in this action as follows:

| BLUE MARLIN CORP.<br>Mr. Erik Stuebe<br>555 De Haro Street<br>Suite 280<br>San Francisco, CA 94107<br>Phone: 415-252-9630 | SOMMERS LAW GROUP<br>Stephen Sommers<br>870 Market Street, Suite 1170<br>San Francisco, CA 94102<br>(415) 839-8569 (Tel) |
|---|---|

| DAVID M. BASS<br>DAVID M. BASS & ASSOCIATES<br>2029 CENTRUY PARK EAST<br>14TH FLOOR<br>LOS ANGELES, CA 90067<br>FACSIMILE: 415 789 1149<br>Los Angeles, CA 90025<br>Phone: 310-235-1400 | |
|---|---|

☐      BY PERSONAL SERVICE: I caused the above-mentioned document(s) to be personally served to the offices of the addressee.

☐      BY FACSIMILE: I communicated the above-mentioned document(s) via facsimile to the addressee as indicated above. The transmission was reported complete and without error by a transmission report issued by the facsimile transmission machine as defined in California Rule of Court 2003 upon which the said transmission was made immediately following the transmission. A true and correct copy of the transmittal report bearing the date, time and sending facsimile machine telephone number shall be attached to the original proof of service.

☐      BY ELECTRONIC MAIL (E-MAIL): I caused the above-mentioned document(s) to be served via electronic mail from my electronic notification address to the electronic notification address of the

1 addressee as indicated above. The document was served electronically and the transmission was reported

2 complete without error.

3 ☐     BY FEDERAL EXPRESS: I caused the above-mentioned document(s) to be sent via Federal

4 Express overnight delivery. By placing a true and correct copy of such document(s) enclosed in a sealed

5 envelope or package designated by the express service carrier and deposited in a facility regularly

6 maintained by the express service carrier or delivered to a courier or driver authorized to receive documents

7 on its behalf, with delivery fees paid or provided for, addressed to the address last shown by that person on

8 any document filed in the action as indicated above.

9 ☒     BY MAIL: By placing a true and correct copy of such document(s) enclosed in a sealed envelope

10 addressed to the offices indicated above. I am "readily familiar" with the firm's practice of collection and

11 processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service

12 on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of

13 business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation

14 date or postage meter date is more than one day after date of deposit for mailing in affidavit.

15 Executed on October 26, 2007 at San Francisco, CA

16 I declare under penalty of perjury under the laws of the Sate of California that the above is true and correct.

17

18

19                                                R. Randall Riccardo

20

21

22

23

24

25

26

27

28

NOTICE AND MOTION FOR WITHDRAWAL AS COUNSEL

1  R. Randall Riccardo (Bar. No. 224672)
   1459 18th Street
2  San Francisco, CA  94107
   Telephone: 415-215-2951
3  Facsimile:  415-520-5747
   randall_riccardo@yahoo.com
4
   Stephen F. Sommers (Bar. No. 225752)
5  Jacob W. Sider (Bar. No. 236084)
   870 Market Street, Suite 1170
6  San Francisco, CA 94102
   (415) 839-8569 (Tel)
7  (415) 956-0878 (Fax)
   slg@sommers-law.net
8
   Attorneys for Plaintiff
9  BLUE MARLIN CORP.

10              UNITED STATES DISTRICT COURT

11           NORTHERN DISTRICT OF CALIFORNIA

12

13

14  BLUE MARLIN CORP.,                 Case No.: C-07-3368-CRB

15              Plaintiff,             **ORDER GRANTING LEAVE TO**
                                       **WITHDRAW AS COUNSEL**
16        vs.

17  USPA ACCESSORIES LLC, dba CONCEPT  Date:  December 7, 2007
    ONE ACCESSORIES, and DOES 1 through 10  Time:  10 a.m.
                                       Place:  Courtroom 8, 19th floor
18                                             The Hon. Charles R. Breyer

19              Defendant

20  USPA ACCESSORIES LLC, dba CONCEPT
    ONE ACCESSORIES,
21
                Cross-claimant
22
    BLUE MARLIN CORP.
23
                Cross-defendant
24

25

Order Granting Leave to Withdraw as Counsel
Case No. C-07-3368-CRB

1

2           At a session of the above-mentioned court held on the date set forth below, R. Randall

3     Riccardo, Attorney of record for Blue Marlin Corp., having filed a motion for leave to withdraw

4     as counsel and the court being advised in the premises.

5           IT IS SO ORDERED that Petitioner's motion be and is granted and further that R.

6     Randall Riccardo be and is granted leave to withdraw as counsel for Plaintiff Blue Marlin Corp.

7     in the above action.

8     Dated:  December ___, 2007

9                                      _____

10                                     Hon. Stephen R. Breyer

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Order Granting Leave to Withdraw as Counsel