# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Blue Marine Corp., | 07-03368 CRB ENE |
|       Plaintiff(s), | **Notice of Appointment of Evaluator** |
|    v. | |
| USPA Accessories, LLC, | |
|       Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

**Jerald E. Rosenblum**
Pillsbury Winthrop, LLP
2475 Hanover St.
Palo Alto, CA 94304
650-233-4543

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-03368 CRB ENE                                - 1 -

1    Counsel are reminded that the written ENE statements required by the ADR L.R.
2 5-8 shall NOT be filed with the court.

3

4 Dated: October 31, 2007

RICHARD W. WIEKING
Clerk
by:     Claudia M. Forehand

ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov