SOMMERS LAW GROUP
STEPHEN A. SOMMERS, SBN 225742
JACOB W. SIDER, SBN 236084
870 Market Street, Ste. 1142
San Francisco, CA 94102
(415) 839-8569 (Tel)
(415) 956-0878 (Fax)
slg@sommers-law.net

Attorneys for Plaintiff/Cross Defendant
Blue Marlin Corp.

UNITED STATES SUPERIOR COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE MARLIN CORP., <br><br> Plaintiff, <br><br> vs. <br><br> USPA ACCESSORIES, LLC dba CONCEPT ONE ACCESSORIES, <br><br> Defendant. <br><br>——————————————— <br> USPA ACCESSORIES, LLC dba CONCEPT ONE ACCESSORIES, <br><br> Cross Complainant, <br><br> vs. <br><br> BLUE MARLIN CORP., an Illinois corporation; and Does 1 to 25, inclusive, <br><br> Cross Defendants | Case No. C 07 3368 CRB <br> **NOTICE OF LIEN** <br><br><br><br><br><br><br><br><br><br><br><br> Complaint Filed:   June 15, 2006 |

///

///

1  TO EACH PARTY AND TO THE COUNSEL OF RECORD FOR EACH POARTY
2  AND TO ALL OTHER PERSONS OR ENTITIES INTERESTED IN THIS ACTION:
3  YOU ARE HEREBY NOTIFIED that, in accordance with the terms of a written lien
4  agreement, Stephen A. Sommers, has a claim lien ahead of all others on BLUE MARLIN
5  CORPORATION'S causes of action asserted in this action, and on any judgment rendered in
6  favor of BLUE MARLIN CORPORATION in this action, to secure payment for legal services
7  rendered as well as costs and expenses advanced on their behalf.

9  December 5, 2007

   _____
   Stephen A. Sommers
   Attorney for Blue Marlin Corp.

## PROOF OF SERVICE

### Case Number C 07 3368 CRB

I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to this action. My business address is 870 Market Street, Suite 1142, San Francisco, California 94102.

On December 5, 2007, I served the foregoing document descried as NOTICE OF LIEN on the interested parties in this action:

DAVID M. BASS
DAVID M. BASS & ASSOCIATES
2029 CENTURY PARK EAST
14TH FLOOR
LOS ANGELES, CA 90067

RANDALL RICCARDO
1459 18th STREET
SAN FRANCISCO, CA 94103

ERIK STUEBE
BLUE MARLIN CEO
550 DEHARO STREET, SUITE 280
SAN FRANCISCO, CA 94107

BY MAIL: By placing a true and accurate copy of such document(s) enclosed in a sealed envelope addressed to the office indicated above. I deposited with the U.S. Postal Services on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.

Executed on December 5, 2007, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Stephen Sommers