1  David M. Bass (State Bar No. 117199)
   Peter M. Cho (State Bar No. 213870)
2  DAVID M. BASS & ASSOCIATES
   1900 Avenue of the Stars, Suite 200
3  Los Angeles, California 90067
   Telephone: (310) 789-1152
4  Facsimile:  (310) 789-1149
   E-mail: dbass@basslawla.com
5

6  Attorneys for Defendant and Counterclaim Plaintiff
   USPA ACCESSORIES, LLC dba CONCEPT
7  ONE ACCESSORIES

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10  **SAN FRANCISCO DIVISION**

11

| | |
|---|---|
| 12  BLUE MARLIN CORP., | Case No. C 07 3368 CRB |
| 13              Plaintiff, | Hon. Charles R. Breyer |
| 14      vs. | |
| 15  USPA ACCESSORIES, LLC dba CONCEPT ONE ACCESSORIES, | **NOTICE OF CHANGE OF ADDRESS** |
| 16              Defendant. | |
| 17  USPA ACCESSORIES, LLC dba CONCEPT ONE ACCESSORIES, | |
| 18  | |
| 19              Counterclaim Plaintiff, | |
| 20      vs. | |
| 21  BLUE MARLIN CORP., a California corporation; and ROES 1 to 25, inclusive, | |
| 22  | |
| 23              Counterclaim Defendants. | Action removed:  June 27, 2007 |
| 24  | Trial date:          Not set |

25

26  / / /

27  / / /

28  / / /

---

NOTICE OF CHANGE OF ADDRESS                                                       Case No. C 07 3368 CRB

1  PLEASE TAKE NOTICE that as of February 15, 2008, David M. Bass &
2  Associates, attorney for USPA ACCESSORIES, LLC dba CONCEPT ONE
3  ACCESSORIES in the within matter, will change its address to:

4    David M. Bass & Associates, Inc.
     1900 Avenue of the Stars
5    Suite 200
     Los Angeles, CA 90067
6

7  The telephone number remains (310) 789-1152; the facsimile number remains
8  (310) 789-1149.

9

10 Dated: January __, 2008          DAVID M. BASS & ASSOCIATES

11

12                                  By:

13                                  _____
                                    David M. Bass
14                                  Attorneys for Defendant and Counterclaim
                                    Plaintiff USPA ACCESSORIES, LLC dba
                                    CONCEPT ONE ACCESSORIES
15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

NOTICE OF CHANGE OF ADDRESS                              Case No. C 07 3368 CRB