1  David M. Bass (State Bar No. 117199)
   Peter M. Cho (State Bar No. 213870)
2  DAVID M. BASS & ASSOCIATES
   1900 Avenue of the Stars, Suite 200
3  Los Angeles, California 90067
   Telephone: (310) 789-1152
4  Facsimile:  (310) 789-1149
   E-mail: dbass@basslawla.com
5

6  Attorneys for Defendant and Counterclaim Plaintiff
   USPA ACCESSORIES, LLC dba CONCEPT
7  ONE ACCESSORIES

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN FRANCISCO DIVISION**

11

| | |
|---|---|
| 12  BLUE MARLIN CORP., | Case No. C007-03368-CRB |
| 13              Plaintiff, | Hon. Charles R. Breyer |
| 14      vs. | |
| 15  USPA ACCESSORIES, LLC dba CONCEPT ONE ACCESSORIES, | **STIPULATION TO CONTINUANCE OF INTERIM CASE MANAGEMENT CONFERENCE; AND** |
| 16              Defendant. | **[PROPOSED] ORDER** |
| 17 | |
| 18  USPA ACCESSORIES, LLC dba CONCEPT ONE ACCESSORIES, | |
| 19              Counterclaim Plaintiff, | Action removed:   June 27, 2007
Trial date:            Not set |
| 20      vs. | |
| 21  BLUE MARLIN CORP., a California corporation; and ROES 1 to 25, inclusive, | |
| 22 | |
| 23              Counterclaim Defendants. | |
| 24 | |

25  / / /

26  / / /

27  / / /

28

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

This Stipulation is made pursuant to Fed. R. Civ. P. 6(b), Local Rule 16-2(e) and Local Rule 7-12 between Defendant and Counterclaim Plaintiff USPA Accessories, LLC ("USPA"), on the one hand, and Plaintiff and Counterclaim Defendant Blue Marlin Corp. ("Blue Marlin"), on the other hand, through their undersigned counsel of record, with reference to the following:

A. An Initial Case Management Conference was held by the Court on October 12, 2007. At that conference, the Court set a further, Interim Case Management Conference for February 29, 2008.

B. On August 13, 2007, third party creditors of Blue Marlin commenced an involuntary bankruptcy proceeding against Blue Marlin pursuant to Chapter 7 of the United States Bankruptcy Code ("Chapter 7 Proceeding"). The Chapter 7 Proceeding is pending in the United States Bankruptcy Court for the Northern District of California, San Francisco Division ("Bankruptcy Court"), case number 07-31041 (Hon. Dennis Montali).

C. Blue Marlin did not disclose the existence of the Chapter 7 Proceeding to USPA or this Court before or at the Initial Case Management Conference of October 12, 2007.

D. USPA first learned of the Chapter 7 Proceeding during informal settlement discussions between the parties which took place in December 2007. Upon learning of the Chapter 7 Proceeding, USPA evaluated the impact of the bankruptcy proceedings and settlement alternatives.

E. The parties require further time to evaluate the impact and status of the Chapter 7 Proceeding on this action, including USPA's counterclaims against Blue Marlin and any potential settlement.

Accordingly, in order to promote the goals of judicial economy and fairness, the parties hereto hereby stipulate and agree as follows:

1. The Interim Case Management Conference is continued to <u>March 28, 2008</u> at 8:30 a.m., or as soon thereafter as the Court's calendar permits.

1    2.    If a settlement is finalized before March 28, 2008, the parties will (i) file
2          a request for dismissal with the Court, and (ii) contact the courtroom
3          deputy to take the matter off calendar.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  February 20, 2008                    DAVID M. BASS & ASSOCIATES

                                              By: /s/ David M. Bass
                                                   David M. Bass
                                              Attorneys for Defendant and Counterclaim
                                              Plaintiff USPA ACCESSORIES, LLC

Dated:  February 20, 2008                    SOMMERS LAW GROUP

                                              By: /s/ Stephen A. Sommers
                                                   Stephen A. Sommers
                                              Attorneys for Plaintiff and Counterclaim
                                              Defendant BLUE MARLIN CORP.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:_____, 2008              _____

2
STIPULATION TO CONTINUANCE OF INTERIM CASE MANAGEMENT           Case No. C007-03368-CRB
CONFERENCE