1  David M. Bass (State Bar No. 117199)
   Peter M. Cho (State Bar No. 213870)
2  DAVID M. BASS & ASSOCIATES
   1900 Avenue of the Stars, Suite 200
3  Los Angeles, California 90067
   Telephone: (310) 789-1152
4  Facsimile:  (310) 789-1149
   E-mail: dbass@basslawla.com
5

6  Attorneys for Defendant and Counterclaim Plaintiff
   USPA ACCESSORIES, LLC dba CONCEPT
7  ONE ACCESSORIES

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN FRANCISCO DIVISION**

11

| | |
|---|---|
| 12  BLUE MARLIN CORP., | Case No. C007-03368-CRB |
| 13              Plaintiff, | Hon. Charles R. Breyer |
| 14      vs. | |
| 15  USPA ACCESSORIES, LLC dba CONCEPT ONE ACCESSORIES, | **STIPULATION TO CONTINUANCE OF INTERIM CASE MANAGEMENT CONFERENCE; AND** |
| 16              Defendant. | **[PROPOSED] ORDER** |
| 17 | |
| 18  USPA ACCESSORIES, LLC dba CONCEPT ONE ACCESSORIES, | |
| 19              Counterclaim Plaintiff, | Action removed:   June 27, 2007<br>Trial date:        Not set |
| 20      vs. | |
| 21  BLUE MARLIN CORP., a California corporation; and ROES 1 to 25, inclusive, | |
| 22 | |
| 23              Counterclaim Defendants. | |

24

25  / / /

26  / / /

27  / / /

28

STIPULATION TO CONTINUANCE OF INTERIM CASE MANAGEMENT        Case No. C007-03368-CRB
CONFERENCE

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

This Stipulation is made pursuant to Fed. R. Civ. P. 6(b), Local Rule 16-2(e) and Local Rule 7-12 between Defendant and Counterclaim Plaintiff USPA Accessories, LLC ("USPA"), on the one hand, and Plaintiff and Counterclaim Defendant Blue Marlin Corp. ("Blue Marlin"), on the other hand, through their undersigned counsel of record, with reference to the following:

A. An Initial Case Management Conference was held by the Court on October 12, 2007. At that conference, the Court set a further, Interim Case Management Conference for February 29, 2008.

B. On August 13, 2007, third party creditors of Blue Marlin commenced an involuntary bankruptcy proceeding against Blue Marlin pursuant to Chapter 7 of the United States Bankruptcy Code ("Chapter 7 Proceeding"). The Chapter 7 Proceeding is pending in the United States Bankruptcy Court for the Northern District of California, San Francisco Division ("Bankruptcy Court"), case number 07-31041 (Hon. Dennis Montali).

C. Blue Marlin did not disclose the existence of the Chapter 7 Proceeding to USPA or this Court before or at the Initial Case Management Conference of October 12, 2007.

D. USPA first learned of the Chapter 7 Proceeding during informal settlement discussions between the parties which took place in December 2007. Upon learning of the Chapter 7 Proceeding, USPA evaluated the impact of the bankruptcy proceedings and settlement alternatives.

E. The parties require further time to evaluate the impact and status of the Chapter 7 Proceeding on this action, including USPA's counterclaims against Blue Marlin and any potential settlement.

Accordingly, in order to promote the goals of judicial economy and fairness, the parties hereto hereby stipulate and agree as follows:

1. The Interim Case Management Conference is continued to <u>March 28, 2008</u> at 8:30 a.m., or as soon thereafter as the Court's calendar permits.

Case 3:07-cv-03368-CRB   Document 29   Filed 02/25/2008   Page 3 of 3

2.  If a settlement is finalized before March 28, 2008, the parties will (i) file a request for dismissal with the Court, and (ii) contact the courtroom deputy to take the matter off calendar.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: February 20, 2008        DAVID M. BASS & ASSOCIATES

By: /s/ David M. Bass
David M. Bass
Attorneys for Defendant and Counterclaim Plaintiff USPA ACCESSORIES, LLC

Dated: February 20, 2008        SOMMERS LAW GROUP

By: /s/ Stephen A. Sommers
Stephen A. Sommers
Attorneys for Plaintiff and Counterclaim Defendant BLUE MARLIN CORP.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 22, 2008

*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer*

2
STIPULATION TO CONTINUANCE OF INTERIM CASE MANAGEMENT CONFERENCE        Case No. C007-03368-CRB