UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

JUDGE CHARLES R. BREYER

Date: March 28, 2008

Case No.  C 07-3368 CRB

Title:   BLUE MARLIN CORP. v. USPA ACCESSORIES

Plaintiff Attorneys:    Steve Sommers

Defense Attorneys:    David Bass

Deputy Clerk: Frank Justiliano

Court Reporter: Katherine Powell

**PROCEEDINGS**

1)     Further Case Management Conference - HELD.

Continued to **4/25/08 at 8:30 a.m.**   for Further Case Management Conference

**ORDERED AFTER HEARING:**    Parties to notify bankruptcy counsel to also be present.