1  David M. Bass (State Bar No. 117199)
   Peter M. Cho (State Bar No. 213870)
2  DAVID M. BASS & ASSOCIATES
   1900 Avenue of the Stars, Suite 200
3  Los Angeles, California 90067
   Telephone: (310) 789-1152
4  Facsimile:  (310) 789-1149
   E-mail: dbass@basslawla.com
5

6  Attorneys for Defendant and Counterclaim Plaintiff
   USPA ACCESSORIES, LLC dba CONCEPT
7  ONE ACCESSORIES

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN FRANCISCO DIVISION**

11

| | |
|---|---|
| 12  BLUE MARLIN CORP., | Case No. C 07-03368-CRB |
| 13              Plaintiff, | Hon. Charles R. Breyer |
| 14       vs. | |
| 15  USPA ACCESSORIES, LLC dba CONCEPT ONE ACCESSORIES, | **STIPULATION TO CONTINUANCE OF EARLY NEUTRAL EVALUATION DEADLINE;** |
| 16              Defendant. | **[PROPOSED] ORDER** |
| 17 | |
| 18  USPA ACCESSORIES, LLC dba CONCEPT ONE ACCESSORIES, | |
| 19              Counterclaim Plaintiff, | |
| 20 | |
| 21       vs. | |
| 22  BLUE MARLIN CORP., a California corporation; and ROES 1 to 25, inclusive, | |
| 23              Counterclaim Defendants. | Action removed:   June 27, 2007<br>Trial date:           Not set |
| 24 | |

25  / / /

26  / / /

27  / / /

28

STIPULATION TO CONTINUANCE OF EARLY NEUTRAL         CASE NO. C 07-03368-CRB
EVALUATION DEADLINE

**TO THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

This Stipulation is made pursuant to Fed. R. Civ. P. 6(b), Local Rule 16-2(e) and Local Rule 7-12 between Defendant and Counterclaim Plaintiff USPA ACCESSORIES, LLC ("USPA"), on the one hand, and Plaintiff and Counterclaim Defendant BLUE MARLIN CORP. ("Blue Marlin"), on the other hand, through their undersigned counsel of record, with reference to the following:

A. On October 12, 2007, an Initial Case Management Conference was duly held before the Court. At that Conference, the Court ordered, pursuant to the parties' Stipulation Selecting ADR Process, that the parties complete an Early Neutral Evaluation no later than April 11, 2008. On October 31, 2008, the Court appointed Jerald E. Rosenblum, Esq. as the Early Neutral Evaluator.

B. On March 28, 2008, an Interim Case Management Conference was duly held before the Court. The Court considered the delay caused by Blue Marlin's pending Chapter 7 bankruptcy proceeding and the parties' settlement discussions. The Court set a further Interim Case Management Conference for April 25, 2008, to further consider the impact of the Chapter 7 bankruptcy proceeding on the scheduling and litigation of this action. The Court specifically ordered Blue Marlin's bankruptcy counsel to appear at the April 25, 2008 Conference.

C. The parties have contacted the Evaluator, Mr. Rosenblum, to discuss his availability after the upcoming April 25, 2008 Conference. Mr. Rosenblum has advised that he is available from in mid-July 2008, preferably July 14-18 (but not July 17), 2008.

/ / /

/ / /

/ / /

1     Accordingly, in order to promote the goals of judicial economy and fairness, the parties hereto hereby stipulate and agree as follows:

1.     The parties will participate in an Early Neutral Evaluation before Mr. Rosenblum on or before <u>July 18, 2008</u>.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  April 11, 2008                      DAVID M. BASS & ASSOCIATES

                                                       By: /s/ David M. Bass
                                                                   David M. Bass
                                                            Attorneys for Defendant and Counterclaim Plaintiff USPA ACCESSORIES, LLC

Dated:  April 11, 2008                      SOMMERS LAW GROUP

                                                       By: /s/  Stephen A. Sommers
                                                              Stephen A. Sommers
                                                         Attorneys for Plaintiff and Counterclaim Defendant BLUE MARLIN CORP.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:_____, 2008                    _____