David M. Bass (State Bar No. 117199)
Peter M. Cho (State Bar No. 213870)
DAVID M. BASS & ASSOCIATES
1900 Avenue of the Stars, Suite 200
Los Angeles, California 90067
Telephone: (310) 789-1152
Facsimile:  (310) 789-1149
E-mail: dbass@basslawla.com

Attorneys for Defendant and Counterclaim Plaintiff
USPA ACCESSORIES, LLC dba CONCEPT
ONE ACCESSORIES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BLUE MARLIN CORP., | Case No. C 07-03368-CRB |
| Plaintiff, | Hon. Charles R. Breyer |
| vs. | |
| USPA ACCESSORIES, LLC dba CONCEPT ONE ACCESSORIES, | **STIPULATION TO CONTINUANCE OF EARLY NEUTRAL EVALUATION DEADLINE;** |
| Defendant. | **[PROPOSED] ORDER** |
| USPA ACCESSORIES, LLC dba CONCEPT ONE ACCESSORIES, | |
| Counterclaim Plaintiff, | |
| vs. | |
| BLUE MARLIN CORP., a California corporation; and ROES 1 to 25, inclusive, | |
| Counterclaim Defendants. | Action removed:    June 27, 2007<br>Trial date:           Not set |

/ / /

/ / /

/ / /

**TO THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

This Stipulation is made pursuant to Fed. R. Civ. P. 6(b), Local Rule 16-2(e) and Local Rule 7-12 between Defendant and Counterclaim Plaintiff USPA ACCESSORIES, LLC ("USPA"), on the one hand, and Plaintiff and Counterclaim Defendant BLUE MARLIN CORP. ("Blue Marlin"), on the other hand, through their undersigned counsel of record, with reference to the following:

A.     On October 12, 2007, an Initial Case Management Conference was duly held before the Court.  At that Conference, the Court ordered, pursuant to the parties' Stipulation Selecting ADR Process, that the parties complete an Early Neutral Evaluation no later than April 11, 2008.  On October 31, 2008, the Court appointed Jerald E. Rosenblum, Esq. as the Early Neutral Evaluator.

B.     On March 28, 2008, an Interim Case Management Conference was duly held before the Court.  The Court considered the delay caused by Blue Marlin's pending Chapter 7 bankruptcy proceeding and the parties' settlement discussions.  The Court set a further Interim Case Management Conference for April 25, 2008, to further consider the impact of the Chapter 7 bankruptcy proceeding on the scheduling and litigation of this action.  The Court specifically ordered Blue Marlin's bankruptcy counsel to appear at the April 25, 2008 Conference.

C.     The parties have contacted the Evaluator, Mr. Rosenblum, to discuss his availability after the upcoming April 25, 2008 Conference.  Mr. Rosenblum has advised that he is available from in mid-July 2008, preferably July 14-18 (but not July 17), 2008.

/ / /

/ / /

/ / /

1    Accordingly, in order to promote the goals of judicial economy and fairness, the parties

2  hereto hereby stipulate and agree as follows:

3

4    1.    The parties will participate in an Early Neutral Evaluation before Mr. Rosenblum

5        on or before July 18, 2008.

6

7  **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

8

9  Dated:  April 11, 2008                    DAVID M. BASS & ASSOCIATES

10

11                            By: /s/ David M. Bass

12                                David M. Bass
                                Attorneys for Defendant and Counterclaim
                                Plaintiff USPA ACCESSORIES, LLC

13

14  Dated:  April 11, 2008                    SOMMERS LAW GROUP

15

16                            By: /s/ Stephen A. Sommers

17                                Stephen A. Sommers
                                Attorneys for Plaintiff and Counterclaim
                                Defendant BLUE MARLIN CORP.

18

19

20

21  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

22

23  Dated: April 14 , 2008

24

25

26

27

28

2

[PROPOSED] ORDER                                CASE NO. C 07-03368-
                                                    CRB