## CIVIL MINUTES

**Judge CHARLES R. BREYER**

Date: **April2 5, 2008**

**C-07-03368** **CRB**

 **BLUE MARLIN CORP**  v.  **USPA ACCESSORIES**

Attorneys:      Edie Walters _____          _Peter Cho_____

                 Stephen Summers _____      _____

Deputy Clerk: **BARBARA ESPINOZA**_____      Reporter:  **Not Reported** ___

**PROCEEDINGS:**                                               **RULING:**

1.  Further Case Management Conference    -   Held _____          _____

2. _____          _____

3. _____          _____

## ORDERED AFTER HEARING:

_____

_____

(  ) ORDER TO BE PREPARED BY:    Plntf _____   Deft _____   Court _____

(  ) Referred to Magistrate Judge For: _____

(X) CASE CONTINUED TO July 25, 208 @ 8:30 a.m. for  Further Case Management Conference 

Discovery Cut-Off _____      Expert Discovery Cut-Off _____
Plntf to Name Experts by _____      Deft to Name Experts by _____
P/T Conference Date _____ Trial Date _____ Set for _____ days
                    Type of Trial:  (  )Jury     (  )Court

Notes: _____

_____

_____