**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    BLUE MARLIN CORP.,                                No. C 07-03368 CRB

12                    Plaintiff,                        **Clerk's Notice**

13        v.

14    USPA ACCESSORIES,

15                    Defendant.

16    _____/

17    YOU ARE NOTIFIED THAT the Court has rescheduled the case management conference for

18    Monday, July 21, 2008  at 9:00 a.m. before the Honorable Charles R. Breyer.  The case management

      statement shall be filed on or before July 18, 2008.

19

20    Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue,

21    San Francisco, CA  94102.

22
      Dated: July 7, 2008                              FOR THE COURT,
23

24                                                     Richard W. Wieking, Clerk

25                                                     By: _____
                                                          Barbara Espinoza
26                                                        Courtroom Deputy

27

28