1  David M. Bass (State Bar No. 117199)
   Peter M. Cho (State Bar No. 213870)
2  DAVID M. BASS & ASSOCIATES
   1900 Avenue of the Stars, Suite 200
3  Los Angeles, California 90067
   Telephone: (310) 789-1152
4  Facsimile:  (310) 789-1149
   E-mail: dbass@basslawla.com

6  Attorneys for Defendant and Counterclaim Plaintiff
   USPA ACCESSORIES, LLC dba CONCEPT
7  ONE ACCESSORIES

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN FRANCISCO DIVISION**

12 BLUE MARLIN CORP.,                           Case No. C 07-03368-CRB

13             Plaintiff,                       Hon. Charles R. Breyer

14      vs.

15 USPA ACCESSORIES, LLC dba                    **STIPULATION TO CONTINUANCE OF**
   CONCEPT ONE ACCESSORIES,                     **EARLY NEUTRAL EVALUATION**
                                                **DEADLINE AND FURTHER CASE**
16             Defendant.                       **MANAGEMENT CONFERENCE;**

17                                              **[PROPOSED] ORDER**

18 USPA ACCESSORIES, LLC dba
   CONCEPT ONE ACCESSORIES,
19
               Counterclaim
20             Plaintiff,

21      vs.

22 BLUE MARLIN CORP., a California
   corporation; and ROES 1 to 25, inclusive,
23
               Counterclaim
24             Defendants.                      Action removed:   June 27, 2007
                                                Trial date:       Not set

25 / / /

26 / / /

27 / / /

28 / / /

**TO THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

This Stipulation is made pursuant to Fed. R. Civ. P. 6(b), Local Rule 16-2(e) and Local Rule 7-12 between Defendant and Counterclaim Plaintiff USPA ACCESSORIES, LLC ("USPA"), on the one hand, and Plaintiff and Counterclaim Defendant BLUE MARLIN CORP. ("Blue Marlin"), on the other hand, through their undersigned counsel of record, with reference to the following:

A.  On October 12, 2007, an Initial Case Management Conference was duly held before the Court. At that Conference, the Court ordered, pursuant to the parties' Stipulation Selecting ADR Process, that the parties complete an Early Neutral Evaluation no later than April 11, 2008. On October 31, 2007, the Court appointed Jerald E. Rosenblum, Esq. as the Early Neutral Evaluator.

B.  On April 14, 2008, the Court entered an Order, pursuant to the parties' Stipulation to Continuance of Early Neutral Evaluation Deadline, that the parties participate in an Early Neutral Evaluation before Mr. Rosenblum on or before July 18, 2008.

C.  On August 13, 2007, third party creditors of Blue Marlin commenced an involuntary bankruptcy proceeding against Blue Marlin pursuant to Chapter 7 of the United States Bankruptcy Code (the "Chapter 7 Proceeding").

D.  On or about April 11, 2008, the Chapter 7 Proceeding was converted into a proceeding pursuant to Chapter 11 of the United States Bankruptcy Code (the "Chapter 11 Proceeding"). The Chapter 11 Proceeding is pending before the Honorable Dennis Montali in the United States Bankruptcy Court for the Northern District of California, San Francisco Division (the "Bankruptcy Court"), Case No. 07-31041.

E.  The last date to file claims in the Chapter 11 Proceeding is August 4, 2008. A Chapter 11 reorganization plan should be submitted for approval shortly.

F.  On April 25, 2008, a further Interim Case Management Conference was duly held before the Court. At that time, the Court set a Further Case Management Conference for

1  July 25, 2008.  On July 7, 2008, the Court reset the Further Case Management Conference to
2  July 21, 2008.
3       G.     Plaintiff does not believe it is prudent to conduct an Early Neutral Evaluation or
4  a Further Case Management Conference before the submission of the Chapter 11 reorganization
5  plan.  In addition, the parties do not believe it is prudent to conduct an Early Neutral Evaluation
6  or a Further Case Management Conference before any ruling by the Bankruptcy Court on a
7  motion of USPA to lift the automatic stay.  Furthermore, the parties require further time to
8  evaluate the impact and status of any Chapter 11 reorganization plan on this action.
9
10       Accordingly, in order to promote the goals of judicial economy and fairness, the parties
11  hereto hereby stipulate and agree as follows:
12       1.     The parties will participate in an Early Neutral Evaluation before Mr. Rosenblum
13       on or before <u>September 18, 2008</u>.
14       2.     The Further Case Management Conference is continued to <u>September 19, 2008</u>
15       at 9:00 a.m., or as soon thereafter as the Court's calendar permits.
16
17  **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**
18
19  Dated:  July 14, 2008     DAVID M. BASS & ASSOCIATES
20
21       By: /s/ David M. Bass
22       David M. Bass
     Attorneys for Defendant and Counterclaim
     Plaintiff USPA ACCESSORIES, LLC
23
24  Dated:  July 14, 2008     SOMMERS LAW GROUP
25
26       By: /s/ Stephen A. Sommers
27       Stephen A. Sommers
     Attorneys for Plaintiff and Counterclaim
     Defendant BLUE MARLIN CORP.
28

STIPULATION TO CONTINUANCE OF EARLY NEUTRAL EVALUATION DEADLINE AND     CASE NO. C 07-03368-
FURTHER CASE MANAGEMENT CONFERENCE; [PROPOSED ORDER]     CRB

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3   Dated:_____, 2008          _____

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

STIPULATION TO CONTINUANCE OF EARLY NEUTRAL EVALUATION DEADLINE AND          CASE NO. C 07-03368-
FURTHER CASE MANAGEMENT CONFERENCE; [PROPOSED ORDER]                                              CRB