David M. Bass (State Bar No. 117199)
Peter M. Cho (State Bar No. 213870)
DAVID M. BASS & ASSOCIATES
1900 Avenue of the Stars, Suite 200
Los Angeles, California 90067
Telephone: (310) 789-1152
Facsimile: (310) 789-1149
E-mail: dbass@basslawla.com

Attorneys for Defendant and Counterclaim Plaintiff
USPA ACCESSORIES, LLC dba CONCEPT ONE ACCESSORIES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BLUE MARLIN CORP., Plaintiff, vs. USPA ACCESSORIES, LLC dba CONCEPT ONE ACCESSORIES, Defendant. | Case No. C 07-03368-CRB<br>Hon. Charles R. Breyer<br>**STIPULATION TO CONTINUANCE OF EARLY NEUTRAL EVALUATION DEADLINE AND FURTHER CASE MANAGEMENT CONFERENCE;**<br>**~~[PROPOSED~~] ORDER** |
| USPA ACCESSORIES, LLC dba CONCEPT ONE ACCESSORIES, Counterclaim Plaintiff, vs. BLUE MARLIN CORP., a California corporation; and ROES 1 to 25, inclusive, Counterclaim Defendants. | Action removed: June 27, 2007<br>Trial date: Not set |

/ / /

/ / /

/ / /

/ / /

**TO THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

This Stipulation is made pursuant to Fed. R. Civ. P. 6(b), Local Rule 16-2(e) and Local Rule 7-12 between Defendant and Counterclaim Plaintiff USPA ACCESSORIES, LLC ("USPA"), on the one hand, and Plaintiff and Counterclaim Defendant BLUE MARLIN CORP. ("Blue Marlin"), on the other hand, through their undersigned counsel of record, with reference to the following:

A.   On October 12, 2007, an Initial Case Management Conference was duly held before the Court. At that Conference, the Court ordered, pursuant to the parties' Stipulation Selecting ADR Process, that the parties complete an Early Neutral Evaluation no later than April 11, 2008. On October 31, 2007, the Court appointed Jerald E. Rosenblum, Esq. as the Early Neutral Evaluator.

B.   On April 14, 2008, the Court entered an Order, pursuant to the parties' Stipulation to Continuance of Early Neutral Evaluation Deadline, that the parties participate in an Early Neutral Evaluation before Mr. Rosenblum on or before July 18, 2008.

C.   On August 13, 2007, third party creditors of Blue Marlin commenced an involuntary bankruptcy proceeding against Blue Marlin pursuant to Chapter 7 of the United States Bankruptcy Code (the "Chapter 7 Proceeding").

D.   On or about April 11, 2008, the Chapter 7 Proceeding was converted into a proceeding pursuant to Chapter 11 of the United States Bankruptcy Code (the "Chapter 11 Proceeding"). The Chapter 11 Proceeding is pending before the Honorable Dennis Montali in the United States Bankruptcy Court for the Northern District of California, San Francisco Division (the "Bankruptcy Court"), Case No. 07-31041.

E.   The last date to file claims in the Chapter 11 Proceeding is August 4, 2008. A Chapter 11 reorganization plan should be submitted for approval shortly.

F.   On April 25, 2008, a further Interim Case Management Conference was duly held before the Court. At that time, the Court set a Further Case Management Conference for

July 25, 2008. On July 7, 2008, the Court reset the Further Case Management Conference to July 21, 2008.

G. Plaintiff does not believe it is prudent to conduct an Early Neutral Evaluation or a Further Case Management Conference before the submission of the Chapter 11 reorganization plan. In addition, the parties do not believe it is prudent to conduct an Early Neutral Evaluation or a Further Case Management Conference before any ruling by the Bankruptcy Court on a motion of USPA to lift the automatic stay. Furthermore, the parties require further time to evaluate the impact and status of any Chapter 11 reorganization plan on this action.

Accordingly, in order to promote the goals of judicial economy and fairness, the parties hereto hereby stipulate and agree as follows:

1. The parties will participate in an Early Neutral Evaluation before Mr. Rosenblum on or before September 18, 2008.

2. The Further Case Management Conference is continued to September 19, 2008 at ~~9:00~~ 8:30 a.m., or as soon thereafter as the Court's calendar permits.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: July 14, 2008

DAVID M. BASS & ASSOCIATES

By: /s/ David M. Bass
David M. Bass
Attorneys for Defendant and Counterclaim Plaintiff USPA ACCESSORIES, LLC

Dated: July 14, 2008

SOMMERS LAW GROUP

By: /s/ Stephen A. Sommers
Stephen A. Sommers
Attorneys for Plaintiff and Counterclaim Defendant BLUE MARLIN CORP.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:___ July 17 _, 2008 ______________________________

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Charles R. Breyer
NORTHERN DISTRICT OF CALIFORNIA

3

STIPULATION TO CONTINUANCE OF EARLY NEUTRAL EVALUATION DEADLINE AND FURTHER CASE MANAGEMENT CONFERENCE; [PROPOSED ORDER]

CASE NO. C 07-03368-CRB