

Entered on Docket
September 04, 2008
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: September 03, 2008

DENNIS MONTALI
U.S. Bankruptcy Judge

1  David M. Bass (CA State Bar No. 117199)
   David N. Schultz (CA State Bar No. 123094)
2  Peter M. Cho (CA State Bar No. 213870)
   DAVID M. BASS & ASSOCIATES
3  1900 Avenue of the Stars, Suite 200
   Los Angeles, California 90067
4  Telephone: (310) 789-1152
   Facsimile:  (310) 789-1149
5  dbass@basslawla.com

6  Attorneys for Creditor USPA ACCESSORIES,
   LLC dba CONCEPT ONE ACCESSORIES
7

8           IN THE UNITED STATES BANKRUPTCY COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12  In re:                           Case No. 07-31041-DM

13  BLUE MARLIN CORP., aka STAR      Chapter 11
    VINTAGE,
14                                   **ORDER GRANTING MOTION OF USPA
                                     ACCESSORIES, LLC FOR RELIEF FROM
15              Debtor.              AUTOMATIC STAY**

16
                                     Date:     August 21, 2008
17                                   Time:     9:30 a.m.
                                     Place:    U.S. Bankruptcy Court
18                                             235 Pine Street
                                               Courtroom 22
19                                             San Francisco, CA
                                     Judge:    Hon. Dennis Montali
20

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

ORDER GRANTING MOTION FOR RELIEF FROM STAY

1  The matter of the Motion by USPA Accessories, LLC ("USPA") for Relief from
2  Automatic Stay (the "Motion") came on for hearing before the Honorable Dennis Montali,
3  United States Bankruptcy Judge, on August 21, 2008 at 9:30 a.m. Peter M. Cho, of David M.
4  Bass & Associates, Inc., appeared on behalf of the moving party, USPA. Kathy Quon Bryant,
5  of Meyers Law Group, P.C., appeared on behalf of the debtor-in-possession, Blue Marlin Corp.
6  ("Blue Marlin").

7  It appearing that notice of the Motion was duly given, the Court having considered the
8  Motion and the Opposition filed by Blue Marlin, and good cause appearing, IT IS HEREBY
9  ORDERED THAT:

10  1.  Due and proper notice has been given to all parties entitled to notice.
11  2.  The Motion of USPA is hereby granted subject to the terms of this Order.
12  3.  The Opposition filed by Blue Marlin is hereby overruled.
13  4.  USPA is hereby granted relief from the automatic stay, and may prosecute its
14  counterclaims in the separate action entitled *Blue Marlin Corp. v. USPA Accessories, LLC*, Case
15  No. C 07-3368 CRB in the United States District Court for the Northern District of California
16  (the "District Court Action"), including, but not limited to, conducting discovery pursuant to
17  the Federal Rules of Civil Procedure.
18  5.  In the event that Blue Marlin dismisses its First Amended Complaint in the
19  District Court Action, then the automatic stay shall be re-imposed on USPA's counterclaims in
20  the District Court Action, and if USPA elects to continue prosecution of its counterclaims
21  against Blue Marlin, USPA shall prosecute them in Blue Marlin's bankruptcy case.
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1 |     6.    The Court incorporates by reference, as if set forth in full, its findings of fact
2 | and conclusions of law made orally on the record at the hearing on the Motion.
3 | Approved as to form:
4 | Dated: August 22, 2008                        MEYERS LAW GROUP, P.C.

By: /s/ Kathy Quon Bryant
      Kathy Quon Bryant

Attorneys for Debtor-in-Possession
BLUE MARLIN CORP.

\*\* END OF ORDER \*\*

## COURT SERVICE LIST

Julie M. Glosson, Esq.
Office of the U.S. Trustee
235 Pine St., Ste. 700
San Francisco, CA 94104

David M. Bass, Esq.
David N. Schultz, Esq.
David M. Bass Associates
1900 Avenue of the Stars, Suite 200
Los Angeles, CA 90067

Merle C. Meyers, Esq.
Kathy Quon Bryant, Esq.
Meyers Law Group, P.C.
44 Montgomery St., Ste. 1010
San Francisco, CA 94104

Susan I. Montgomery, Esq.
1925 Century Park East, Ste. 1150
Los Angeles, CA 90067

Jacob Stettin, Esq.
P.O. Box 480432
Los Angeles, CA 90048-1432

Sandra Khalili, Esq.
Resch Polster & Berger LLP
9200 Sunset Blvd., 9th Fl.
Los Angeles, CA 90069-3604

Jay M. Tenenbaum, Esq.
Seals & Tenenbaum
2323 W. Lincoln Ave., Suite 127
Anaheim, CA 92801

Bruce MacIntyre, Esq.
Perkins Coie LLP
1201 Third Avenue, 48th Floor
Seattle, WA 98101-3099

SAT-74904 0971-3 pdfeoc 07-31041
Merle C. Meyers
Meyers Law Group, PC
44 Montgomery St. #1010
San Francisco, CA 94104

006703 6703 1 AT 0.346 90067 5 8 6056-1-6703

David M. Bass, Esq.
David N. Schultz, Esq.
David M. Bass Associates
1900 Avenue of the Stars, Suite 200
Los Angeles, CA 90067-4303



Electronic Bankruptcy Noticing

**Go Green!**
Sign up for electronic notices. FREE!
Receive notices 24 X 7 and days faster than through US Mail.

Try our new Email Link service.

To find out how, visit:
http://www.EBNuscourts.com



006703     74904006717032