

Exhibit D

MEYERS LAW GROUP, P.C.
MERLE C. MEYERS, ESQ., CA Bar #66849
KATHY QUON BRYANT, ESQ., CA Bar #213156
44 Montgomery Street, Suite 1010
San Francisco, CA 94104
Telephone: (415) 362-7500
Facsimile: (415) 362-7515

Attorneys for Debtor-in-Possession
Blue Marlin Corp.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>BLUE MARLIN CORP., aka STAR VINTAGE,<br><br>Debtor.<br><br>Tax ID No: 36-3861163 | Case No. 07-31041-DM<br><br>Chapter 11<br><br>Date:    August 21, 2008<br>Time:   9:30 a.m.<br>Place:  U.S. Bankruptcy Court<br>          235 Pine St., Ctrm. 22<br>          San Francisco, CA<br>Judge:  Hon. Dennis Montali |

**DECLARATION OF RICK ASHLEY IN SUPPORT OF DEBTOR'S
OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY
OF USPA ACCESSORIES, LLC DBA CONCEPT ONE ACCESSORIES**

I, RICK ASHLEY, declare:

1. I am the President of BLUE MARLIN CORP., as debtor-in-possession herein (the "Debtor"), and in such capacity, I am personally familiar with each of the facts stated herein, to which I could competently testify if called upon to do so in a court of law.

2. On August 13, 2007 (the "Petition Date"), creditors EJAZ DYEING & FINISHING (PVT.) LTD. ("Ejaz"), HORIZON-CLOTHING (USA), INC. ("Horizon"), and NANTONG ECONOMIC & TECHNOLOGICAL DEVELOPMENT ZONE & CORP. ("Nantong") (collectively, the "Petitioning Creditors") filed an involuntary petition for relief against the Debtor under the provisions of chapter 7 of the Bankruptcy Code.

1

DECLARATION OF RICK ASHLEY IN SUPPORT OF DEBTOR'S
OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY
OF USPA ACCESSORIES, LLC DBA CONCEPT ONE ACCESSORIES
22140 DOC 10336

3. With the consent of the Petitioning Creditors, on April 11, 2008 (the "Relief Date"), the Court entered the Order For Relief Under Chapter 11 (the "Order For Relief") in the Debtor's case, initiating the within chapter 11 case.

4. The Debtor remains in possession of its property and estate, no trustee having been appointed. The Debtor is operating and managing its business, as debtor-in-possession, pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

5. In its chapter 11 case, the Debtor expects to propose a plan of reorganization with the support of the Petitioners, upon terms previously agreed to by the Petitioners in concept. The plan will allow the Debtor to emerge from bankruptcy recapitalized, stable and in self-sufficient financial health, and to pay all allowed claims in full over an agreed period of time. Although it has taken the Debtor more time than anticipated to obtain commitments from potential plan sponsors, the Debtor remains optimistic that it will secure necessary exit financing to fund its emergence from chapter 11.

6. Prepetition, the Debtor commenced an action against USPA in the Superior Court of the State of California, County of San Francisco, entitled *Blue Marlin Corp v USPA Accessories, LLC*, Case Number CGC-06-453170 (the "State Court Action"), for breach of contract, among other claims, arising out of a trademark licensing agreement between the Debtor, as licensor, and USPA, as licensee (the "Licensing Agreement"). USPA filed a cross-complaint against the Debtor in the State Court Action, asserting numerous cross-claims also arising from the Licensing Agreement (the "Cross Complaint").

7. The Debtor answered the Cross-Complaint and thereafter filed an amended complaint, adding claims for federal trademark and copyright infringement, among others. Subsequently, USPA removed the State Court Action to the United States District Court, Northern District of California (the "District Court"), where the action is currently pending as *Blue Marlin Corp v USPA Accessories, LLC dba Concept One Accessories*, Case No. C 07-3368 CRB (the "District Court Action").

8. Although the Debtor and USPA have engaged in written discovery and have deposed several witnesses, discovery is not yet complete. No trial date has been set by the District Court.

2

DECLARATION OF RICK ASHLEY IN SUPPORT OF DEBTOR'S
OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY
OF USPA ACCESSORIES, LLC DBA CONCEPT ONE ACCESSORIES

9. In the District Court Action, the Debtor is represented by Stephen A. Sommers, Esq. of Sommers Law Group ("SLG"). In its amended Schedule E of unsecured priority creditors filed in the Debtor's chapter 11 case, the Debtor scheduled a claim of $20,000 as owing to SLG for legal services provided to the Debtor in the District Court Action during the involuntary gap period prior to the entry of the Order For Relief.

10. While SLG remains counsel of record to the Debtor in the District Court Action, based on the outstanding amount owed for involuntary gap period services, and the Debtor's inability to pay for legal services, SLG is unwilling to undertake further discovery or to provide other substantive legal services without compensation, and plans to seek to withdraw from the case shortly.

11. Based on its status as a chapter 11 debtor-in-possession and its lack of funding, I do not believe that the Debtor is likely to be able to obtain replacement counsel to represent it in the District Court Action at the present time. However, in the event of plan confirmation, which I anticipate by the end of 2008, funding would be available and I expect that the Debtor could then rehire SLG or obtain replacement counsel to complete the prosecution of the case.

12. I therefore believe that prosecution of the District Court Action should be deferred until plan confirmation, when there will be funds available to pursue its claims against USPA on behalf of the estate.

13. On August 1, 2008, USPA filed a proof of claim in the Debtor's chapter 11 case for "Breach of Contract; Fraud," in the amount of $386,107.63, and attached a copy of the Cross Complaint as an exhibit to the proof of claim (the "USPA Claim"). A true and correct copy of the USPA Claim is attached hereto as **Exhibit "A."**[1]

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on August 19, 2008 at San Francisco, California.

/s/ Rick Ashley
RICK ASHLEY

---

[1] The Debtor disputes the validity of the USPA Claim, and intends to file an objection to the USPA Claim.

3

DECLARATION OF RICK ASHLEY IN SUPPORT OF DEBTOR'S
OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY
OF USPA ACCESSORIES, LLC DBA CONCEPT ONE ACCESSORIES