

Exhibit E

# David Schultz

**From:** David Schultz [dschultz@basslawla.com]
**Sent:** Tuesday, July 08, 2008 7:07 PM
**To:** Stephen A. Sommers, Esq. (stevesommers@gmail.com)
**Cc:** David M. Bass, Esq.; Leslie Fritz
**Subject:** Continuation of ENE in Blue Marlin/USPA

Dear Mr. Sommers,

I have spoken to Jerald Rosenblum's assistant and asked her about Mr. Rosenblum's availability in August. She has informed me that he is available for the Early Neutral Evaluation on August 25, 26, and 27. Would you please let me know which of these days works for you, so that we can schedule a firm date for the Early Neutral Evaluation and include that date as part of the Stipulation that we will prepare for submission to Judge Breyer.

Thank you in advance for your courtesy with respect to this matter.

*David N. Schultz, Esq.*
David M. Bass & Associates
1900 Avenue of the Stars, Suite 200
Los Angeles, CA 90067
Telephone: 310-789-1152
Facsimile: 310-789-1149

==================================================================

This message contains information which may be confidential and privileged and is solely for the use of the intended recipient. Unless you are the addressee (or authorized to receive for the addressee), you may not review, use, copy, distribute or disclose to anyone any information contained in this message and/or any attachment to this message. If you have received the message in error, please advise the sender by reply e-mail and delete the message.

==================================================================

9/4/2008

## David Schultz

**From:** Stephen Sommers [stevesommers@gmail.com]
**Sent:** Wednesday, July 09, 2008 2:48 PM
**To:** David Schultz
**Subject:** Re: Continuation of ENE in Blue Marlin/USPA

Mr. Schultz,

I need to reach my client and will get back to you soon

Thank you,
Stephen Sommers

On Tue, Jul 8, 2008 at 7:07 PM, David Schultz <dschultz@basslawla.com> wrote:

> Dear Mr. Sommers,
>
> I have spoken to Jerald Rosenblum's assistant and asked her about Mr Rosenblum's availability in August. She has informed me that he is available for the Early Neutral Evaluation on August 25, 26, and 27. Would you please let me know which of these days works for you, so that we can schedule a firm date for the Early Neutral Evaluation and include that date as part of the Stipulation that we will prepare for submission to Judge Breyer.
>
> Thank you in advance for your courtesy with respect to this matter.
>
> *David N Schultz, Esq*
> David M Bass & Associates
> 1900 Avenue of the Stars, Suite 200
> Los Angeles, CA 90067
> Telephone: 310-789-1152
> Facsimile: 310-789-1149
>
> ==========================================================
>
> This message contains information which may be confidential and privileged and is solely for the use of the intended recipient  Unless you are the addressee (or authorized to receive for the addressee), you may not review, use, copy, distribute or disclose to anyone any information contained in this message and/or any attachment to this message  If you have received the message in error, please advise the sender by reply e-mail and delete the message
>
> ==========================================================

9/4/2008

--

SOMMERS LAW GROUP
Attorneys and Counselors at Law
Employment and General Business Litigation

870 Market Street, Suite 1142
San Francisco, CA 94102
(415) 839-8569 (phone)
(415) 956-0878 (fax)
ssommers@sommerslaw.com
sommerslaw.com

The communication contained in this message is considered privileged and confidential. It is protected by attorney client privilege and the attorney work product doctrine. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please provide notification to the sender immediately by replying to the message and deleting it from your computer. This Email is covered by the Electronic Communications Privacy Act, 18 U.S.C Sections 2510-2521 and is legally privileged. Thank you

9/4/2008

### David Schultz

**From:** Stephen Sommers [stevesommers@gmail.com]
**Sent:** Wednesday, July 09, 2008 3:41 PM
**To:** David Schultz
**Subject:** Re: Continuation of ENE in Blue Marlin/USPA

David,

If I'm not mistaken, this case is still subject to the automatic stay. It is my understanding that the chapter 11 proposal will be submitted in the next two weeks. It makes sense to me to wait until that occurs before we schedule an ENE

Steve

On Tue, Jul 8, 2008 at 7:07 PM, David Schultz <dschultz@basslawla.com> wrote:

> Dear Mr. Sommers,
>
> I have spoken to Jerald Rosenblum's assistant and asked her about Mr. Rosenblum's availability in August. She has informed me that he is available for the Early Neutral Evaluation on August 25, 26, and 27. Would you please let me know which of these days works for you, so that we can schedule a firm date for the Early Neutral Evaluation and include that date as part of the Stipulation that we will prepare for submission to Judge Breyer.
>
> Thank you in advance for your courtesy with respect to this matter.
>
> *David N. Schultz, Esq*
> David M. Bass & Associates
> 1900 Avenue of the Stars, Suite 200
> Los Angeles, CA 90067
> Telephone: 310-789-1152
> Facsimile: 310-789-1149
>
> ================================================================
>
> This message contains information which may be confidential and privileged and is
> solely for the use of the intended recipient. Unless you are the addressee (or
> authorized to receive for the addressee), you may not review, use, copy, distribute
> or disclose to anyone any information contained in this message and/or any
> attachment to this message. If you have received the message in error,
> please advise the sender by reply e-mail and delete the message
>
> ================================================================

9/4/2008

--
SOMMERS LAW GROUP
Attorneys and Counselors at Law
Employment and General Business Litigation

870 Market Street, Suite 1142
San Francisco, CA 94102
(415) 839-8569 (phone)
(415) 956-0878 (fax)
ssommers@sommerslaw.com
sommerslaw.com

The communication contained in this message is considered privileged and confidential. It is protected by attorney client privilege and the attorney work product doctrine. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please provide notification to the sender immediately by replying to the message and deleting it from your computer. This Email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is legally privileged. Thank you.

9/4/2008

# David Schultz

**From:** David Schultz [dschultz@basslawla.com]
**Sent:** Friday, July 11, 2008 4:14 PM
**To:** 'Stephen Sommers'
**Cc:** David M. Bass, Esq.; Leslie Fritz; 'Peter Cho'
**Subject:** RE: Continuation of ENE in Blue Marlin/USPA

Dear Steve,

As you may recall, Judge Breyer asked us to move to lift the automatic stay, and we intend to do so shortly. In addition, we are in the process of preparing a stipulation for your signature as well seeking to continue the July 21 case management conference. It seems to me that Judge Breyer will be more likely to continue everything if we have a real date for the ENE, not just a new date by which the ENE must be completed. Therefore, we would like to set an actual date for the ENE.

Please let me know what your position is and whether, under the circumstances, we can set the ENE for August 25, 26, or 27 and so inform Judge Breyer. In addition, please feel free to contact me if you wish to discuss further either the ENE or the stipulation.

Thank you in advance for your courtesy with respect to this matter.
*David N. Schultz, Esq.*
David M. Bass & Associates
1900 Avenue of the Stars, Suite 200
Los Angeles, CA 90067
Telephone: 310-789-1152
Facsimile: 310-789-1149

===================================================================

This message contains information which may be confidential and privileged and is solely for the use of the intended recipient. Unless you are the addressee (or authorized to receive for the addressee), you may not review, use, copy, distribute or disclose to anyone any information contained in this message and/or any attachment to this message. If you have received the message in error, please advise the sender by reply e-mail and delete the message

===================================================================

**From:** Stephen Sommers [mailto:stevesommers@gmail.com]
**Sent:** Wednesday, July 09, 2008 3:41 PM
**To:** David Schultz
**Subject:** Re: Continuation of ENE in Blue Marlin/USPA

David,

If I'm not mistaken, this case is still subject to the automatic stay. It is my understanding that the chapter 11 proposal will be submitted in the next two weeks. It makes sense to me to wait until that occurs before we schedule an ENE.

Steve

On Tue, Jul 8, 2008 at 7:07 PM, David Schultz <dschultz@basslawla.com> wrote:

Dear Mr. Sommers,

I have spoken to Jerald Rosenblum's assistant and asked her about Mr. Rosenblum's availability in August. She has informed me that he is available for the Early Neutral Evaluation on August 25, 26, and 27. Would you please let me know which of these days works for you, so that we can schedule a firm date for the Early Neutral Evaluation and include that date as part of the Stipulation that we will prepare for submission to Judge Breyer

Thank you in advance for your courtesy with respect to this matter

*David N. Schultz, Esq.*
David M Bass & Associates
1900 Avenue of the Stars, Suite 200
Los Angeles, CA 90067
Telephone: 310-789-1152
Facsimile: 310-789-1149

===========================================================

This message contains information which may be confidential and privileged and is solely for the use of the intended recipient. Unless you are the addressee (or authorized to receive for the addressee), you may not review, use, copy, distribute or disclose to anyone any information contained in this message and/or any attachment to this message. If you have received the message in error, please advise the sender by reply e-mail and delete the message.

===========================================================

--

SOMMERS LAW GROUP
Attorneys and Counselors at Law
Employment and General Business Litigation

870 Market Street, Suite 1142
San Francisco, CA 94102
(415) 839-8569 (phone)
(415) 956-0878 (fax)
ssommers@sommerslaw.com
sommerslaw.com

The communication contained in this message is considered privileged and confidential. It is protected by attorney client privilege and the attorney work product doctrine. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please provide

9/4/2008

notification to the sender immediately by replying to the message and deleting it from your computer. This Email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is legally privileged. Thank you

9/4/2008

## David Schultz

**From:** Stephen Sommers [stevesommers@gmail.com]
**Sent:** Friday, July 11, 2008 4:27 PM
**To:** David Schultz
**Subject:** Re: Continuation of ENE in Blue Marlin/USPA

David,

I don't think the bankruptcy court is going to relieve your client from the stay at this point. You are certainly welcome to try. I could be wrong. But, it is my understanding that the chapter 11 plan will be submitted for approval relatively soon, so I would expect the bankruptcy court to find that there will be no prejudice by denying relief.

In the meantime, I don't want to do anything while the stay is in place and neither does my client

Stephen Sommers

On Fri, Jul 11, 2008 at 4:14 PM, David Schultz <dschultz@basslawla.com> wrote:

> Dear Steve,
>
> As you may recall, Judge Breyer asked us to move to lift the automatic stay, and we intend to do so shortly. In addition, we are in the process of preparing a stipulation for your signature as well seeking to continue the July 21 case management conference. It seems to me that Judge Breyer will be more likely to continue everything if we have a real date for the ENE, not just a new date by which the ENE must be completed. Therefore, we would like to set an actual date for the ENE.
>
> Please let me know what your position is and whether, under the circumstances, we can set the ENE for August 25, 26, or 27 and so inform Judge Breyer. In addition, please feel free to contact me if you wish to discuss further either the ENE or the stipulation
>
> Thank you in advance for your courtesy with respect to this matter
>
> *David N. Schultz, Esq.*
> David M. Bass & Associates
> 1900 Avenue of the Stars, Suite 200
> Los Angeles, CA 90067
> Telephone: 310-789-1152
> Facsimile: 310-789-1149
>
> ================================================================
>
> This message contains information which may be confidential and privileged and is solely for the use of the intended recipient. Unless you are the addressee (or authorized to receive for the addressee), you may not review, use, copy, distribute

9/4/2008

or disclose to anyone any information contained in this message and/or any attachment to this message. If you have received the message in error, please advise the sender by reply e-mail and delete the message

===============================================================

**From:** Stephen Sommers [mailto:stevesommers@gmail.com]
**Sent:** Wednesday, July 09, 2008 3:41 PM
**To:** David Schultz
**Subject:** Re: Continuation of ENE in Blue Marlin/USPA

David,

If I'm not mistaken, this case is still subject to the automatic stay. It is my understanding that the chapter 11 proposal will be submitted in the next two weeks. It makes sense to me to wait until that occurs before we schedule an ENE.

Steve

On Tue, Jul 8, 2008 at 7:07 PM, David Schultz <dschultz@basslawla.com> wrote:

Dear Mr Sommers,

I have spoken to Jerald Rosenblum's assistant and asked her about Mr Rosenblum's availability in August. She has informed me that he is available for the Early Neutral Evaluation on August 25, 26, and 27. Would you please let me know which of these days works for you, so that we can schedule a firm date for the Early Neutral Evaluation and include that date as part of the Stipulation that we will prepare for submission to Judge Breyer.

Thank you in advance for your courtesy with respect to this matter

*David N. Schultz, Esq.*
David M. Bass & Associates
1900 Avenue of the Stars, Suite 200
Los Angeles, CA 90067
Telephone: 310-789-1152
Facsimile: 310-789-1149

===============================================================

This message contains information which may be confidential and privileged and is solely for the use of the intended recipient. Unless you are the addressee (or authorized to receive for the addressee), you may not review, use, copy, distribute or disclose to anyone any information contained in this message and/or any attachment to this message. If you have received the message in error,

please advise the sender by reply e-mail and delete the message

================================================================

--
SOMMERS LAW GROUP
Attorneys and Counselors at Law
Employment and General Business Litigation

870 Market Street, Suite 1142
San Francisco, CA 94102
(415) 839-8569 (phone)
(415) 956-0878 (fax)
ssommers@sommerslaw.com
sommerslaw.com

The communication contained in this message is considered privileged and confidential. It is protected by attorney client privilege and the attorney work product doctrine. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please provide notification to the sender immediately by replying to the message and deleting it from your computer. This Email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is legally privileged. Thank you.

--
SOMMERS LAW GROUP
Attorneys and Counselors at Law
Employment and General Business Litigation

870 Market Street, Suite 1142
San Francisco, CA 94102
(415) 839-8569 (phone)
(415) 956-0878 (fax)
ssommers@sommerslaw.com
sommerslaw.com

The communication contained in this message is considered privileged and confidential. It is protected by attorney client privilege and the attorney work product doctrine. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please provide notification to the sender immediately by replying to the message and deleting it from your computer. This Email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is legally privileged. Thank you.

9/4/2008

## David Schultz

**From:** David Schultz [dschultz@basslawla.com]
**Sent:** Wednesday, August 06, 2008 1:59 PM
**To:** 'Stephen Sommers'
**Cc:** 'David Bass'; 'Leslie Fritz'
**Subject:** Early Neutral Evaluation in USPA/Blue Marlin

Dear Mr. Sommers,

On July 8, 2008, I sent you an email stating that I had spoken to Jerald Rosenblum's assistant, who had informed me that Mr. Rosenblum was available for the Early Neutral Evaluation ("ENE") on August 25, 26, and 27, 2008. I asked you to let me know which of these days worked for you, so we could schedule a firm date for the ENE.

In response, you sent me an email on July 9, 2008. You stated that the case was still subject to the automatic stay, it was your understanding that a Chapter 11 proposal would be submitted "in the next two weeks," and "[i]t makes sense to me to wait until that occurs before we schedule an ENE."

On July 11, 2008, I sent you another email, stating that "we would like to set an actual date for the ENE." I asked you to "let me know what your position is and whether, under the circumstances, we can set the ENE for August 25, 26, or 27 and so inform Judge Breyer." In response, you sent me an email later that day, stating that "I don't want to do anything while the stay is in place and neither does my client."

As you may know, we have now filed a Motion for Relief from Stay (the "Motion"). The Motion is set for hearing before Judge Montali at 9:30 a.m. on August 21, 2008. Judge Breyer's most recent Order provides that the parties must participate in an ENE before Mr. Rosenblum on or before September 18, 2008.

Accordingly, please let me know by the close of business on Friday, August 8, 2008 whether you are available for the ENE on August 25, 26, or 27. Alternatively, please provide me by that time with any dates from August 28 through September 18, 2008 on which you are available for the ENE. In this way, we can schedule a firm date for the ENE and comply with Judge Breyer's Order.

Thank you for your courtesy with respect to this matter.

*David N. Schultz, Esq*
David M. Bass & Associates
1900 Avenue of the Stars, Suite 200
Los Angeles, CA 90067
Telephone: 310-789-1152
Facsimile: 310-789-1149

================================================================

This message contains information which may be confidential and privileged and is solely for the use of the intended recipient. Unless you are the addressee (or authorized to receive for the addressee), you may not review, use, copy, distribute or disclose to anyone any information contained in this message and/or any attachment to this message. If you have received the message in error, please advise the sender by reply e-mail and delete the message.

================================================================

9/4/2008

## David Schultz

**From:** David Schultz [dschultz@basslawla.com]
**Sent:** Monday, August 11, 2008 4:30 PM
**To:** 'Stephen Sommers'
**Cc:** 'David Bass'; 'Leslie Fritz'
**Subject:** Early Neutral Evaluation in USPA/Blue Marlin

Dear Mr Sommers,

As you no doubt are aware, Judge Breyer's most recent Order provides that the parties must participate in an Early Neutral Evaluation ("ENE") before Jerald Rosenblum, Esq. on or before September 18, 2008. Accordingly, on August 6, 2008, I sent you an email asking you to provide me, by the close of business on Friday, August 8, 2008, with any dates from August 25 through September 18, 2008 on which you are available for the ENE.

You have not responded to my August 6, 2008 email. Since sending you that email, I have spoken once again with Mr. Rosenblum's assistant regarding his availability for the ENE. She informed me that Mr. Rosenblum currently is available to conduct the ENE on the following dates: September 3, 5, 8, 10, 12, 16, and 17, 2008.

Accordingly, please let me know by the close of business on Thursday, August 14, 2008, the dates from the above list on which you are available to participate in the ENE. In this way, we can schedule a firm date for the ENE and comply with Judge Breyer's Order.

Thank you for your professional courtesy with respect to this matter

*David N. Schultz, Esq.*
David M Bass & Associates
1900 Avenue of the Stars, Suite 200
Los Angeles, CA 90067
Telephone: 310-789-1152
Facsimile: 310-789-1149

======================================================

This message contains information which may be confidential and privileged and is solely for the use of the intended recipient  Unless you are the addressee (or authorized to receive for the addressee), you may not review, use, copy, distribute or disclose to anyone any information contained in this message and/or any attachment to this message  If you have received the message in error, please advise the sender by reply e-mail and delete the message.

======================================================

9/4/2008

## David Schultz

**From:** David Schultz [dschultz@basslawla.com]
**Sent:** Friday, August 15, 2008 6:15 PM
**To:** 'Stephen Sommers'
**Cc:** 'David Bass'; 'Leslie Fritz'
**Subject:** Early Neutral Evaluation in USPA/Blue Marlin

Dear Mr. Sommers,

You have not responded to my August 6 and August 11, 2008 emails. Accordingly, let me remind you once again that Judge Breyer's most recent Order provides that the parties must participate in an Early Neutral Evaluation ("ENE") before Jerald Rosenblum, Esq. on or before September 18, 2008.

As I informed you in my August 11, 2008 email, Mr. Rosenblum currently is available to conduct the ENE on the following dates: September 3, 5, 8, 10, 12, 16, and 17, 2008. Furthermore, I promised Mr. Rosenblum's assistant that I would contact her on or before August 25, 2008 regarding the status of the ENE.

In an effort to comply with Judge Breyer's Order, I am willing to give you additional time to respond to my emails. Accordingly, please let me know by the close of business on Thursday, August 21, 2008, the dates from the above list on which you are available to participate in the ENE. In this way, we can schedule a firm date for the ENE and comply with Judge Breyer's Order.

Thank you for your professional courtesy with respect to this matter.
*David N. Schultz, Esq.*
David M. Bass & Associates
1900 Avenue of the Stars, Suite 200
Los Angeles, CA 90067
Telephone: 310-789-1152
Facsimile: 310-789-1149

================================================================

This message contains information which may be confidential and privileged and is solely for the use of the intended recipient. Unless you are the addressee (or authorized to receive for the addressee), you may not review, use, copy, distribute or disclose to anyone any information contained in this message and/or any attachment to this message. If you have received the message in error, please advise the sender by reply e-mail and delete the message.

================================================================

9/5/2008

## David Schultz

**From:** Steve Sommers [stevesommers@gmail.com]
**Sent:** Monday, August 18, 2008 2:52 PM
**To:** David Schultz
**Subject:** Re: Early Neutral Evaluation in USPA/Blue Marlin

David,

I apologize for not getting back with you. I've had some turnover with my staff and also preparing for vacation.

I need to check with my clients and get back with you.

Steve

Sent from my iPhone

On Aug 15, 2008, at 6:15 PM, "David Schultz" <dschultz@basslawla.com> wrote:

> Dear Mr. Sommers,
>
> You have not responded to my August 6 and August 11, 2008 emails. Accordingly, let me remind you once again that Judge Breyer's most recent Order provides that the parties must participate in an Early Neutral Evaluation ("ENE") before Jerald Rosenblum, Esq. on or before September 18, 2008
>
> As I informed you in my August 11, 2008 email, Mr. Rosenblum currently is available to conduct the ENE on the following dates: September 3, 5, 8, 10, 12, 16, and 17, 2008. Furthermore, I promised Mr. Rosenblum's assistant that I would contact her on or before August 25, 2008 regarding the status of the ENE
>
> In an effort to comply with Judge Breyer's Order, I am willing to give you additional time to respond to my emails. Accordingly, please let me know by the close of business on Thursday, August 21, 2008, the dates from the above list on which you are available to participate in the ENE   In this way, we can schedule a firm date for the ENE and comply with Judge Breyer's Order.
>
> Thank you for your professional courtesy with respect to this matter
>
> *David N. Schultz, Esq.*
> David M Bass & Associates
> 1900 Avenue of the Stars, Suite 200
> Los Angeles, CA 90067
> Telephone: 310-789-1152

9/4/2008

Facsimile: 310-789-1149

==============================================================

This message contains information which may be confidential and privileged and is solely for the use of the intended recipient. Unless you are the addressee (or authorized to receive for the addressee), you may not review, use, copy, distribute or disclose to anyone any information contained in this message and/or any attachment to this message. If you have received the message in error, please advise the sender by reply e-mail and delete the message

==============================================================



_____ NOD32 3380 (20080822) Information _____

This message was checked by NOD32 antivirus system.
http://www.eset.com

9/4/2008