**Exhibit G**

## David Schultz

**From:** Stephen Sommers [stevesommers@gmail.com]
**Sent:** Friday, September 05, 2008 3:44 PM
**To:** David Schultz
**Subject:** Re: Draft of Joint Case Management Conference Statement in USPA/Blue Marlin

David,

What dates do you have available for an ENE?

Steve Sommers

On Fri, Sep 5, 2008 at 3:34 PM, David Schultz <dschultz@basslawla.com> wrote:

> Dear Mr Sommers,
>
> As you no doubt are aware, a Further Case Management Conference is set for September 19, 2008 in this action. Accordingly, pursuant to Local Rule 16-10(d), the parties must file a Joint Case Management Statement on or before September 9, 2008 "reporting progress or changes since the last statement was filed and making proposals for the remainder of the case development process."
>
> In order to comply with Local Rule 16-10(d), I have drafted a proposed Joint Case Management Statement. A copy of my draft, without the exhibits thereto, is attached to this email. Please provide me with any proposed changes you may have to the attached draft by 5:00 p.m. on Monday, September 8, 2008, so that I will be able to file a final version of the Joint Case Management Statement with the Court on September 9, 2008.
>
> Thank you in advance for your anticipated cooperation. If you have any questions about this matter, or the attached draft, please contact me.
>
> David N. Schultz, Esq.
> David M. Bass & Associates
> 1900 Avenue of the Stars, Suite 200
> Los Angeles, CA 90067
> Telephone: 310-789-1152
> Facsimile: 310-789-1149
>
> ================================================================
>
> This message contains information which may be confidential and privileged and is solely for the use of the intended recipient. Unless you are the addressee (or authorized to receive for the addressee), you may not review, use, copy, distribute or disclose to anyone any information contained in this message and/or any attachment to this message. If you have received the message in error, please advise the sender by reply e-mail and delete the message

9/9/2008

==================================================================

_____ Information from ESET Smart Security, version of virus signature database 3420 (20080905)_____

The message was checked by ESET Smart Security.

http://www.eset.com

--
SOMMERS LAW GROUP
Attorneys and Counselors at Law
Employment and General Business Litigation

870 Market Street, Suite 1142
San Francisco, CA 94102
(415) 839-8569 (phone)
(415) 956-0878 (fax)
ssommers@sommerslaw.com
sommerslaw.com

The communication contained in this message is considered privileged and confidential. It is protected by attorney client privilege and the attorney work product doctrine. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please provide notification to the sender immediately by replying to the message and deleting it from your computer. This Email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is legally privileged. Thank you.

9/9/2008

# David Schultz

**From:** David Schultz [dschultz@basslawla.com]
**Sent:** Monday, September 08, 2008 11:30 AM
**To:** 'Stephen Sommers'
**Cc:** 'David Bass'; 'Leslie Fritz'; Kathy Quon Bryant (kquonbryant@mlg-pc.com)
**Subject:** RE: Draft of Joint Case Management Conference Statement in USPA/Blue Marlin

Dear Mr Sommers,

I sending you this email in response to your email set forth below, asking me about available dates for the ENE. As you undoubtedly are aware, I sent you emails on August 11 and 15, 2008 informing you that I had spoken with Mr Rosenblum's assistant, who informed me that Mr. Rosenblum was then available to conduct the ENE on the following dates: September 3, 5, 8, 10, 12, 16, and 17, 2008. I asked you to let me know the dates from the above list that you were available to participate in the ENE, first by the close of business on August 14, 2008 and then by the close of business on August 21, 2008.

You completely ignored my requests. Until last Friday, your only communication with me after July 8, 2008, when I first raised with you the issue of scheduling the ENE, was an August 18, 2008 email in which you stated that "I need to check with my clients and get back to you." You never got back to me. I did not hear from you from August 18, 2008 until Friday, September 5, 2008, at 3:44 p.m. At that time, in response to the email I sent you approximately ten minutes earlier, in which I provided you with a draft of the Joint Case Management Statement, you finally sent me another email which states, in its entirety: "What dates do you have for an ENE?"

Notwithstanding your unexplained delay in responding to my emails, I once again contacted Mr Rosenblum's assistant after I received your email. Mr. Rosenblum's assistant informed me that Mr. Rosenblum was still available to conduct an ENE on September 10, 12, 16, and 17, 2008. She explained, however, that it was Mr. Rosenblum's normal practice to require the parties to submit written statements at least five days in advance of a telephonic conference call between him and counsel for the parties, at which the agenda for the ENE was set. She added that the telephonic conference call at which the agenda was set normally took place two or three days before the ENE.

Under these circumstances, I do not see how it is possible to arrange an ENE on or before September 18, 2008 utilizing Mr Rosenblum's normal practices. Moreover, I do not believe it is in anyone's best interest to rush through preparations for an ENE. Accordingly, we propose that the parties complete any discovery necessary to conduct the ENE and then conduct the ENE sometime in November. Moreover, we intend to inform the Court that it was not possible to complete the ENE on or before September 18, 2008 because of the delays of you and your client in scheduling the ENE after I first contacted you regarding this matter on July 8, 2008.

If you wish to discuss this matter, please feel free to contact me.
David N. Schultz, Esq.
David M. Bass & Associates
1900 Avenue of the Stars, Suite 200
Los Angeles, CA 90067
Telephone: 310-789-1152
Facsimile: 310-789-1149

===========================================================

This message contains information which may be confidential and privileged and is
solely for the use of the intended recipient Unless you are the addressee (or
authorized to receive for the addressee), you may not review, use, copy, distribute
or disclose to anyone any information contained in this message and/or any
attachment to this message If you have received the message in error,
please advise the sender by reply e-mail and delete the message

===================================================================

**From:** Stephen Sommers [mailto:stevesommers@gmail.com]
**Sent:** Friday, September 05, 2008 3:44 PM
**To:** David Schultz
**Subject:** Re: Draft of Joint Case Management Conference Statement in USPA/Blue Marlin

David,

What dates do you have available for an ENE?

Steve Sommers

On Fri, Sep 5, 2008 at 3:34 PM, David Schultz <dschultz@basslawla.com> wrote:

Dear Mr. Sommers,

As you no doubt are aware, a Further Case Management Conference is set for September 19, 2008 in this action. Accordingly, pursuant to Local Rule 16-10(d), the parties must file a Joint Case Management Statement on or before September 9, 2008 "reporting progress or changes since the last statement was filed and making proposals for the remainder of the case development process."

In order to comply with Local Rule 16-10(d), I have drafted a proposed Joint Case Management Statement. A copy of my draft, without the exhibits thereto, is attached to this email. Please provide me with any proposed changes you may have to the attached draft by 5:00 p.m on Monday, September 8, 2008, so that I will be able to file a final version of the Joint Case Management Statement with the Court on September 9, 2008

Thank you in advance for your anticipated cooperation. If you have any questions about this matter, or the attached draft, please contact me

*David N. Schultz, Esq.*
David M Bass & Associates
1900 Avenue of the Stars, Suite 200
Los Angeles, CA 90067
Telephone: 310-789-1152
Facsimile: 310-789-1149

===================================================================

This message contains information which may be confidential and privileged and is solely for the use of the intended recipient. Unless you are the addressee (or authorized to receive for the addressee), you may not review, use, copy, distribute or disclose to anyone any information contained in this message and/or any attachment to this message. If you have received the message in error, please advise the sender by reply e-mail and delete the message.

===================================================================

9/9/2008

_____ Information from ESET Smart Security, version of virus signature database 3420 (20080905) _____

The message was checked by ESET Smart Security

http://www.eset.com


--

SOMMERS LAW GROUP
Attorneys and Counselors at Law
Employment and General Business Litigation
_____

870 Market Street, Suite 1142
San Francisco, CA 94102
(415) 839-8569 (phone)
(415) 956-0878 (fax)
ssommers@sommerslaw.com
sommerslaw.com

The communication contained in this message is considered privileged and confidential. It is protected by attorney client privilege and the attorney work product doctrine. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please provide notification to the sender immediately by replying to the message and deleting it from your computer. This Email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is legally privileged. Thank you.