**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **September 19, 2008**

**C-07-03368** CRB

**BLUE MARLIN CORP v. USPA ACCESSORIES**

Attorneys:    No Appearance                David Bass

Deputy Clerk: **BARBARA ESPINOZA**         Reporter: **Not Reported**

**PROCEEDINGS:**                                                **RULING:**

1. Further Case Management Conference  -  Held

2.

3.

**ORDERED AFTER HEARING:**

Court to issue Order to Show Cause returnable on September 26, 2008 at 10:00 a.m.  In the event that a mutual dismissal is filed counsel need not appear.  Defendant's counsel need not appear at the hearing for Show Cause.

( ) ORDER TO BE PREPARED BY:    Plntf _____  Deft _____  Court _____
( ) Referred to Magistrate Judge for: _____

(X) CASE CONTINUED TO September 26, 2008 @ 10:00 a.m.  for   OSC

Discovery Cut-Off _____                         Expert Discovery Cut-Off _____
Plntf to Name Experts by _____              Deft to Name Experts by _____
P/T Conference Date _____      Trial Date _____      Set for _____ days
                    Type of Trial:  ( )Jury    ( )Court

Notes: