**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **September 19, 2008**    10:00 a.m.

**C-07-03368** CRB

**BLUE MARLIN CORP** v. **USPA ACCESSORIES**

Attorneys:    Stephen Sommers              David Bass

Deputy Clerk: **BARBARA ESPINOZA**        Reporter: **Kathy Wyatt**

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Stipulated Dismissal | Granted |
| 2. | |
| 3. | |

**ORDERED AFTER HEARING:**

Stipulated dismissal signed in open court, matter dismissed.

( ) ORDER TO BE PREPARED BY:    Plntf ____ Deft ____ Court ____

( ) Referred to Magistrate Judge for: ____

( ) CASE CONTINUED TO _____ for _____

Discovery Cut-Off _____                Expert Discovery Cut-Off _____
Plntf to Name Experts by _____         Deft to Name Experts by _____
P/T Conference Date _____ Trial Date _____ Set for ____ days
                    Type of Trial: ( )Jury    ( )Court

Notes: _____