1  David M. Bass (State Bar No. 117199)
   David N. Schultz (State Bar No. 123094)
2  DAVID M. BASS & ASSOCIATES
   1900 Avenue of the Stars, Suite 200
3  Los Angeles, California 90067
   Telephone: (310) 789-1152
4  Facsimile:  (310) 789-1149
   E-mail: dbass@basslawla.com

6  Attorneys for Defendant and Counterclaim Plaintiff
   USPA ACCESSORIES, LLC dba CONCEPT
7  ONE ACCESSORIES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BLUE MARLIN CORP., <br><br>　　　　Plaintiff, <br><br>vs. <br><br>USPA ACCESSORIES, LLC dba CONCEPT ONE ACCESSORIES, <br><br>　　　　Defendant. | Case No. C 07-03368-CRB <br><br> Hon. Charles R. Breyer <br><br> **STIPULATION DISMISSING FIRST AMENDED COMPLAINT AND CROSS-COMPLAINT WITH PREJUDICE;** <br><br> [~~PROPOSED~~] **ORDER** |
| USPA ACCESSORIES, LLC dba CONCEPT ONE ACCESSORIES, <br><br>　　　　Counterclaim Plaintiff, <br><br> vs. <br><br> BLUE MARLIN CORP., a California corporation; and ROES 1 to 25, inclusive, <br><br>　　　　Counterclaim Defendants. | Action Removed:　June 27, 2007 <br> Trial Date:　　　　Not set |

26  ///
27  ///
28  ///

STIPULATION DISMISSING FIRST AMENDED COMPLAINT AND　　　CASE NO. C 07-03368-CRB
CROSS-COMPLAINT WITH PREJUDICE; [PROPOSED] ORDER

**TO THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

This Stipulation is made pursuant to Fed. R. Civ. P. 41(a)(1) and 41(c) between Defendant and Counterclaim Plaintiff USPA ACCESSORIES, LLC ("USPA"), on the one hand, and Plaintiff and Counterclaim Defendant BLUE MARLIN CORP. ("Blue Marlin"), on the other hand, through their undersigned counsel of record, with reference to the following:

A.  On June 15, 2006, Blue Marlin commenced an action against USPA in the Superior Court of the State of California in and for the County of San Francisco, entitled *Blue Marlin Corp. v. USPA Accessories, LLC*, Case Number CGC-06-453170 (the "State Court Action"). Blue Marlin alleged causes of action against USPA for breach of contract, account stated and open book account.

B.  On or about December 14, 2006, USPA filed a Cross-Complaint against Blue Marlin in the State Court Action (the "Cross-Complaint"). The Cross-Complaint alleged causes of action against Blue Marlin for breach of contract, breach of the implied covenant of good faith and fair dealing, fraud, negligent misrepresentation, relief based on rescission, and failure to register franchise offer.

C.  On or about February 5, 2007, Blue Marlin filed an Answer to the Cross-Complaint in the State Court Action.

D.  On or about June 21, 2007, Blue Marlin filed a First Amended Complaint for Damages and Injunctive Relief in the State Court Action (the "First Amended Complaint"). The First Amended Complaint added claims for federal copyright and trademark infringement against USPA.

E.  On or about July 3, 2007, USPA filed a Notice of Removal of the State Court Action to Federal Court. The State Court Action was assigned to the Honorable Charles R. Breyer and was designated as Case No. C 07-3368 CRB in the United States District Court for the Northern District of California, San Francisco Division.

1

STIPULATION DISMISSING FIRST AMENDED COMPLAINT AND    CASE NO. C 07-03368-CRB
CROSS-COMPLAINT WITH PREJUDICE; [PROPOSED] ORDER

1    F.    On or about July 12, 2007, USPA filed an Answer to the First Amended
2 Complaint in this action.
3    G.    On August 13, 2007, third party creditors of Blue Marlin commenced an
4 involuntary bankruptcy proceeding against Blue Marlin pursuant to Chapter 7 of the
5 United States Bankruptcy Code (the "Chapter 7 Proceeding").
6    H.    On or about April 11, 2008, the Chapter 7 Proceeding was converted into a
7 proceeding pursuant to Chapter 11 of the United States Bankruptcy Code (the
8 "Chapter 11 Proceeding"). The Chapter 11 Proceeding is pending before the Honorable
9 Dennis Montali in the United States Bankruptcy Court for the Northern District of
10 California, San Francisco Division (the "Bankruptcy Court"), Case No. 07-31041.
11    I.    On or about August 1, 2008, USPA filed a Motion for Relief from the
12 Automatic Stay in the Bankruptcy Court (the "Motion"). The Motion came on for
13 hearing before the Bankruptcy Court on August 21, 2008. At the conclusion of the
14 hearing, the Bankruptcy Court granted the Motion.
15    J.    On September 4, 2008, the Bankruptcy Court entered an Order Granting
16 Motion of USPA Accessories, LLC for Relief from Automatic Stay (the "Order"), lifting
17 the stay and thereby permitting USPA to prosecute its Counterclaims in this action.
18    K.    The parties now wish to dismiss **with prejudice** all claims brought against
19 each other, including: (i) the causes of action alleged by Blue Marlin against USPA in
20 the First Amended Complaint; (ii) the causes of action alleged by USPA against Blue
21 Marlin in the Cross-Complaint; and (iii) any claims that are alleged or could be alleged
22 in the Bankruptcy Court.
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

Accordingly, the parties hereto hereby stipulate and agree as follows:

1. Blue Marlin hereby dismisses the First Amended Complaint against USPA, and all causes of action alleged therein, **with prejudice.**

2. USPA hereby dismisses the Cross-Complaint against Blue Marlin, and all causes of action alleged therein, **with prejudice.**

3. This Stipulation shall bar the parties from proceeding with any claims against one another in any proceedings in the Bankruptcy Court.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: September 19, 2008         DAVID M. BASS & ASSOCIATES

By: _____
David M. Bass
Attorneys for Defendant and Counterclaim
Plaintiff USPA ACCESSORIES, LLC

Dated: September 18, 2008         SOMMERS LAW GROUP

By: _____
Stephen A. Sommers
Attorneys for Plaintiff and Counterclaim
Defendant BLUE MARLIN CORP.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 19, 2008         _____

1 | G:\USPA-Concept One\Blue Marlin\Pleadings\Pleadings - Federal\Stipulation to Dismiss-v2.doc
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4

| STIPULATION DISMISSING FIRST AMENDED COMPLAINT AND CROSS-COMPLAINT WITH PREJUDICE; [PROPOSED] ORDER | CASE NO. C 07-03368-CRB |